UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  April 2, 2025
Type of Motion/Pleading: Consented-To Request for Extension to Answer or Otherwise Plead
Filed by:  Defendant           on 4/1/2025      Doc.      14

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 2nd day of April 2025:

Defendant Bruce Matzkin has filed a motion seeking a 30-day extension to respond to Plaintiff's complaint. (Doc. 14). Plaintiff's counsel has agreed to a 10-day extension only. Defendant Matzkin states that he needs thirty days to obtain counsel and prepare a responsive pleading. For good cause shown, Defendant Matzkin's motion (Doc. 14) is **GRANTED** and his response to Plaintiff's complaint is due **thirty days** from the date of this order.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1