1

**EXHIBIT
"A"**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Case No.: 1:25-cv-00058-RH-MJF

JEREMY BRYAN HALES,

    Plaintiff,

v.

LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE RAPUZZI a/k/a LISA RAPUZZI WEEKS, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER a/k/a STEPHEN R. HOUCK a/k/a PATTI MARIE DAGOSTINO a/k/a PATTI PLUMMER, DAVID C. HELM, ROBERT J. KESZEY, DAVID MICHAEL TESCHENDORF, and JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516,"

    Defendants.

_____

### AGREED ORDER GRANTING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

THIS CAUSE came before the Court upon agreement of the parties on Defendant's Motion for More Definite Statement, and the Court being fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1. Defendant's Motion for More Definite Statement is **GRANTED**.

2. Plaintiff will file an amended complaint within 21 days of this Agreed Order.

DONE AND ORDERED in Chambers at Northern District, Gainesville, Florida this ___ day of April, 2025.

_____
HONORABLE ROBERT L. HINKLE
UNITED STATES DISTRICT JUDGE

CC:
Randall Shochet, Esq.
Christopher Gage, Esq.