UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

vs.                       Case No.: 1:25cv58/RH/ZCB

DAVID C. HELM, et al.,
    Defendants.
    _____/

## ORDER

Presently before the Court is Defendant David Helm's "Motion for More Definite Statement As To Counts 6, 12 and 13" (Doc. 16). Plaintiff has no opposition to the motion. (*See id.* at 6). Accordingly, upon agreement of the parties, it is **ORDERED** that:

1. Defendant Helm's "Motion for More Definite Statement As To Counts 6, 12 and 13" (Doc. 16) is **GRANTED**.

2. Plaintiff must file an amended complaint within **twenty-one days** of the date of this order.[1]

---

[1] In preparing the amended complaint, it would be wise of Plaintiff's counsel to familiarize himself with the Eleventh Circuit's precedent on "shotgun pleadings." *See Jackson v. Bank of Am., N.A.*, 898 F.3d 1348, 1357 (11th Cir. 2018) (explaining that the Eleventh Circuit has "condemned shotgun pleadings time and again" and has "repeatedly held that a District Court retains the authority to dismiss a shotgun pleading on that basis alone"); *see also Sarhan v. Miami Dade College*, 800 F. App'x

1

**SO ORDERED** this 9th day of April 2025.

*s/ Zachary C. Bolitho* [2]
Zachary C. Bolitho
United States Magistrate Judge

---

769, 771 (11th Cir. 2020) (discussing the characteristics of "shotgun pleadings" and stating that they "violate Fed. R. Civ. P. 8's requirement that a complaint contain a short and plain statement of the claim, and courts in this Circuit have little tolerance for shotgun pleadings") (cleaned up).  Relatedly, it would be wise of Plaintiff's counsel to review the "General Rules of Pleading" set forth in Fed. R. Civ. P. 8, with particular attention paid to Fed. R. Civ. P. 8(a)(2) and (d)(1).

[2] The District Judge has referred this case to the fullest extent authorized by 28 U.S.C. § 636(b)(1).  (Doc. 7).  That means the undersigned will issue orders on all non-dispositive matters and recommendations regarding all dispositive matters in this case.