## RETURN OF SERVICE

PERSON TO BE SERVED:                                    RECEIPT NUMBER: 0000287-25

MARLA HUGHES
7350 NE 128TH LN
BRONSON

PLAINTIFF: JEREMY BRYAN HALES
  -VS-
DEFENDANT: LYNETTE MICHELLE LACY ALEIS PRESTON, JOHN COOK, BRUCE P MATZKIN, LISA

TYPE WRIT: SUMMONS/COMPLAINT

   COURT: US DISTRICT                     COURT DATE:
   CASE #: 1:25-CV-00058-RH-MJF           COURT TIME:

        Received the above-named writ on March 24, 2025, at 11:00 AM,
        and served the same on March 24, 2025, at 3:15 PM,
        in LEVY County, Florida, as follows:

---

### INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: MARLA  HUGHES

---

SERVICE COST: $40.00                           Robert B. McCallum, Jr., SHERIFF
DB, CIVIL CLERK                                      LEVY COUNTY, FLORIDA

MAIL TO:                           BY: D/S C. _____ #775
                                       CRAIG GALLADAY, H-775,  D.S.

THE DENTAL LAW FIRM PA
409 N MAIN ST
TRENTON, FL 32693

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | |
|---|---|
| JEREMY BRYAN HALES | )<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.  1:25-cv-00058-RH-MJF |
| LYNETTE MICHELLE LACY ALEXIS PRESTON<br>JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS<br>a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI<br>DIAGOSTINO PLUMMER, DAVID C. HELM, et al. | )<br>)<br>)<br>)<br>) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

    MARLA HUGHES
    7350 NE 128th Lane
    Bronson, FL 32621-3471

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    RANDALL SHOCHET, ESQ.
    SHOCHET LAW GROUP
    409 N. MAIN STREET
    TRENTON, FL 32692

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
_CLERK OF COURT_

Date:  2/25/2025



s/A. Tinaya-Miller, Deputy Clerk
_Signature of Clerk or Deputy Clerk_