RETURN OF SERVICE

PERSON TO BE SERVED:                             RECEIPT NUMBER: 0000287-25

```
JOHN COOK
151 N OTTER CREEK AVE
OTTER CREEK
```

PLAINTIFF: JEREMY BRYAN HALES
  -VS-
DEFENDANT: LYNETTE MICHELLE LACY ALEIS PRESTON, JOHN COOK, BRUCE P MATZKIN, LISA

TYPE WRIT: SUMMONS/COMPLAINT

   COURT: US DISTRICT                            COURT DATE:
   CASE #: 1:25-CV-00058-RH-MJF                  COURT TIME:

   Received the above-named writ on March 24, 2025, at 11:00 AM,
   and served the same on March 25, 2025, at 3:19 PM,
   in LEVY County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: JOHN COOK

SERVICE COST: $40.00                       Robert B. McCallum, Jr., SHERIFF
DB, CIVIL CLERK                                       LEVY COUNTY, FLORIDA

                                           BY: _____#775_____
MAIL TO:                                       CRAIG GALLADAY, H-775, D.S.

   THE DENTAL LAW FIRM PA
   409 N MAIN ST
   TRENTON, FL 32693

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JEREMY BRYAN HALES <br><br> *Plaintiff(s)* <br> v. <br> LYNETTE MICHELLE LACY ALEXIS PRESTON, JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00058-RH-MJF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN COOK
151 N OTTER CREEK AVENUE
OTTER CREEK, FL 32683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*



Date: 2/25/2025

s/A. Tinaya-Miller, Deputy Clerk
*Signature of Clerk or Deputy Clerk*