RETURN OF SERVICE

PERSON TO BE SERVED:                          RECEIPT NUMBER: 0000287-25

```
LYNETTE MICHELLE LACY ALEXIS PRESTON
151 N OTTER CREEK AVE
OTTER CREEK
```

PLAINTIFF: JEREMY BRYAN HALES
-VS-
DEFENDANT: LYNETTE MICHELLE LACY ALEIS PRESTON, JOHN COOK, BRUCE P MATZKIN, LISA

TYPE WRIT: SUMMONS/COMPLAINT

COURT: US DISTRICT                            COURT DATE:
CASE #: 1:25-CV-00058-RH-MJF                  COURT TIME:

Received the above-named writ on March 24, 2025, at 11:00 AM, and served the same on March 25, 2025, at 3:20 PM, in LEVY County, Florida, as follows:

SUBSTITUTE SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the usual place of abode of the person being served, to a person residing therein who is fifteen (15) years of age, or older, to-wit: JOHN COOK
and informing said person of their contents.

SERVICE COST: $40.00                          Robert B. McCallum, Jr., SHERIFF
DB, CIVIL CLERK                               LEVY COUNTY, FLORIDA

                                              BY: /s/ D. C. M. #775
                                              CRAIG GALLADAY, H-775, D.S.

MAIL TO:

THE DENTAL LAW FIRM PA
409 N MAIN ST
TRENTON, FL 32693

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JEREMY BRYAN HALES<br><br>*Plaintiff(s)*<br>v.<br>LYNETTE MICHELLE LACY ALEXIS PRESTON<br>JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS<br>a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI<br>DIAGOSTINO PLUMMER, DAVID C. HELM, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  1:25-cv-00058-RH-MJF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LYNETTE MICHELLE LACY ALEXIS PRESTON
151 N OTTER CREEK AVENUE
OTTER CREEK, FL 32683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date:  2/25/2025

s/A. Tinaya-Miller, Deputy Clerk
*Signature of Clerk or Deputy Clerk*