UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff JEREMY B. HALES ("Plaintiff") hereby requests that the Clerk enter default in this matter against the defaulting Defendants as identified on Schedule "A" attached hereto (collectively "Defaulting Defendants") on the grounds that Defaulting Defendants have failed to appear or otherwise respond to the Complaint within either the time prescribed by the Federal Rules of Civil Procedure or the time set forth by the Court for Defendants to respond. (Declaration of Randall Shochet in Support of Plaintiff's Request for Clerk's Entry of Default ("Shochet Decl.") at ¶ 7, filed concurrently herewith.)

On March 24, 2025 and on March 25, 2025, Defendants were served with their respective Summons and copies of the Complaint via personal service of process and substitute service (via usual place of abode) of process. (Shochet Decl. at ¶ 4; *see also* Doc. 18, 19, and 20 - Proofs of Service on file with the Court reflecting that Defendants were served).

The time allowed for the Defaulting Defendants to respond to the Complaint has expired. (Shochet Decl. at ¶ 5.) Neither Plaintiff nor the Court has granted the Defaulting Defendants an extension of time to respond to the Complaint, nor has any Defaulting Defendant requested same. (*Id*. At ¶ 6.) The Defaulting Defendants have failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (*Id*. at ¶ 7.) Plaintiff is informed and believes that none of the Defaulting Defendants could be considered infants or incompetent persons. (*Id*. at ¶ 8.) Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. (*Id*.)

WHEREFORE, Plaintiff hereby requests that default be entered against Defendants as identified on Schedule "A" attached hereto.

Date: April 16, 2025

Respectfully submitted,
SHOCHET LAW GROUP
Attorneys for Jeremy B. Hales
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

### SERVICE LIST

Bruce Matzkin, Esq., pro se
51 Pleasant Street, # 72
Malden, MA 02148
Brucematzkin1@gmail.com

Christopher Joseph Gage
Banker Lopez Gassler PA
Attorney for HELM
501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com