UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.
_____/

**DECLARATION OF RANDALL SHOCHET IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, Randall Shochet, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Request for Entry of Clerk's Entry of Default. If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am an attorney duly licensed to practice before this Court, and I am counsel of record for Plaintiff JEREMY B. HALES ("Plaintiff").

3. On February 23, 2025, Plaintiffs filed their Complaint (Doc. 1) against Defendants identified on Schedule "A" hereto (collectively, "Defaulting Defendants").

4. On March 24, 2025 and on March 25, 2025, Defendants were served with their respective Summons and copies of the Complaint via personal service of

process and substitute service (via usual place of abode) of process. See Proofs of Service (Doc. 18, 19, and 20).

5. The time allowed for Defaulting Defendants to respond to the Complaint has expired.

6. The Defaulting Defendants have not been granted an extension of time to respond to the Complaint, and no Defaulting Defendants has requested such an extension.

7. The Defaulting Defendants have failed to answer or otherwise respond to the Complaint or otherwise serve a copy of an Answer or other response upon Plaintiff's attorneys of record.

8. I am informed and believe none of the Defaulting Defendants are infants or incompetent persons, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 16th day of April, 2025.

> _// Randall Shochet/_
> Randall Shochet