# SCHEDULE A

1. **MARLA HUGHES**

*Added: 02/23/2025*

*(Defendant)*

2. **JOHN COOK**

*Added: 02/23/2025*

*(Defendant)*

3. **LYNETTE MICHELLE LACY ALEXIS PRESTON**

*Added: 02/23/2025*

*(Defendant)*