## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JEREMY BRYAN HALES

    VS                                      CASE NO.  1:25-cv-00058-RH-ZCB

BRUCE P MATZKIN, et al

### CLERK'S ENTRY OF DEFAULT

Upon Application of the Plaintiff(s) in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the defendant(s), default is hereby entered against **MARLA HUGHES, JOHN COOK, and LYNETTE MICHELLE LACY ALEXIS PRESTON** on April 17, 2025.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

| April 17, 2025 | s/ KELLI MALU |
|---|---|
| DATE | Deputy Clerk: |