UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **JEREMY B. HALES,** No.: | : | **Civil Action** |
| | : | **1:25-CV-00058-RH-MJF** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| LYNETTE MICHELLE LACEY ALEXIS PRESTON | : | |
| **Et al,** | : | |
| | : | |
| **Defendants** | : | |

### Motion to set aside default, and request for time to plead

Pursuant to FRCP 55(c), defendant John Cook moves to set aside default and asks for 21 days to please from the date when the plaintiff files an amended complaint as required by the Court's order (Doc 117).

As good cause, I am indigent and unrepresented. I am also being sued in another case in this court by the same plaintiff which has most of the same allegations. He also in Ohio (where I have never been) has a protective order that he weaponizes in Florida to get me held in contempt in Ohio. He has targeted me on YouTube since May of 2023. I lost track of the date I was served because I am trying to help care for my partner's child while all of this is going on, and I am sorry I missed the deadline because I am not ignoring this or trying to avoid responding. This lawsuit is to fill YouTube stories using me as a character and using litigation to generate content. This will be shown in defense of the claims in this case.

I ask for 21 days to file a response once the amended complaint is filed, because responding to the existing complaint would seem pointless since a new one is to be filed in the near future according to Doc 17.



John Cook, pro se

jmcook987@gmail.com

## Local Rule 7.1(C) Certification

I complied with Local Rule 7.1(B), emailing and waiting 24 hours. Mr. Shochet did not respond.

_____
John Cook

## CERTIFICATION

On April 18, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure

_____
John Cook

2