UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____Gainesville_____ DIVISION

Jeremy Hales ,
(Name of Plaintiff/Petitioner)

vs.                                              CASE NO: 1:25-cv-00058 RH-mjf

John Cook ,
_____,
_____.
(Name of Defendant/Respondent)
_____/

## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named Plaintiff/Petitioner, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) See attached _____. I respectfully request the appointment of counsel.

☐   In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys:
Legal aide
Lawyers.com
Many calls to many googled attorneys.
Bruce Matzkin was our attorney of Record. No one wants to be on youtube.

FILED USDC FLND GV
APR 18 '25 PM 3:41
KM

☒ In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or pro bono attorneys:

Legal aide
Lawyer.com
Florida Bar
_____

☐ I need a lawyer who can also speak in a language other than English. Please identify which language you speak: _____

I am financially unable to hire an attorney because: I'm on disability and all our money is going to finish our house and pay our bills and care for Harley our child we care for together.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct.

4-18-25
(Date)

John Cook
(Signature of Plaintiff/Petitioner)

151 N Otter Creek ave
Otter Creek Fl. 32683
P.O. Box 27 Otter Creek FL 32683
(Address)

Revised 07/2011

2


# Social Security Administration
## Benefit Verification Letter

Date: April 18, 2025
BNC#: 25CN964C64330
REF: A, DI

JOHN MICHAEL COOK
PO BOX 27
OTTER CREEK FL  32683-0027

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,249.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,249.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on June 2, 1993.

**Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,219.50.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,219.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

Dear Judge,

I do not know how to write anything for the courts as an attorney would as I am not an attorney so, please forgive me. John cook and I applied to the courts at the onset of this case for court appointed counsel and it was determined at that time "That this was not a complex case" But I truly believe now that your honor can clearly see this is far more than a complex case and that we as just normal everyday people who are being falsely accused of actions we absolutely and adamantly deny for use on YouTube videos to make money off our humiliation and the destruction of our lives for his monetary gain, and we are not in any way capable of defending ourselves against Mr. Hales and his attorney. There will be a trial and many witnesses TO INCLUDE EXPERTS and many exceptional circumstances that your honor could not have seen before now and we are not able to deal with this as attorneys for ourselves. We are also caring for a disabled daughter with special medical needs and that alone is a 24/7 job for us. We looked for counsel near us and we were unable to afford to pay for an attorney and the only person who stood up was Mr. Matzkin from Boston and he was threatened and harassed, and his wife was, and he feared coming here to Florida and the expense out of his pocket was way too much of a hardship for him and his family. So, your Honor here we are asking again for the courts to appoint is each an attorney so we can be able to fairly defend ourselves from all the lies and false allegations against us. I emailed Mr. Shochet yesterday and he did not respond to my email and I'm sure this behavior will continue from them. This last 2 years plus of court actions and being stalked by Mr. Hales and his friends and fans has caused both John and I and my 5-year-old john helps me care for so much anxiety we are all going to be getting counseling to help us all cope with this all. I have combined this as a letter for both of us as John just can not write like this and does not have the means to do so.

Thank you

Sincerely

Lynette Preston and John Cook