UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____Gainesville_____ DIVISION

Jeremy Hales,
(Name of Plaintiff/Petitioner)

vs.

CASE NO: 1:25-CV-00058-RH-MJF

Lynette Preston,
(michelle),

(Name of Defendant/Respondent)

## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named Plaintiff/Petitioner, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) Please See attached _____
_____. I respectfully request the appointment of counsel.

☑ In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys:
I've Called Legal Aide
and Lawyers.com
and have made multiple calls to many
attorneys on Google
Bruce Matzkin was our attorney
of record.
No one wants to be on YouTube

FILED USDC FLND GV
APR 18 '25 PM3:41

☐  In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or pro bono attorneys:

Lawyers.com
Legal aide
Florida Bar
_____

☐  I need a lawyer who can also speak in a language other than English. Please identify which language you speak: _____

I am financially unable to hire an attorney because: #1 we can't afford it and No attorneys want to be a victim and have their lives on YouTube. we are disabled couple, living with a disabled child. my household is seperate from Johns we just share our life due to child.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding. No one wants to be on youtube.

I declare that my answers to the foregoing are true and correct.

april 18 2025
(Date)

Lynette Michelle Preston
(Signature of Plaintiff/Petitioner)

151 N. Otter Creek ave
Otter Creek FL. 32683
P.O. Box 27 Otter Creek FL. 32683
(Address)

Revised 07/2011

2

# Social Security Administration
# Supplemental Security Income
Notice of Change in Payment

SOCIAL SECURITY
4562 NW 13 STREET
GAINESVILLE FL 32609

Date: February 5, 2025
BNC#: 25S1448B01591 DC

```
0011405 00017494    2 AB  0.593  SN6LNA T71 P4
SSI M02 01/29 663 25S1448B01591
LYNETTE M L A PRESTON
FOR ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Minor child
PRESTON
PO BOX 27
OTTER CREEK FL 32683-0027
```

We plan to increase ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ monthly Supplemental Security Income (SSI) payment from $662.34 to $967.00 beginning March 2025. The amount will change because her other income decreased. She will continue to get the new amount each month unless there is a change in the information we use to figure her payment.

We are also changing the amounts she was due for March 2024 through February 2025. Her amounts changed for the following reasons:

- Her other income increased, which changed her SSI payments for March 2024 through November 2024.

- Her other income decreased, which changed her SSI payments for December 2024 through February 2025.

As a result, she is due a back payment of $826.95.

We explain how we figured the monthly payment amounts on the worksheets at the end of this letter. The explanation shows how her income, other than any SSI payments, affects her SSI payment. Her other income may include a portion of her parent's income. We include explanations only for months where payment amounts change.

## When You Will Receive Her Payments

Your bank or other financial institution should have received a payment of $826.95 by February 6, 2025. This payment covers December 2024 through February 2025. Your bank or other financial institution will receive her regular monthly payment of $967.00 around March 1, 2025, and on the first of each month after that.

See Next Page

SA-L8151

Dear Judge,

I do not know how to write anything for the courts as an attorney would as I am not an attorney so, please forgive me. John cook and I applied to the courts at the onset of this case for court appointed counsel and it was determined at that time "That this was not a complex case" But I truly believe now that your honor can clearly see this is far more than a complex case and that we as just normal everyday people who are being falsely accused of actions we absolutely and adamantly deny for use on YouTube videos to make money off our humiliation and the destruction of our lives for his monetary gain, and we are not in any way capable of defending ourselves against Mr. Hales and his attorney. There will be a trial and many witnesses TO INCLUDE EXPERTS and many exceptional circumstances that your honor could not have seen before now and we are not able to deal with this as attorneys for ourselves. We are also caring for a disabled daughter with special medical needs and that alone is a 24/7 job for us. We looked for counsel near us and we were unable to afford to pay for an attorney and the only person who stood up was Mr. Matzkin from Boston and he was threatened and harassed, and his wife was, and he feared coming here to Florida and the expense out of his pocket was way too much of a hardship for him and his family. So, your Honor here we are asking again for the courts to appoint is each an attorney so we can be able to fairly defend ourselves from all the lies and false allegations against us. I emailed Mr. Shochet yesterday and he did not respond to my email and I'm sure this behavior will continue from them. This last 2 years plus of court actions and being stalked by Mr. Hales and his friends and fans has caused both John and I and my 5-year-old john helps me care for so much anxiety we are all going to be getting counseling to help us all cope with this all. I have combined this as a letter for both of us as John just can not write like this and does not have the means to do so.

Thank you

Sincerely

Lynette Preston and John Cook

*[Signatures: Lynette Michelle Preston; John Cook]*