UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                          Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  April 21, 2025
Type of Motion/Pleading: Motion for Extension to Answer or Otherwise Plead
Filed by: Defendant          on 4/20/2025    Doc.        27

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 21st day of April 2025:

Defendant Bruce Matzkin has filed a motion seeking twenty-one days to file a response to Plaintiff's amended complaint. (Doc. 27). For good cause shown, Defendant Matzkin's motion is **GRANTED** and his response to Plaintiff's amended complaint is due **twenty-one days** after the amended complaint is filed.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1