UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JEREMY B. HALES, | Civil Action No.: |
|     Plaintiff | 1:25-CV-00058-RH-MJF |
| v. | |
| LYNETTE MICHELLE LACEY ALEXIS PRESTON Et al, | |
|     Defendants | |

## Motion to set aside default and request time to plead.

Pursuant to FRCP 55(c) defendant Marla Hughes moves to set aside the default and asks for 21 days from when the plaintiff files an amended complaint under instructions from the court (Doc #117)

My sincere apologies for the late response as I was negotiating with a potential attorney and sent a motion for continuance pro se before the default was entered but it's currently in Jacksonville as I had to mail it in. To prevent that happening a second time, I sent this in a more rapid manner.

Marla Hughes, pro se

blndndngrus@gmail.com

7350 NE 128TH LANE
BRONSON, FL
32621

I have complied with Local Rule 7.1 C Certification

Local Rule 7.1 B: email and wait 24 hours

*Mr Shochet does not object*

*Marla Hughes*

Marla Hughes