UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

JEREMY B. HALES, : Civil Action
No.:
: 1:25-CV-00058-RH-MJF
Plaintiff, :
v. :
:
LYNETTE MICHELLE LACEY ALEXIS PRESTON :
Et al, :
:
Defendants :

REQUEST FOR EXTENSION TO ANSWER OR OTHERWISE PLEAD

Pursuant to FRCP 6(b)(1)(A), defendant Marla Hughes requests an extension of time of 30 days to answer or otherwise plead to the Complaint.
As good cause for this request, the defendant needs additional time to locate counsel and prepare a responsive pleading.

*/s/ Marla Hughes*, pro se
marlahughes@live.com


Local Rule 7.1(C) Certification

I complied with Local Rule 7.1(B).

*/s/ Marla Hughes*

FILED USDC FLND GV
APR 24 '25 PM 4:04

## **CERTIFICATION**

On April 16, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure


*/s/ Marla Hughes*

2

Your Honor,
I am in contact with an attorney, and we are negotiating terms. I emailed Mr.Shocket before the time was up but he did not reply. I emailed him the longer, more formal request last evening to make sure I complied with the rules of procedure as I know them now. Previously, my understanding was that since Mr. Helms had a continuance and Mr. Shocket needed to do a rewrite that everything was on hold. I have attached the original email as well as the more formal request that I sent to Mr. Shocket..
Thank you,
Marla Hughes
Civil Action # 1:25-cv-00058-RH-MJF

Subject: Consent to continuance
From: Marla Hughes <MarlaHughes@live.com>
Date: 4/14/2025, 3:11 PM
To: attorneys@counsel.insure

Will you consent to a continuance?

Marla Hughes.





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.