UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  April 25, 2025
Type of Motion/Pleading: Motion for Extension to Answer or Otherwise Plead
Filed by:  Defendant       on 4/25/2025    Doc.    33

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 25th day of April 2025:

Defendant Marla Hughes has moved for thirty days to file a response to Plaintiff's initial complaint. (Doc. 33). This motion appears to be the previously-filed motion that was hindered by mailing delays. (*See* Doc. 31). The Court already acknowledged that any response to the initial complaint would be quickly superseded given the forthcoming amended complaint, and granted Defendant Hughes twenty-one days to respond to the amended complaint after it is filed. (Doc. 32 at 4). Accordingly, the motion (Doc. 33) is **DENIED as moot**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge