**EXHIBIT "1"**















