pickles1mommaluv • Follow 

 pickles1mommaluv What The Hales!!! My new neighbors!!! Loving my life. Paid for land, building new house, new Jeep Gladiator and a beautiful baby girl. A new beginning! Hearts on the mend!

95w

  

1 like
JULY 18, 2021