# REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to FRCP 6(b)(1)(A), defendant Marla Hughes requests an extension of time of 14 days to answer or otherwise plead to the complaint.

As good cause for this request, the defendant needs additional time to prepare a responsive pleading, and

I complied with Local Rule 7.1(B) notifying Mr. Shochet, who does not object.

Marla Hughes, pro se
7350 128th Lane
Bronson, FL 32621

## Fw: Fwd: Request for a brief continuance

From: Marla Hughes (marlahughes@live.com)

To: bronsonacehardware@yahoo.com

Date: Friday, May 16, 2025 at 12:09 PM EDT

Get Outlook for Android

**From:** Shochet Law Group <attorneys@counsel.insure>
**Sent:** Thursday, May 15, 2025 5:07:09 PM
**To:** Marla Hughes <MarlaHughes@live.com>
**Subject:** Re: Fwd: Request for a brief continuance

Dear Ms. Hughes:

Yes you may.

**Sincerely,**

Shochet Law Group
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

**From:** Marla Hughes <MarlaHughes@live.com>
**Date:** Thursday, May 15, 2025 at 5:04 PM

**To:** Shochet Law Group <attorneys@counsel.insure>
**Subject:** Fwd: Fwd: Request for a brief continuance

Due to the time constraints can I please have a response by 11:00 a.m. Friday, May 16, 2025?

Thank you again,
Marla Hughes


-------- Forwarded Message --------
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00800000
**Content-Type:** multipart/alternative; boundary="------------IVf4hnddEJkilTHis8SqBku7"
**Message-ID:** <b0c48484-487f-45bc-b0bf-71087751e6b7@live.com>
**Date:** Thu, 15 May 2025 17:02:01 -0400
**MIME-Version:** 1.0
**User-Agent:** Mozilla Thunderbird
**Subject:** Fwd: Request for a brief continuance
**Content-Language:** en-US
**References:** <e8f4cd50-35da-4650-9f8d-fa19010685a4@live.com>
**To:** Andrea V. Travieso <a.travieso@capejustice.com>
**From:** Marla Hughes <MarlaHughes@live.com>
**In-Reply-To:** <e8f4cd50-35da-4650-9f8d-fa19010685a4@live.com>
**X-Forwarded-Message-Id:** <e8f4cd50-35da-4650-9f8d-fa19010685a4@live.com>




-------- Forwarded Message --------
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00800000
**Content-Type:** multipart/alternative; boundary="------------IVNIBXDBM3v852kLkuWeJhN0"
**Message-ID:** <e8f4cd50-35da-4650-9f8d-fa19010685a4@live.com>
**Date:** Thu, 15 May 2025 17:01:15 -0400
**MIME-Version:** 1.0
**User-Agent:** Mozilla Thunderbird
**Content-Language:** en-US
**To:** Shochet Law Group <attorneys@counsel.insure>
**From:** Marla Hughes <MarlaHughes@live.com>
**Subject:** Request for a brief continuance


I find myself in need of another brief continuance to give me time to construct motions in a manner that moves the process along. Two weeks is preferred, if possible.

Thank you,

Marla Hughes