UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                          Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  May 16, 2025
Type of Motion/Pleading: Motion for Extension
Filed by:  Defendant Hughes      on 5/16/2025     Doc.         38

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 16th day of May 2025:

Defendant Marla Hughes has filed a motion seeking a fourteen-day extension to respond to Plaintiff's amended complaint (Doc. 35). (Doc. 38). Plaintiff does not oppose the motion. (*Id.* at 2). Accordingly, Defendant Hughes' motion (Doc. 38) is **GRANTED** and her response to Plaintiff's amended complaint is due **fourteen days** from the date of this order.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge