UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **JEREMY B. HALES,** | : | Civil Action No.: |
| | : | **1:25-CV-00058-RH-MJF** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** | : | |
| Et al, | : | |
| | : | |
| **Defendants** | : | |

### REQUEST FOR EXTENSION OF TIME TO JUNE 2 FOR COUNSEL TO APPEAR

Pursuant to FRCP 6(b)(1)(A), defendant Bruce Matzkin requests an extension of time to June 2 for his retained counsel to appear and file a motion for time to prepare a substantive response to the amended complaint (likely a motion under FRCP 12).

As good cause for this request, the plaintiff diligently sought counsel and was able to retain counsel on May 16 but not before then.  Retained counsel needs time to complete the steps for qualifying for *pro hac vice* admission and is expected to file a motion for admission and an appearance for the undersigned on or before June 2.

Given that a number of defendants have yet to be served, the additional time will not result in any delay.  There is no prejudice to the plaintiff or any party from the requested extension.

   */s/ Bruce Matzkin*,  pro se
   brucematzkin1@gmail.com

## Local Rule 7.1(C) Certification

I complied with Local Rule 7.1(B).  The plaintiff's counsel first refused to respond to my counsel's request on the ground that he hasn't yet appeared, then withheld a clear response to the undersigned's request on the stated ground of not communicating with a represented party.

    /s/ Bruce Matzkin

## CERTIFICATION

On May 17, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure

    /s/ Bruce Matzkin