UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                             Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  May 19, 2025
Type of Motion/Pleading: Motion for Extension
Filed by:  Defendant Matzkin    on 5/17/2025    Doc.    40

          JESSICA LYUBLANOVITS, CLERK
          OF COURT
          /s/ *Sylvia D. Williams*
          Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 19th day of May 2025:

Defendant Bruce Matzkin has moved to extend his deadline to respond to Plaintiff's amended complaint (Doc. 35) to June 2, 2025. (Doc. 40). Defendant Matzkin states that he has recently obtained counsel who needs additional time to appear *pro hac vice*. For good cause shown, Defendant Matzkin's motion (Doc. 40) is **GRANTED** to the extent that his response to Plaintiff's amended complaint is due **on or before June 2, 2025**. No further extensions will be granted.

          /s/ *Zachary C. Bolitho*
          Zachary C. Bolitho
          United States Magistrate Judge