## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JEREMY B. HALES, | Civil Action No.: |
| Plaintiff, | 1:25-CV-00058-RH-MJF |
| v. | |
| LYNETTE MICHELLE LACEY ALEXIS PRESTON Et al, | |
| Defendants | |

### Request for extension of time to retain counsel

Defendant Michelle Preston asks for 21 more days for counsel to appear.

As good cause, I am indigent and unrepresented. I am also being sued in another case in this court by the same plaintiff which has most of the same allegations. He is also suing me in state court, and in Ohio (where I have never been) he has a protective order that he weaponizes in Florida to get me held in contempt in Ohio. He has targeted me and my daughter (now age 5) on YouTube since May of 2023, using litigation to fill his storylines for content. Just tonight (May 18) Hales spent a one-hour livestream telling his viewers about more coming court actions against me in Ohio and federal court. It is all contrived for YouTube content at my and my child's expense.

I am trying to care for my child while all of this is going on. Hales' stalking of me and his court actions have completely ruined my life for more than two years. This lawsuit is intended to harass me and to fill his YouTube content. Please don't let it be a matter of him winning on fake claims because I didn't find a lawyer fast enough. I have finally had a law firm respond and is reviewing the case, although as of now they have not yet agreed to be retained.

Michelle Preston, pro se
Itsashellofaday03@gmail.com

## Local Rule 7.1(C) Certification

I complied with Local Rule 7.1(B). Mr. Shochet refused to agree to any extension.

*Michelle Preston*
Michelle Preston

## CERTIFICATION

On May 19, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure

*Michelle Preston*
Michelle Preston
PO Box 27
Otter Creek FL. 32683
5/19/25