UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JEREMY B. HALES,** | Civil Action No.: |
| | **1:25-CV-00058-RH-MJF** |
| **Plaintiff,** | |
| v. | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** **Et al,** | |
| **Defendants** | |

### Motion for extension of time

Defendant John Cook asks for 21 more days for counsel to appear.

As good cause, I am indigent and unrepresented. I am also being sued in another case in this court by the same plaintiff which has most of the same allegations. He also has a Ohio protective order (where I have never been) that he weaponizes in Florida to get me held in contempt in Ohio. Just tonight (May 18) Hales spent a one-hour livestream telling his viewers about more coming court actions against me in Ohio and federal court and saying I would be arrested and sent to Ohio.

This lawsuit is intended to harass me and to fill his YouTube content. After dealing with the other one, now I have to deal with this one as well even though the other one continues. All of these court proceedings are in Pensacola and I can't travel there for any proceedings. When I tell lawyers, they won't take the case because of where it is. This is unfair. I don't have money and no way to pay a lawyer and the court makes it even more difficult by having the case so far away.

I am trying to find counsel. Hales has targeted me on YouTube since May of 2023. This lawsuit is to fill YouTube stories using me as a character and using litigation to generate content. Trying to deal with all of the legal matters the plaintiff has involved me in has taken over most of my time as I try to live my life including caring for a special needs five-year-old child with Michelle Preston.

There is no prejudice or delay because several defendants have yet to be served.

_John Cook, pro se_

jmcook987@gmail.com

## Local Rule 7.1(C) Certification

Mr. Shochet refuses to agree to any extension.

John Cook

## CERTIFICATION

On May 19, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure

John Cook

PO BOX 27
OTTER CREEK FL 32683
5-19-25