UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                    Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  May 19, 2025
Type of Motion/Pleading: Motion for Extension
Filed by: Defendants     on 5/19/2025    Docs.     43, 44

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 19th day of May 2025:

Defendants Preston and Cook have moved for a 21-day extension of their deadlines to respond to Plaintiff's amended complaint (Doc. 35). (Docs. 43, 44). The motions (Docs. 43, 44) are **GRANTED** to the extent that Defendants Preston and Cook must respond to Plaintiff's amended complaint within **21 days** of the date of this order. The Court would note that several Defendants have yet to be served in this matter. No further extensions will be granted for Defendants Preston and Cook to respond to the amended complaint.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1