**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

Case No.: 1:25-cv-00058-RH-MJF

JEREMY BRYAN HALES,

     Plaintiff,

v.

LYNETTE MICHELLE LACY ALEXIS
PRESTON JOHN COOK, BRUCE P.
MATZKIN, LISA WEEKS a/k/a LISA LEE a/k/a
LISA RAPUZZI a/k/a LISA LEE RAPUZZI
a/k/a LISA RAPUZZI WEEKS, MARLA
HUGHES, PATTI DIAGOSTINO PLUMMER
a/k/a STEPHEN R. HOUCK a/k/a PATTI
MARIE DAGOSTINO a/k/a PATTI
PLUMMER, DAVID C. HELM, ROBERT J.
KESZEY, DAVID MICHAEL
TESCHENDORF, and JOHN DOE, a/k/a/ "RAY
BONECRUSHER @raybonecrusher4516,"

     Defendants.
_____

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

The Defendant, DAVID C. HELM, by and through the undersigned counsel,

and pursuant to FRCP 6(b)(1)(A), hereby files this Agreed Motion for Extension of

Time to Respond to Plaintiff's Amended Complaint, and as grounds therefore states

as follows:

1

1.      Plaintiff filed the instant action seeking money damages under a variety of legal theories including civil conspiracy, violation of Florida's Deceptive and Unfair Trade Practices Act, false advertising under the Lanham Act and tortious interference with advantageous business relationships.

2.      The Amended Complaint has altered the allegation against Defendant Helm from that of defamation to civil conspiracy to commit multiple torts.

3.      Undersigned counsel conferred with counsel for Plaintiff and counsel has no objection to the requested seven (7) day extension of time.

4.      There will be no prejudice to the Plaintiff in the granting of this Motion as not all parties have been served.

5.      Defendant asserts that this Motion includes the preservation of Defendant's right to assert affirmative defenses, if any.

6.      Defendant seeks this extension in good faith and not for the purpose of undue delay.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and accurate copy of the above and

foregoing has been furnished via electronic mail on May 20, 2025 to:

Randall Shochet, Esq.
FBN: 959421
SHOCHET LAW GROUP
409 N. Main Street
Trenton, FL  32693
attorneys@counsel.insure
*Attorney for Plaintiff*

/*s/ Christopher Gage*
  Christopher Gage, Esq.
  FBN: 117727
  Banker Lopez Gassler, P.A., Suite 1700
  Tampa, FL 33602
  Tele: (813) 574-8551
  Fax: (813) 222-3066
  Service Email:
  service-cgage@bankerlopez.com
  *Attorney for Helms*