UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ELEPHANT SHOE, LLC, an  :
Ohio Limited Liability Company :
d/b/a WHAT THE HALES$;  :
et al.  :
          :  No.: 1:25-CV-58-RH-ZCB
     Plaintiffs,  :
          :
v.         :
          :
LYNETTE MICHELLE ALEXIS :
PRESTON; et al.   :
          :
     Defendants.  :   MAY 20, 2025

# MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE* FOR DEFENDANT BRUCE MATZKIN

Pursuant to Local Rule 11.1(C), the undersigned hereby moves the Court for permission to appear pro hac vice on behalf of Defendant Bruce Matzkin.

In support thereof, the undersigned represents as follows:

1. I am counsel of choice for Defendant Bruce Matzkin.

2. I am an attorney duly licensed to practice law in Connecticut, and I have held my law license in good standing since I was admitted on April 5, 2021.

3. Attached to this motion is a good standing certificate dated May 9, 2025 from the Chief Clerk of the Connecticut Supreme Court.

4. As of the time of filing of this motion, I am also admitted to practice and am in good standing in the following courts:

    a. United States Supreme Court

    b. U.S. Court of Appeals For the Second Circuit

    c. U.S. Court of Appeals for the Seventh Circuit

    d. U.S. Court of Appeals for the Tenth Circuit

    e. U.S. Court of Appeals for the D.C. Circuit

    f. U.S. District Court for the District of Connecticut

    g. U.S. District Court for the Western District of New York

    h. U.S. District Court for the District of Columbia

    i. U.S. District Court for the District of Colorado.

5. I have received *pro hac vice* admission to numerous federal courts across the United States and have never been disciplined in any way in connection with those admissions.

6. I have reviewed the Northern District of Florida's Local Rules and am familiar with them.

7. On May 17, 2025, I successfully completed the Local Rules Tutorial for the Northern District of Florida. I received the following

confirmation number, which I was instructed to provide in this motion: FLND17474934092954.

8. I certify that I am familiar with the CM/ECF e-filing system.

Wherefore, I respectfully request that the Court grant my motion for leave to appear *pro hac vice* for Mr. Matzkin.

By: /s/ Cameron L. Atkinson
Cameron L. Atkinson
ATKINSON LAW, LLC
122 Litchfield Rd, Ste. 2
P.O. Box 340
Harwinton, CT 06791
Tel: 203-677-0782
Fax: 203-672-6551
catkinson@atkinsonlawfirm.com

## **LOCAL RULE 7.1(C) CERTIFICATION**

Pursuant to Local Rule 7.1(C), I hereby certify that I conferred by email with counsel for the Plaintiffs, Randall Shochet, on May 20, 2025 regarding this motion. Attorney Shochet indicated that his view that, since I am not in the case or admitted yet, he did not think that there was a need to confer under the local rules. He did not state any objection to this motion.

/s/ Cameron L. Atkinson

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson