UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                          Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on  May 20, 2025
Type of Motion/Pleading: Motion for Extension
Filed by:  Defendant Helm         on 5/20/2025     Doc.        46

JESSICA LYUBLANOVITS, CLERK
OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 21st day of May 2025:

Defendant David Helm has filed a motion seeking a seven-day extension to respond to Plaintiff's amended complaint (Doc. 35). (Doc. 46). Plaintiff does not oppose the motion. (*Id.* at 2). Accordingly, Defendant Helm's motion (Doc. 46) is **GRANTED** and his response to Plaintiff's amended complaint is due **seven days** from the date of this order. No further extensions will be granted absent extenuating circumstances.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1