UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

v.                        Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

This matter is before the Court on Cameron L. Atkinson's Motion to Appear *Pro Hac Vice*. (Doc. 47). Based on the motion and supporting documentation, the Court finds that Mr. Atkinson has satisfied the requirements of this district to appear *pro hac vice*. *See* N.D. Fla. Loc. R. 11.1; https://www.flnd.uscourts.gov/attorney-information.

Accordingly, it is **ORDERED** that Mr. Atkinson's Motion to Appear *Pro Hac Vice* (Doc. 47) is **GRANTED**. Mr. Atkinson is authorized to appear *pro hac vice* on behalf of Defendant Bruce Matzkin.

**IT IS SO ORDERED.** This the 21st day of May 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1