## RETURN OF SERVICE

**State of Florida**  **County of**

Case Number: 1:25-cv-00058-RH-MJF

PLAINTIFF:
**JEREMY BRYAN HALES**

vs.

DEFENDANT:
**LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.**

For:
Shochet Law Group
409 N. Main Street
Trenton, FL 32693

Received by Accurate Serve Ocala on the 8th day of May, 2025 at 11:21 am to be served on **LISA WEEKS a/k/a LISA LEE a/k/a LISA RAP, 2446 OVERSTREET PLACE, THE VILLAGES, FL 32163**.

I, Jody Raney, do hereby affirm that on the **10th day of May, 2025** at **3:09 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS** with the date and hour of service endorsed thereon by me, to: **GABRIEL WEEKS** as **CO-RESIDENT** at the address of: **2446 OVERSTREET PLACE, THE VILLAGES, FL 32163**, the within named person's usual place of **Abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 170, Hair: GREY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A200821B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

**Jody Raney**
092324-1

ACCURATE SERVE GAINESVILLE
2603 NW 13th St. #255
Gainesville, FL 32609

Client # G198143
Ref # O250437

Case 1:25-cv-00058-RH-MJF Document 61 Filed 02/27/25 Page 12 of 13
Case 1:25-cv-00058-RH-MJF Document 51 Filed 02/25/25 Page 12 of 13

AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED  05/10/2025 03:09 PM
SERVER     JR
LICENSE    092324-1
```

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JEREMY BRYAN HALES<br><br>*Plaintiff(s)*<br>v.<br>LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00058-RH-MJF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LISA WEEKS a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE RAPUZZI a/k/a LISA RAPUZZI WEEKS
2446 Overstreet Place
The Villages, FL 32163-2647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 2/25/2025



s/A. Tinaya-Miller, Deputy Clerk
*Signature of Clerk or Deputy Clerk*