# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| ELEPHANT SHOE, LLC, an Ohio Limited Liability Company d/b/a WHAT THE HALES$; et al. | : : : : : | |
| Plaintiffs, | : : : | No.: 1:25-CV-58-RH-ZCB |
| v. | : : | |
| LYNETTE MICHELLE ALEXIS PRESTON; et al. | : : : | |
| Defendants. | : | |

**DECLARATION OF BRUCE MATZKIN**

Pursuant to 28 U.S.C. § 1746, the Defendant, Bruce Matzkin, makes this declaration in support of his motion to dismiss in the above-captioned case.

1. I am an attorney duly licensed to practice law in Massachusetts and Connecticut.

2. At some point in late March 2024, Lynette Preston and I came into contact, and she retained me on March 27, 2024 as a legal consultant.

3. My responsibilities were to assist her in locating legal counsel for her legal matters in Florida and Ohio, educate her on federal civil procedure, and assist her in countering what she perceived to be the

1

constant stream of online bullying, targeting, and false statements against her by Jeremy Hales and his colleagues.

4. When I realized in late August 2024 that the Northern District of Florida did not require me to have local counsel in order to appear *pro hac vice*, I became counsel of record to Ms. Preston and John Cook in *Hales v. Preston, et al.*, 1:24-cv-00045-ZCB on September 5, 2024.

5. Prior to being retained for these matters, I had no involvement with Ms. Preston's matters to the best of my recollection.

6. Paragraph 131 of the Plaintiffs' Amended Complaint references an email that I sent on February 17, 2025 to Whatnot, Inc.

7. I sent that email in the course of representing Ms. Preston and Mr. Cook and in response to an email from Plaintiffs' counsel, Randall Shochet, to Whatnot Inc.

8. A true and accurate copy of the full email exchange, including the subsequent email exchanges between me and Attorney Shochet, are attached as Exhibit A.

9. Further the affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2025

*Bruce Matzkin*
Bruce Matzkin

# Exhibit A



Bruce Matzkin <brucematzkin1@gmail.com>

## Re: Whatnot Contracts
7 messages

**rshochet@shochetlaw.com** <rshochet@shochetlaw.com>                                Mon, Feb 17, 2025 at 8:19 AM
To: "evan.kam@whatnot.com" <evan.kam@whatnot.com>
Cc: Bruce Matzkin <brucematzkin1@gmail.com>

Hello Mr. Kam, I represent Jeremy Hales. Mr. Hales is a plaintiff in a federal lawsuit in which the Defendants have request requested that the agreements between my client and WhatNot be produced. The contract, as you know, requires the written consent of WhatNot in order to be produced, and also requires it to be produced pursuant to a court order.

We currently don't have a court order, although I have suggested to my opponent (Attorney Matzkin – copied here) that we simply agree to such an order. There has been no proposed agreed order from my opponent.

Attorney Matzkin has requested that our firm draft a confidentiality agreement, and we will be doing so this week.

We anticipate this will be signed, but please advise as to the written consent of WhatNot.

Thank you, and if you have any questions or concerns, please do not hesitate to contact me.

**Sincerely,**

**Randall "Randy" Shochet, Esq.**

**Attorney at Law**

**Office Phone 352-354-4518**

**Shochet Law Group**

**409 N. Main Street**

**Trenton, FL 32693**

**The information contained in this e-mail and any attachments, is confidential and**

intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

---

**Bruce Matzkin** <brucematzkin1@gmail.com>                                    Mon, Feb 17, 2025 at 9:25 AM
To: "rshochet@shochetlaw.com" <rshochet@shochetlaw.com>
Cc: "evan.kam@whatnot.com" <evan.kam@whatnot.com>

Mr. Shochet,

I do not know what machinations you are orchestrating by copying me on this communication. I have no obligation to provide a proposed order of confidentiality, although I <u>did</u> specifically provide a stipulation to maintain confidentiality, in writing, but you ignored that because your purpose has been to exploit the issue of the production of this contract for as long as possible in order to waste time and create issues for court motions, <u>to generate YouTube content</u>.

Mr. Kam should know that you are dragging him and his company into your client's scam of contrived litigation to create YouTube content for your client's storylines.

Mr. Kam may be interested to learn that as part of your and your client's litigation scam that you're now trying to involve Whatnot in, he committed perjury to trick the federal court into exercising jurisdiction by filing a false affidavit stating my clients made and were making "online posts calling him a child predator constantly and ongoing to this day," and that as counsel you did nothing to confirm whether there were any such online posts before you signed the motion opposition that relied on that perjured statement.

I would think any company would want to know if one of their prominent customers who regularly promotes his business with them, is falsely using them to support fake lawsuits.

*I invite Mr. Kam to reply here stating whether he, or anyone at Whatnot, has any information about either of my clients, John Cook or Michelle Preston, contacting Whatnot, or anyone else contacting Whatnot for the purpose of attempting to interfere with Jeremy Hales/WhatTheHales business with Whatnot. If Mr. Kam or someone on behalf of Whatnot would call me so I may inquire about that single question, I think there would be no need for me to subpoena him or Whatnot for documents or deposition.*

Mr. Kam may reach me at 857-242-8614. If he prefers, I invite him to call me along with Whatnot's legal representative or to forward my name and number to the appropriate person to contact me. An informal call should be all that is necessary to avoid further involvement in this nonsense that you are trying to cause with your email.

Best regards,
Bruce Matzkin, Esq.

[Quoted text hidden]
--
*Bruce Matzkin, Esq.*

*857 242 8614*

---

**Bruce Matzkin** <brucematzkin1@gmail.com>                                    Mon, Feb 17, 2025 at 9:37 AM

To: jules.moon@whatnot.com
Cc: "amy.wecker@whatnot.com" <amy.wecker@whatnot.com>

Dear Mr. Moon,

Please see below emails to Mr. Kam.
Please have Whatnot's representative contact me as indicated below.

Thank you,
Bruce Matzkin
857-242-8614

[Quoted text hidden]

---

**Bruce Matzkin** <brucematzkin1@gmail.com>                          Mon, Feb 17, 2025 at 9:50 AM
To: grant.lafontaine@whatnot.com, logan.head@whatnot.com

[Quoted text hidden]

---

**rshochet@shochetlaw.com** <rshochet@shochetlaw.com>                Mon, Feb 17, 2025 at 10:02 AM
To: Bruce Matzkin <brucematzkin1@gmail.com>
Cc: "evan.kam@whatnot.com" <evan.kam@whatnot.com>

Counsel, you do not need the contract anymore -- based on this email. As such, I will **consider your request to produce the contract as being withdrawn. That is because you, as an agent of your clients**, *have now contacted Whatnot for the purpose of attempting to interfere with Jeremy Hales/WhatTheHales business with Whatnot.* This means you, as an agent of your clients, tortuously interfered with the WhatNot contract at issue via your email when you stated:

"Mr. Kam should know that you are dragging him and his company into **your client's scam of contrived litigation** to create YouTube content for **your client's storylines**.

Mr. Kam may be interested to learn that as part of your and **your client's litigation scam that you're now trying to involve Whatnot in, he committed perjury** to trick the federal court into exercising jurisdiction by **filing a false affidavit** stating my clients made and were making "online posts calling him a child predator constantly and ongoing to this day," and that as counsel you did nothing to confirm whether there were any such online posts before you signed the motion opposition (sic) that relied on that **perjured statement**.

I would think any company would want to know if one of their prominent customers who regularly promotes his business with them, **is falsely using them to support fake lawsuits**."

**Sincerely,**

**Randall "Randy" Shochet, Esq.**

**Attorney at Law**

**Office Phone 352-354-4518**

Shochet Law Group

**409 N. Main Street**

**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

---

**From:** Bruce Matzkin <brucematzkin1@gmail.com>
**Date:** Monday, February 17, 2025 at 9:25 AM
**To:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>
**Cc:** evan.kam@whatnot.com <evan.kam@whatnot.com>
**Subject:** Re: Whatnot Contracts

[Quoted text hidden]

---

**Bruce Matzkin** <brucematzkin1@gmail.com>                      Mon, Feb 17, 2025 at 10:08 AM
To: jules.moon@whatnot.com, "amy.wecker@whatnot.com" <amy.wecker@whatnot.com>, grant.lafontaine@whatnot.com

Further to my prior emails, see below.
Atty. Shochet's email to Mr. Moon, cc'ing me, was his trick to get me to respond, so he could then write the below email with all the red.

---------- Forwarded message ---------
From: **rshochet@shochetlaw.com** <rshochet@shochetlaw.com>
Date: Mon, Feb 17, 2025 at 10:02 AM
Subject: Re: Whatnot Contracts
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Bruce Matzkin** <brucematzkin1@gmail.com>                      Mon, Feb 17, 2025 at 10:48 AM
To: "rshochet@shochetlaw.com" <rshochet@shochetlaw.com>

"I do not know what machinations you are orchestrating by copying me on this communication."

Now, I do.
[Quoted text hidden]