# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JEREMY B. HALES, | : | Civil Action No.: |
| | : | 1:25-CV-00058-RH-MJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LYNETTE MICHELLE LACEY ALEXIS PRESTON | : | |
| Et al, | : | |
| | : | |
| Defendants | : | |

### Request for Extension of Time

Pursuant to FRCP 6(b)(1)(A), defendant Lisa Lee ("Lisa Weeks" although that is not my correct name) requests an extension of time of 30 days to answer or otherwise plead to the complaint. As good cause for this request, the defendant needs additional time to locate counsel and prepare a responsive pleading. Several of the named defendants have not yet been served, and so this request will not prejudice the plaintiff or cause undue delay of these proceedings.

*Lisa Lee*

Lisa Lee, *pro se*
lisa.lee.legal@gmail.com

### Local Rule 7.1(C) Certification

I complied with Local Rule 7.1(B). Mr. Shochet discourteously refused to agree to any extension.

*Lisa Lee*

Lisa Lee

FILED USDC FLND GV
JUN 3 '25 AM10:12

## CERTIFICATION

On May 30, 2025, a copy of the foregoing was emailed to counsel of record for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
attorneys@counsel.insure

Respectfully Submitted,

Lisa Lee, Pro Se
2518 Burnsed Blvd,
Suite 338
The Villages, FL 32163
lisa.lee.legal@gmail.com

*Lisa Lee*
_____
Lisa Lee

$0.00 POSTAGE
05/30/2025 IM
063S02808023
32163
C000005741

LEE
(386) 259-0598
THE UPS STORE #6452
2510 BURNSED BLVD
THE VILLAGES FL 32163-2704

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 30 MAY 2025

SHIP   UNITED STATES CLERKS OFFC
TO:    401 SE 1ST AVE

GAINESVILLE FL 32601-5806

FL 326 0-04

UPS GROUND
TRACKING #: 1Z H91 779 03 9538 4970

BILLING: P/P

REF #1: DD

KN9EA9ERNT9PD 15H 13.08C ZZP 450 21.5V 05/2025

SEE NOTICE ON REVERSE regarding UPS terms and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported entities that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

CHECKED JUN 02 2025

