UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,
    Plaintiff,

vs.                                              Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

# ORDER

Defendant Lisa Lee[1] has moved for a 30-day extension to respond to Plaintiff's amended complaint (Doc. 35). (Doc. 56). Defendant Lee states that she needs additional time to locate counsel and prepare a responsive pleading. (*Id.* at 1). She further states that several Defendants remain unserved and thus her request will not cause undue delay of this case. (*Id.*).

Accordingly, it is **ORDERED** that:

1. The Clerk of Court is directed to modify the docket to reflect that Defendant Lisa Weeks is actually Lisa Lee.

---

[1] Plaintiff's amended complaint identifies this Defendant as "Lisa Weeks." (Doc. 35 at 1). But the motion for extension clarifies that her name is actually Lisa Lee. (Doc. 56 at 1).

1

2. For good cause shown, Defendant Lee's motion (Doc. 56) is **GRANTED** to the extent that her response to Plaintiff's amended complaint (Doc. 35) is due **on or before June 24, 2025**.

**DONE AND ORDERED** this 3rd day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge