UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELEPHANT SHOE, LLC,
an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and JEREMY B. HALES,

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT DAVID C. HELM'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiffs ELEPHANT SHOE, LLC, an Ohio Limited Liability Company d/b/a WHAT THE HALE$ and JEREMY B. HALES (collectively "Plaintiffs"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby file their Unopposed Motion for Extension of Time to Respond to Defendant David Helm's Motion to Dismiss Plaintiffs' Amended Complaint. (Doc. 52). Plaintiffs request fifteen (15) days, whereby Plaintiffs would have until June 26, 2025 to respond. In support of this Motion, Plaintiffs state:

1. On March 31, 2025, an Order granting Helm's agreed motion for extension of time to respond to the Complaint was entered (Doc. 12).

2. On April 7, 2025, Helm filed an Unopposed Motion for More Definitive Statement (Doc. 16). On April 28, 2025, Plaintiffs filed their First Amended Complaint (Doc. 35).

3. On May 20, 2025, Helm filed an Unopposed Motion for Extension of Time to Respond to the Amended Complaint (Doc. 46), which was granted on May 21, 2025 (Doc. 48). Plaintiffs' response is currently due on June 11, 2025.

4. Plaintiffs respectfully request a fifteen (15) day extension of time to respond to Helm's Motion to Dismiss, up through and including June 26, 2025. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept*., 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co*., 505 F.2d 1031, 1035 (10th Cir. 1974)).

5. The extension of time is necessary as Plaintiffs are still in the process of reviewing and investigating the arguments asserted in Helm's Motion to Dismiss. Counsel also requests this extension due to the undersigned's recent jury trial held in Levy County, Florida, which ended June 1, 2025, and in this case alone, Counsel is managing three concurrent Motions to Dismiss.

6. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs have demonstrated good cause to extend the time to respond to Helm's Motion to Dismiss.

7. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

8. Plaintiffs' counsel conferred with Helm's attorney with respect to the relief sought in this Motion. Helm's attorney agreed to the extension, up to and including June 26, 2025.

**WHEREFORE**, Plaintiffs respectfully request the Court to enter an Order granting the extension of time for Plaintiffs to respond to Helm's Motion to Dismiss, up to and including June 26, 2025.

## GOOD FAITH CERTIFICATION

Pursuant to Local Rule 7.1(b): I hereby certify that the undersigned counsel for Plaintiffs, conferred with Helm's attorney regarding the relief requested herein. He does not oppose the requested extension of time, until June 26, 2025, to Respond to Helm's Motion to Dismiss.

Dated: June 6, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## SERVICE LIST

Cameron L. Atkinson
ATKINSON LAW, LLC
Attorney for MATZKIN
122 Litchfield Rd, Ste. 2
P.O. Box 340
Harwinton, CT 06791
catkinson@atkinsonlawfirm.com

Christopher Joseph Gage
Banker Lopez Gassler PA
Attorney for HELM

501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com

MARLA HUGHES, Pro Se
7350 128th Ln.
Bronson FL 32621
MarlaHughes@live.com
blndndngrus@gmail.com

LYNETTE MICHELLE LACY ALEXIS PRESTON, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

JOHN COOK, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

LISA LEE, Pro Se
lisa.lee.legal@gmail.com