UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                                    Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  June 9, 2025
Type of Motion/Pleading: Unopposed Motion for Extension
Filed by:  Plaintiffs          on 6/6/2025     Doc.       58

JESSICA LYUBLANOVITS, CLERK
OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 9th day of June 2025:

Plaintiffs have moved for a fifteen-day extension to respond to Defendant Helm's motion to dismiss (Doc. 52). (Doc. 58). Defendant Helm does not oppose the motion. (*Id.* at 3). Accordingly, Plaintiffs' motion (Doc. 58) is **GRANTED** to the extent that their response to Defendant Helm's motion to dismiss (Doc. 52) is due **on or before June 26, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1