United States District court for the Northern District of Florida Gainesville division.

Jeremy Hales.                     Case no: 1:25cv58/R

V.                                H/ZCB

JOHN M. Cook et al.

I am asking the courts that even though It was agreed we would not get any more time I'm asking for at least seven days to finish the finalizing of my attorney. My daughter was hospitalized this week and after getting out of the hospital came home and I had to care for her and then I became very very ill myself and still as of today was not feeling well so I'm asking the court to forgive my not getting it in by 5:00 and I asked for at least seven more days to finish up getting the new lawyer. I don't know what else I can do I am innocent of any and all charges against me that are alleged in this document and I don't know how else I should answer it as I am innocent of all of it. I hope the courts will grant me the seven days.

Sincerely

Lynette Michelle Preston

06/10/25   *Lynett Preston*

P.O. Box 27
Otter Creek FL. 32683