UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
Case No.: 1:25-cv-00058-RH-MJF

ELEPHANT SHOE, LLC, an Ohio Limited Liability Company
d/b/a WHAT THE HALE$, and JEREMY B. HALES,

    Plaintiffs,

v.

LYNETTE MICHELLE LACY ALEXIS PRESTON
JOHN COOK, BRUCE P. MATZKIN, LISA LEE,
MARLA HUGHES, DAVID C. HELM, ROBERT J. KESZEY, DAVID MICHAEL
TESCHENDORF, RAYMOND G. BONEBRAKE, JR.,
and RICHARD LUTHMANN,

    Defendants.
_____/

## MOTION FOR LEAVE TO AMEND COMPLAINT - TO SUBSTITUTE PARTY

Plaintiff ELEPHANT SHOE, LLC, an Ohio Limited Liability Company d/b/a WHAT THE HALE$, (hereinafter, "HALES") and Plaintiff JEREMY B. HALES ("Mr. HALES"), by and through undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule 15.1, respectfully request that the Court grant leave to file an Second Amended Complaint - to substitute RAYMOND G. BONEBRAKE, JR. as a party defendant in place of JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516," and states:

1.    At the time this action was originally filed, plaintiffs named as a party defendant JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516."

2. Defendant JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516" is an individual whose identity was unknown to plaintiffs at the time of the Amended Complaint through no fault of their own. As plaintiffs stated in the Amended Complaint, JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516" (1) "is a United States citizen, *not* a resident of Ohio (upon information and belief)," (2) "is a host and/or operator of a YouTube channel called "Ray Bonecrusher" with a current YouTube subscription fan base of over 8,500 people," and (3) "conceals his location at all times when operating his YouTube channel." See Amended Complaint, ¶ 17, 155-156 (Doc. 35).

3. Through plaintiffs' ongoing investigation, it has been determined that defendant JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516" is RAYMOND G. BONEBRAKE, JR.

4. Plaintiffs request an Order of this Court granting leave to amend the complaint to substitute RAYMOND G. BONEBRAKE, JR. as a party defendant in place of JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516."

5. A copy of the proposed Second Amended Complaint substituting RAYMOND G. BONEBRAKE, JR. as a party defendant in place of JOHN DOE, a/k/a/ "RAY BONECRUSHER @raybonecrusher4516" is attached hereto, as required by Local Rule 15.1.

## MEMORANDUM IN SUPPORT

6.  Under Rule 15(a)(2), leave to amend should be "freely" given "when justice so requires." Fed. R. Civ. P. 15(a)(2); *see Halliburton & Assocs., Inc. v. Henderson, Few & Co.*, 774 F.2d 441, 443 (11th Cir. 1985) ("[Rule 15(a)(2)] contemplates that leave shall be granted unless there is a substantial reason to deny it.").

7.  Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962).

8.  Here, the defendants cannot show prejudice, bad faith or undue delay. This is because a Scheduling Order has not been entered meaning this Motion is not untimely, and three defendants have sought extensions of time to respond to the operative complaint.

9.  Therefore, plaintiffs respectfully request that the Court grant plaintiffs leave to file the Second Amended Complaint, attached hereto at Exhibit 1.

### CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO COMPLETELY RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues and Defendants MATZKIN and HELM have no objection to this Motion but as to Defendants LEE, PRESTON, COOK, and HUGHES the undersigned has been unable to resolve the issues.

By: **/s/ Randall Shochet**
Randall Shochet, Esq.

Respectfully submitted,

SHOCHET LAW GROUP
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## SERVICE LIST

Cameron L. Atkinson, Esq.
Atkinson Law, LLC
Attorney For MATZKIN
1000 Lafayette Blvd., Fl. 11
Bridgeport, CT 06604
catkinson@atkinsonlawfirm.com

Lynette Michelle Lacy Alexis Preston, pro se

John Cook, pro se

Marla Hughes, pro se

Lisa Lee, pro se

Christopher Joseph Gage, Esq.
Banker Lopez Gassler PA
Attorney for HELM
501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com