UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on   June 10, 2025
Type of Motion/Pleading: Motion for Extension
Filed by:  Defendant Preston    on 6/10/2025    Doc.    60

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 11th day of June 2025:

Defendant Preston has moved for a 7-day extension to respond to Plaintiff's amended complaint (Doc. 35). (Doc. 60). Defendant Preston states that she is finalizing negotiations with counsel to represent her and that her daughter has been in the hospital. (*Id.*). The motion (Doc. 60) is **GRANTED** to the extent that Defendant Preston must respond to Plaintiff's amended complaint within **seven days** of the date of this order. This is the last extension Defendant Preston will receive. She should govern herself accordingly.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1