UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

v.                                                            Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

# ORDER

Plaintiffs have filed a "Motion for Leave to Amend Complaint – To Substitute Party." (Doc. 63). In the motion, Plaintiffs seek leave to file a second amended complaint to substitute "Raymond G. Bonebrake, Jr. as a party defendant in place of John Doe[.]" (*Id.* at 1). Plaintiffs state that there will be no prejudice, bad faith, or undue delay by filing a second amended complaint because no scheduling order has been issued and several Defendants have received extensions to respond to the operative complaint. (*Id.* at 3).

Plaintiffs state that Defendants Matzkin and Helm have no objection to the motion to amend. (*Id.*). Plaintiffs further state that they have been unable to resolve the issues in the motion to amend as to Defendants Lee, Preston, Cook, and Hughes. (*Id.*). Given these issues,

the Court will require expedited responses to the motion to amend from Defendants Lee, Preston, Cook, and Hughes.

Accordingly, it is **ORDERED** that Defendants Lee, Preston, Cook, and Hughes, if they oppose the requested relief therein, must respond to Plaintiffs' motion to amend (Doc. 63) **on or before June 16, 2025**.

**IT IS SO ORDERED.**  This the 11th day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge