Case No.: 1:25-cv-00058-RH-ZCB

ELEPHANT SHOE, LLC, an Ohio Limited Liability Company d/b/a WHAT THE HALE$,

and JEREMY B. HALES,

Plaintiffs

v.

LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE RAPUZZI a/k/a LISA RAPUZZI WEEKS,

MARLA HUGHES, DAVID C. HELM, ROBERT J. KESZEY, DAVID MICHAEL TESCHENDORF, JOHN DOE, a/k/a "RAY BONECRUSHER @raybonecrusher4516", and RICHARD LUTHAMANN,

Defendants.


After reflecting on Mr. Shocket's request to add a gentleman I have only known by Ray Bonecrusher to what is in my mind a frivolous lawsuit, I object to ANYONE being harassed and bullied through lawfare, especially an elderly man who served his nation with honor and has only ever been a gracious gentleman in my view. Enclosed is my response to Mr. Shocket's email to me that I sent him the same day I received it.

Thank you,

Marla Hughes.


*Marla Hughes*
06/13/25

MARLA HUGHES
7350 128TH LA
BRONSON FL
326_1

1 OF 2

Case No.: 1:25-cv-00058-RH-ZCB

This is a portion of an email chain Mr. Shocket has been using to communicate with me so I have no reason to believe he didn't receive my response to his latest communication.

Marla Hughes

On 6/10/2025 3:11 PM, Marla Hughes wrote:

-------- Forwarded Message --------

Subject: Re: Fwd: Request for a brief continuance
Date: Tue, 10 Jun 2025 15:07:03 -0400
From: Marla Hughes <MarlaHughes@live.com>
To: Shochet Law Group <attorneys@counsel.insure>

I have no objection if that's his real name. However, as a pro se litigant you are supposed to communicate with me through regular mail.

Thank you,

Marla Hughes.

On 6/10/2025 9:24 AM, Shochet Law Group wrote:

Ms. Hughes, we are moving to Substitute JOHN DOE for Raymond G. Bonebrake, Jr. as a party in this case. Once granted, the complaint will be amended to reflect his name, and it will be a second amended complaint.

Do you have any objection?