United States District Court for the
Northern District of Florida
Gainesville Division

Jeremy B Hales
Plaintiffs

V

John Cook et al
Defendants

Case No: 1:25cv58/RH/ZCB

This is in Response to Judes order about Doc # (63) about adding Raymond Bonebrake Jr. I John Cook am opposed to adding This Innocent Veteran who served his Country and has done Nothing more Than share his own Oppinion on This Case due To The false allegations agaist us. He Has Never said anything about Plaintiff that wasn't from his own videos. Plaintiffs own videos.

J Cook  6-13-25

PO Box 27 Ottercreek
Fl 32683

FILED USDC FLND GV JUN 13 '25 PM 1:33