United States District Court of the
Northern District of Florida
Gainesville Division

Jeremy B Hales
Plaintiffs

v.

John Cook, et al.
Defendants

Case: 1:25cv58/RH/ZCB

This in Response to the Judges order about Doc 63

I Lynette Preston (michelle) oppose adding Raymond G. ~~Bonecrusher~~ Bonebrake Jr. Because he is an Elderly Veteran who I dont personally know and have Never spoken to This Person He is a person who has a small channel on youTube That has done some reports on this case Disputing Lies being Told in his oppinion.

There is No Basis to add this Innocent Man.

Lynett Michelle Prest

June 13 2025
Po Box 27 Otter Creek FL. 326__

FILED USDC FLND GV
JUN 13/25 PM 1:33