UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

Plaintiff

v.                                      Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

Defendant(s)


## NOTICE OF RELATED CASES

PLEASE TAKE NOTICE, of the following related case involving lawsuit against PLAINTIFF JEREMY B HALES and ELEPHANT SHOES, LLC, Case No. 2025-CA-004528, Orange County, Florida Leslie Ferderigos v Jeremy Hales, Et. Al. Attached


## CERTIFICATE OF SERVICE

I certify the foregoing document has been served electronically via the CM/ECF System on this 16th day of June, 2025.

/s/ Michael Ferderigos
CIVIL ESTATE LAW, P.A.
**Michael Ferderigos**

1

Florida Bar No. 604011
40454 Birch Tree Lane
Windemere, FL 34786
Tel: (407) 592-0035
michael@civilestatelaw.com