UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
 Plaintiffs,

v.                                                    Case No. 1:25cv58/RH/ZCB

JOHN COOK, et al.,
Defendants.
/

## DEFENDANT LEE'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY USING CM/ECF

COMES NOW, Defendant, Lee, proceeding pro se, respectfully moves this Court
for permission to file documents electronically using the Court's Case
Management/Electronic Case Files (CM/ECF) system. In support of this motion,
Defendant states as follows:

1. Defendant is not represented by counsel and is proceeding pro se in this
   matter at this time.

2. Defendant resides over an hour away from the courthouse and does not have
   a motor vehicle available to travel to file documents without
   inconveniencing non-parties to help her travel.

3. Defendant understands that electronic filing is ordinarily reserved for
   attorneys, but requests permission to file electronically via CM/ECF in order
   to facilitate efficient management and timely submission of filings.

FILED USDC FLND GV
JUN 17 '25 AM11:01

4.  Defendant has access to an internet-capable computer and a valid email address, and is able to comply with the Court's CM/ECF procedures and all applicable rules.

5.  Defendant agrees to abide by all Local Rules and procedures governing electronic filing as set forth by the Northern District of Florida.

WHEREFORE, Defendant respectfully requests that the Court grant permission to file documents electronically using the CM/ECF system in this case and for such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Lisa Lee*

## CERTIFICATE OF WORD LIMIT

Pursuant to Rule 7.1(F), N.D. Fla. Loc. R., the undersigned counsel hereby certifies that the foregoing motion contains 389 words.

*/s/ Lisa Lee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by email, to all parties of record on this 16th day of June 2025, to:

*/s/ Lisa Lee*

2

SHOCHET LAW GROUP
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693
attorneys@counsel.insure
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure


Cameron L. Atkinson, Esq.
Atkinson Law, LLC
Attorney For MATZKIN
1000 Lafayette Blvd., Fl. 11
Bridgeport, CT 06604
catkinson@atkinsonlawfirm.com


Lynette Michelle Lacy Alexis Preston, pro se


John Cook, pro se


Marla Hughes, pro se


Christopher Joseph Gage, Esq.
Banker Lopez Gassler PA
Attorney for HELM
501 E Kennedy blvd, Ste 1700
Tampa, FL 33602
service-cgage@bankerlopez.com



UNITED STATES CLERKS OFFC
401 SE 1ST AVE
STE 243
GAINESVILLE FL 32801

P:BROWN  S:IN          I:54B
ZONN-2192
5218