UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES, et al.

v.  Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  June 17, 2025
Type of Motion/Pleading: Unopposed Motion for Extension
Filed by:  Plaintiffs          on 6/13/2025    Doc.    69

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 17th day of June 2025:

Plaintiffs have moved for a fifteen-day extension to respond to Defendant Matzkin's motion to dismiss (Doc. 55). (Doc. 69). Defendant Matzkin does not oppose the motion. (*Id.* at 3). Accordingly, Plaintiffs' motion (Doc. 69) is **GRANTED** to the extent that their response to Defendant Matzkin's motion to dismiss (Doc. 55) is due **on or before July 1, 2025**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge