UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

vs.                                        Case No.:  1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

Presently before the Court is Defendant Lee's *pro se* "Motion for Permission to File Electronically Using CM/ECF." (Doc. 72). The Local Rules require documents submitted for filing by *pro se* parties to be filed in paper format. *See* N.D. Fla. Loc. R. 5.4(A); *see also* Administrative Order on Electronic Case Filing, at 3 (N.D. Fla. Nov. 28, 2003) ("*Pro se* litigants who are not attorneys must file all documents with the court in paper form").[1] Because Defendant Lee is a *pro se* party, the Local Rules require her to submit all filings in paper form. There is no reason to depart from the requirement set forth in the Local Rules in this case. Accordingly, Defendant Lee's "Motion for Permission to File

---

[1] https://www.flnd.uscourts.gov/sites/flnd/files/general-orders/AdmOrdCMECF.pdf.

1

Electronically Using CM/ECF" (Doc. 72) is **DENIED**.[2]

**SO ORDERED** this 17th day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[2] In the motion, Defendant Lee states that she resides an hour away from the courthouse and does not have a vehicle for traveling to file documents. (Doc. 72). The Court notes, however, that *pro se* litigants (including prisoners) frequently litigate cases in this Court without filing electronically. Such litigants typically submit their filings through the mail or a private courier service. And that option is available to Defendant Lee as well.