# EXHIBIT "1"















