UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELEPHANT SHOE, LLC,
an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and JEREMY B. HALES,

v.                                          Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs ELEPHANT SHOE, LLC, an Ohio Limited Liability Company d/b/a WHAT THE HALE$ and JEREMY B. HALES (collectively "Plaintiffs"), by and through the undersigned counsel, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby respectfully move this Court to enter default against Defendant LYNETTE MICHELLE LACY ALEXIS PRESTON (hereinafter, "PRESTON") for failure to comply with this Court's Order to respond to Plaintiffs' Second Amended Complaint. In support of this Motion, Plaintiffs state:

1. On June 17, 2025, this Court issued an Order which states Defendant PRESTON "must respond to [Plaintiffs' Second Amended Complaint] within **seven days** of it being re-filed by Plaintiffs (emphasis supplied by the Court)." (Doc. 74).[1]

2. On June 18, 2025, Plaintiffs re-filed their Second Amended Complaint against Defendant PRESTON. (Doc. 76).

3. Pursuant to Federal Rule of Civil Procedure 15(a)(3), PRESTON was required to respond to the Second Amended Complaint within the time specified by the Court's Order.

4. The deadline for PRESTON to respond to the Second Amended Complaint has passed.

5. To date, PRESTON has failed to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint, despite this Court's explicit Order requiring such response.

---

[1] The Court noted in the Order that "Defendant Preston's response to the amended complaint (Doc. 35) was previously due on June 18, 2025. (*See* Doc. 64). Defendant Lee's response to the amended complaint (Doc. 35) was previously due on June 24, 2025. (*See* Doc. 57)."

6. PRESTON's failure to plead or otherwise defend against the Second Amended Complaint as ordered by this Court warrants the entry of default pursuant to Federal Rule of Civil Procedure 55(a)(2).

7. Additionally, the Court has authority to impose sanctions for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 37.

8. The Court also has inherent authority to enforce compliance with its orders through Federal Rule of Civil Procedure 16(f), which authorizes sanctions when a party fails to obey a pretrial order.

9. Plaintiffs have been prejudiced by PRESTON's failure to comply with this Court's Order and respond to the Second Amended Complaint, as this failure has caused Plaintiffs to incur additional costs.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

1. Enter default against Defendant PRESTON pursuant to Federal Rule of Civil Procedure 55(a);

2. Award Plaintiffs reasonable attorneys' fees and costs incurred in connection with this Motion; and

3. Grant such other and further relief as this Court deems just and proper.

Dated: June 27, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693

By: /s/ *Randall Shochet*
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*
Randall Shochet, Esq.

## SERVICE LIST

Cameron L. Atkinson
ATKINSON LAW, LLC
Attorney for MATZKIN
122 Litchfield Rd, Ste. 2
P.O. Box 340
Harwinton, CT 06791
catkinson@atkinsonlawfirm.com

Christopher Joseph Gage
Banker Lopez Gassler PA
Attorney for HELM

501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com

MARLA HUGHES, Pro Se
7350 128th Ln.
Bronson FL 32621
MarlaHughes@live.com
blndndngrus@gmail.com

LYNETTE MICHELLE LACY ALEXIS PRESTON, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

JOHN COOK, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

LISA LEE, Pro Se
lisa.lee.legal@gmail.com