
1-25-cv-58
RH/ZCB

# EXHIBIT E
# EMAIL BETWEEN LEE & SHOCHET

FILED USDC FLND GV
JUL 2 '25 AM 11:56



  Gmail                                          Lisa Lee <lisa.lee.legal@gmail.com>

# Request for Consent to Amend Motion to Dismiss
6 messages

---

**Lisa Lee** <lisa.lee.legal@gmail.com>                                          Fri, Jun 27, 2025 at 1:33 PM
To: rshochet@shochetlaw.com, Attorneys@counsel.insure

Dear Counsel,

I will be filing a Motion to Leave to file an Amended Motion to Dismiss.
I am requesting whether or not you consent. Please promptly let me know so I can notify the court.

Additionally, please notice me for all future filings at this email address: lisa.lee.legal@gmail.com
I have not been getting any notices on past filings.

Thank You
Lisa Lee

---

**Shochet Law Group** <attorneys@counsel.insure>                                 Fri, Jun 27, 2025 at 1:34 PM
To: Lisa Lee <lisa.lee.legal@gmail.com>, Shochet Law Group <attorneys@counsel.insure>

What are your grounds?
--

[Quoted text hidden]

---

**Lisa Lee** <lisa.lee.legal@gmail.com>                                          Fri, Jun 27, 2025 at 2:10 PM
To: Shochet Law Group <attorneys@counsel.insure>

My grounds are found in the following attachment.

[Quoted text hidden]

 **Motion for leave to amend motion to dismiss.pdf**
78K

---

**Shochet Law Group** <attorneys@counsel.insure>                                 Fri, Jun 27, 2025 at 5:06 PM
To: Lisa Lee <lisa.lee.legal@gmail.com>
Cc: Shochet Law Group <attorneys@counsel.insure>

You can respond that we do not agree, especially the claim that you were not served with the amended complaint, we have documentation that this process server never received anything but the amended complaint for you to be served.

Get Outlook for iOS

---

**From:** Lisa Lee <lisa.lee.legal@gmail.com>
**Sent:** Friday, June 27, 2025 2:10:37 PM