UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

v.                                Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## **ORDER**

Defendant Lee has filed a "Motion for Leave to File an Amended Motion to Dismiss." (Doc. 87). The motion states that Defendant Lee conferred with Plaintiffs' counsel one day after filing her initial motion to dismiss (Doc. 79) to ascertain whether Plaintiffs would consent to the requested relief. (Doc. 87 at 2). Defendant Lee asserts that Plaintiffs do not consent to Defendant Lee amending her motion to dismiss (*id.* at 4), and, after refusing to consent, Plaintiffs' counsel "quickly filed a response to the original Motion to Dismiss the following day" (*id.* at 2). Given these issues, Plaintiffs will be required to file an expedited response to Defendant Lee's motion.

Accordingly, it is **ORDERED** that Plaintiffs, if they oppose the requested relief therein, must respond to Defendant Lee's motion to amend (Doc. 87) **on or before July 10, 2025**.

**IT IS SO ORDERED.** This the 3rd day of July 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge