UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELEPHANT SHOE, LLC,
an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and JEREMY B. HALES,

v.                                                                Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.
_____/

## NOTICE OF SIMILAR CASE

Pursuant to Local Rule 5.6, JEREMY BRYAN HALES ("Mr. Hales") - the Plaintiff/Counter-Defendant, by and through the undersigned counsel, wishes to inform the Court of a pending bankruptcy case that involves issues of fact, or law in common with the issues in this case, and states:

1. A bankruptcy case was filed in the United States Bankruptcy Court for the Northern District of Florida, Case No. 25-10173-KKS, a copy being attached.

2. The bankruptcy case was filed on July 3, 2025, by Lynette Michelle Lacey Alexis Preston, who is a defendant in the present civil action.

3. The bankruptcy case was filed under Chapter 7 of the Bankruptcy Code.

     **WHEREFORE**, the undersigned respectfully requests that the Court take notice of the bankruptcy proceeding and take such action as it deems appropriate.

Dated: July 8, 2025.

Respectfully submitted,
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693

By: /s/ *Randall Shochet*
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

                      By: /s/ *Randall Shochet*
                         Randall Shochet, Esq.

## SERVICE LIST

Cameron L. Atkinson
ATKINSON LAW, LLC
Attorney for MATZKIN
122 Litchfield Rd, Ste. 2
P.O. Box 340
Harwinton, CT 06791
catkinson@atkinsonlawfirm.com

Christopher Joseph Gage
Banker Lopez Gassler PA
Attorney for HELM
501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com

MARLA HUGHES, Pro Se
7350 128th Ln.
Bronson FL 32621
MarlaHughes@live.com
blndndngrus@gmail.com

LYNETTE MICHELLE LACY ALEXIS PRESTON, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

JOHN COOK, Pro Se
PO BOX 27
OTTER CREEK, FL 32683

LISA LEE, Pro Se
lisa.lee.legal@gmail.com