| | |
|---|---|
| **Subject:** | Re: Hales - 4 new filings |
| **Date:** | Tuesday, May 6, 2025 at 12:15:34 PM Eastern Daylight Time |
| **From:** | rshochet@shochetlaw.com <rshochet@shochetlaw.com> |
| **To:** | jared@accurateservegainesville.com <jared@accurateservegainesville.com> |
| **CC:** | jared@accurateservegainesville.com <jared@accurateservegainesville.com>, Emma Degamo <edegamo@shochetlaw.com> |
| **Attachments:** | 35-3.pdf, 35-2.pdf, 35-1.pdf, 35.pdf, SUMMONS TESCHENDORF.pdf, SUMMONS KESZEY.pdf, SUMMONS LUTHMANN.pdf, SUMMONS WEEKS.pdf |

Hi Jared:

The attached are from a federal lawsuit from the Gainesville Florida federal courthouse.

Two of the defendants are Florida residents. One is from New York (LUTHMANN), and the other is from Wisconsin (TESCHENDORF). We've had trouble with the sheriffs connecting and being able to serve these two out of state defendants; can you please let me know if you can arrange for private Process Servers in New York and Wisconsin?

Also, please serve the two Florida defendants. Their subpoenas are attached along with the subpoenas for the New York defendant and the Wisconsin defendant.

**Sincerely,**
**Randall "Randy" Shochet, Esq.**
**Attorney at Law**
**Office Phone 352-354-4518**

Shochet Law Group
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message

