**RETURN OF SERVICE**

**State of Florida**   County of

Case Number: 1:25-cv-00058-RH-MJF

PLAINTIFF:
**JEREMY BRYAN HALES**

vs.

DEFENDANT:
**LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.**

For:
Shochet Law Group
409 N. Main Street
Trenton, FL 32693

Received by Accurate Serve Ocala on the 8th day of May, 2025 at 11:21 am to be served on **LISA WEEKS a/k/a LISA LEE a/k/a LISA RAP, 2446 OVERSTREET PLACE, THE VILLAGES, FL 32163**.

I, Jody Raney, do hereby affirm that on the **10th day of May, 2025** at **3:09 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS** with the date and hour of service endorsed thereon by me, to: **GABRIEL WEEKS** as **CO-RESIDENT** at the address of: **2446 OVERSTREET PLACE, THE VILLAGES, FL 32163**, the within named person's usual place of **Abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 170, Hair: GREY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A200821B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

**Jody Raney**
092324-1

AINESVILLE

Case 1:25-cv-00058-RH-MJF    Document 90-2   Filed 05/09/25   Page 2 of 3

```
DELIVERED   05/10/2025 03:09 PM
SERVER      JR
LICENSE     092324-1
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JEREMY BRYAN HALES<br><br>*Plaintiff(s)*<br>v.<br>LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00058-RH-MJF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LISA WEEKS a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE RAPUZZI a/k/a LISA RAPUZZI WEEKS
2446 Overstreet Place
The Villages, FL 32163-2647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 2/25/2025



s/A. Tinaya-Miller, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

**Subject:** Job Served G198143, 1:25-cv-00058-RH-MJF (LISA WEEKS a/k/a LISA LEE a/k/...
**Date:** Thursday, May 15, 2025 at 10:58:27 AM Eastern Daylight Time
**From:** jared@accurateservegainesville.com <jared@accurateservegainesville.com>
**To:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>, Emma Degamo <edegamo@shochetlaw.com>
**Attachments:** Signed_Proof_and_Endorsed_Service_Copy.pdf, Invoice_G198143.pdf

From: Accurate Serve of Gainesville
To: Shochet Law Group
Job # G198143
Serve To: **LISA WEEKS a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE RAPUZZI a/k/a LISA RAPUZZI WEEKS**
Case Info:
Court: UNITED STATES DISTRICT COURT
Court Case # **1:25-cv-00058-RH-MJF**


Re: PLAINTIFF
JEREMY BRYAN HALES
-Versus-
Re: DEFENDANT
LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.

Service Info:
Recipient was SERVED on **5/10/2025** at **03:09 PM**
Type of Service: 1. CO-RESIDENT
Name of Served: GABRIEL WEEKS
Capacity: CO-RESIDENT

Documents: SUMMONS; AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS

Service Address: 2446 Overstreet Place The Villages, FL 32163

Service Comments:

Detailed Status is available at www.PaperTracker.info