UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
Plaintiffs,

v.

Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
Defendants.

**MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS**

COMES NOW, Defendant Lisa Lee, pursuant to FRCP 7(b), files this motion for leave to file an amended motion to dismiss, respectfully request that the Court grant leave to file an Amended Motion to Dismiss, addressing the correct operative claims and states:

1. On 6/26/25, Doc. 79, Defendant Lee filed her Motion to Dismiss. Defendant Lee files this Motion for Leave to file an Amended Motion to Dismiss, only one day after filing her original Motion to Dismiss. To date, no party or the Court has responded to her original Motion to Dismiss at the time of this filing.

2. On 2/23/25, the Plaintiff filed his Complaint, citing claims of Defamation

3. On 4/28/25, the Plaintiff Amended his Complaint, to remove all Defamation claims

4. On 5/10/25, Defendant Lee was served with the original Complaint that was filed on 2/23/25, citing the Defamation claims. The Plaintiff was never served Defendant Lee with the Amended Complaint, as evidenced in the Certificate of Service [*See*. Exhibit A]

5. On 6/18/25, the Plaintiff was granted leave to amend and Plaintiff filed his 2nd Amended Complaint solely, premised on him adding a Defendant's name and not altering anything else in the Complaint.

6. Defendant Lee is a Pro Se Litigant, and has not been getting notice on court filing beyond the following: (1) Formal Service of the Original Complaint [filed 2/23/25] (2) Mailed Court Order Doc. 73 (3) Mailed Court Order Doc. 74

7. Defendant Lee seeks to Amend her Motion to Dismiss to address the claims in the most recent 2nd Amended Complaint (doc.76). Defendant Lee incorrectly relied on the claims in the original Complaint (doc.1) that she was Formally served on, which cited claims of Defamation.

8. Defendant Lee has requested with the Plaintiff on whether or not he consents to her request to amend [*See.* Exhibit B]. However, he has not responded at the time of this filing.

9. Defendant Lee brings forth this request in good faith and no party will be prejudiced should this Court grant this request.

**MEMORANDUM IN SUPPORT**

10. Under Rule 15(a)(2), leave to amend should be "freely" given "when justice so requires." Fed. R. Civ. P. 15(a)(2); *see Halliburton & Assocs., Inc. v. Henderson, Few & Co.*, 774 F.2d 441, 443 (11th Cir. 1985) ("[Rule 15(a)(2)] contemplates that leave shall be granted unless there is a substantial reason to deny it.").

11. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962).

12. Here, the Plaintiff(s) cannot show prejudice, bad faith or undue delay. This is because Defendant Lee filed her Motion to Dismiss on 6/26/25, Doc. 79, the day prior to following this Motion to Amend. No party or the Court has responded do this original Motion to Dismiss. The Plaintiff timely and promptly seeks to amend prior to any party or the Court responding to her Motion to Amend filed on 6/26/25

13. Therefore, Defendant Lee, respectfully request that the Court grant her leave to file her Amended Motion to Dismiss, attached hereto at Exhibit C.

**CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO COMPLETELY RESOLVE ISSUES PRESENTED IN THE MOTION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. PLAINTIFF(S) have not responded to Defendant Lees request to resolve this issue and this Court requires Leave of the Court to amend any Motion, pursuant to FRCP 7(b).

By: /s/ Lisa Lee

Lisa Lee, *Pro Se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronically through the Clerk of Court using CM/ECF to all parties and the Defendant served the Plaintiff via Mail and email on this 27th day of June 2025, to:

SHOCHET LAW GROUP

Attorneys for Jeremy B. Hales

409 N. Main Street

Trenton, FL 32693

By: /s/ Randall Shochet

Randall Shochet, Esq.

FBN.: 959421

attorneys@counsel.insure

Respectfully submitted,

<u>/s/ Lisa Lee</u>

2518 Burnsed Blvd.

Ste. 338

The Villages, FL 32163

386-259-0598