UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

vs.                                 Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

On July 8, 2025, Plaintiffs filed a "Notice of Similar Case" advising the Court of a pending bankruptcy petition filed by Defendant Preston on July 3, 2025.[1] (Doc. 89). Given the pending bankruptcy petition, it appears that this case should be stayed as to Defendant Preston under the automatic bankruptcy stay provision of 11 U.S.C. § 362(a). The Court, however, will provide Plaintiffs with an opportunity to respond regarding the appropriateness of a bankruptcy stay as to Defendant Preston.

Accordingly, it is **ORDERED** that:

---

[1] *See* Doc. 1, *In re Preston*, 25-10173-KKS (Bankr. N.D. Fla. July 3, 2025).

2

1. Plaintiffs shall have until **July 14, 2025**, to respond to the Court's suggestion that a bankruptcy stay would be appropriate in this case as to Defendant Preston under 11 U.S.C. § 362(a).

2. Plaintiffs' deadline to respond to Defendant Preston's motion to dismiss (Doc. 83) is **TOLLED** until further order of the Court.

**DONE AND ORDERED** this 10th day of July 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge