# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JEREMY B. HALES,** | Civil Action No.: |
| Plaintiff, | 1:25-CV-00058-RH-ZCB |
| v. | |
| **LYNETTE MICHELLE LACEY ALEXIS PRESTON** and nine others, | |
| Defendants | |

## NOTICE OF AUTOMATIC STAY

Michelle Preston gives notice that she has filed for bankruptcy relief in the U.S. Bankruptcy Court for the Northern District of Florida, Case # 25-10173, requiring an automatic stay of this action under the Bankruptcy Code.

Michelle Preston:  07/07/25
P.O. Box 27
Otter Creek, FL 32683

## CERTIFICATION

On July 7, 2025, a copy of this notice was emailed to counsel for the plaintiff:

Randall Shochet, Esq
Shochet Law Group
Attorneys for Jeremy B. Hales
409 N. Main Street Trenton, FL 32693
info@shochetlaw.com

Michelle Preston
07/07/2025

FILED USDC FLND GV
JUL 10 '25 PM 1:42   HP

M. Preston
PO BOX 27
Otter Creek, FL. 32683

United States District Court
Northern District of Florida
Gainesville Division
401 SE 1st Ave
Gainesville, FL. 32601



CHECKED JUL 10 2025