UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

vs.                                         Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

On July 8, 2025, Plaintiffs filed a "Notice of Similar Case" advising the Court of a pending bankruptcy petition filed by Defendant Preston on July 3, 2025.[1] (Doc. 89). Given the pending bankruptcy petition, the Court invited Plaintiffs to respond to the Court's suggestion that a stay of this case as to Defendant Preston would be appropriate under the automatic stay provision of 11 U.S.C § 362(a). (Doc. 91). Prior to Plaintiffs' response, Defendant Preston filed a "Notice of Automatic Stay" advising the Court of her bankruptcy petition and stating that its filing requires an automatic stay under the Bankruptcy Code. (Doc. 92). Plaintiffs have now responded that they agree with the Court's

---

[1] *See* Doc. 1, *In re Preston*, 25-10173-KKS (Bankr. N.D. Fla. July 3, 2025).

1

suggestion that this case should be stayed as to Defendant Preston under 11 U.S.C. § 362(a). (Doc. 93).

Accordingly, it is **ORDERED** that:

1. As to Defendant Preston, this case is **STAYED** under 11 U.S.C. § 362(a) pending disposition of Case No. 25-10173-KKS (Bankr. N.D. Fla.).

2. All deadlines relating to Defendant Preston are **TOLLED** until further order of the Court.

3. Within **ninety days** of the date of this order, Plaintiffs shall file a status report regarding the progress of Defendant Preston's bankruptcy case. Subsequent status reports should be filed by Plaintiffs every ninety days unless otherwise ordered by this Court.

4. This case remains pending as to all other Defendants.

**DONE AND ORDERED** this 15th day of July 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge