# AFFIDAVIT OF SERVICE

| Case: 1:25-cv-00058-RH-ZCB | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION | County: | Job: 13592740 |
|---|---|---|---|
| **Plaintiff / Petitioner:** JEREMY BRYAN HALES | | **Defendant / Respondent:** LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al. | |
| **Received by:** HSPS Legal Services | | **For:** Western Iowa Process Serve | |
| **To be served upon:** Raymond G. Bonebrake, Jr. | | **Court Date:** | |

I, Timothy OLeary, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Raymond G. Bonebrake, Jr., 103 Sunset Drive, New Sharon, Iowa 50207
**Manner of Service:** Personal/Individual, Jun 27, 2025, 7:09 pm CDT
**Documents:** 76.pdf, 76-1.pdf, 76-2.pdf, 76-3.pdf, Summons.pdf

**Additional Comments:**
1) Successful Attempt: Jun 27, 2025, 7:09 pm CDT at 103 Sunset Drive, New Sharon, Iowa 50207 received by Raymond G. Bonebrake, Jr.. (Server's visual approximation) Age: 67; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'11"; Hair: Gray; Other: Personal service. ; Personally served Raymond G. Bonebrake, Jr..

Fees:
State of: Iowa ) ) SS:
County of: Wapello )

Timothy OLeary    6-28-25
Date

HSPS Legal Services
327 2nd Street Suite 200
Coralville, IA 52241
319-354-2010

Signed and sworn to before me, a notary public, on this 28th day of June, 2025

Melissa House
Notary Public

9/8/2026
My Commission Expires

MELISSA HOUSE
Commission Number 826503
My Commission Expires
September 8, 2026