# RETURN OF SERVICE

| State of Florida | County of | United States Northern District of FL Court |

Case Number: 1:24-CV-00045-AW-ZCB   Court Date: 2/13/2025  10:00 am

Plaintiff:
**Jeremy B. Hales**

vs.

Defendant:
**Lynette Michelle Lacey Alexis Preston and John Cook**

For:
Randall Shochet, Esq.
Shochet Law Group
409 N Main Street
Trenton, FL 32693

Received by Process Service of Gainesville, LLC on the 17th day of January, 2025 at 10:22 am to be served on **Robert J. Keszey, 4392 SW 52nd Terrace, Bushnell, FL 33513**.

I, Jody Raney, do hereby affirm that on the **27th day of January, 2025** at **12:03 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena Duces Tecum to Testify at a Deposition in a Civil Action and Witness Fee Check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Robert J. Keszey** at the address of: **516 NW 3rd Street, Webster, FL 33597**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/20/2025  1:17 pm  Attempted service at 4392 SW 52nd Terh3 brace, Bushnell, FL 33513, Server left card, Unable to access property, Locked gate

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A200821B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

**Jody Raney**
092324-1

**Process Service of Gainesville, LLC**
**10004 Nw 4th Pl**
**Gainesville, FL 32607**
**(407) 697-9592**

Our Job Serial Number: HTP-2025000194

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



```
DELIVERED  1/27/2025 12:03 PM
SERVER     JR
LICENSE    092324-1
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,

v.                                                            Case No.:1:24-cv-00045-AW-ZCB

LYNETTE MICHELLE
LACY ALEXIS PRESTON
and
JOHN COOK,

    Defendants.
_____/

## SUBPOENA DCUES TECUM TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    Robert J. Keszey
        4392 SW 52nd Terrace
        Bushnell, FL 33513-8253

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place:    Sumter County Courthouse
           215 E. McCollum Ave., Room 208
           Bushnell, Florida 33513

Date and Time:    February 13, 2025 at 10:00 a.m.

The deposition will be stenographically recorded by a Court Reporter (Courtscribes, or any other officer authorized by law to take depositions and administer oaths). The oral examination is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules. If this deposition should be continued or rescheduled, the deponents shall remain under subpoena until the conclusion of the rescheduled deposition.

**Production**:  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material contained in Schedule A below:

<u>SCHEDULE "A" - DUCES TECUM</u>

<u>DEFINITIONS</u>
For purposes of this Subpoena, the following terms shall have the meanings:

- The term "Document," or "document" shall be construed extremely broadly to mean all intangible things of every nature that contain information, including but not limited to correspondence, communications, writings of every kind, drawings, graphs, charts, agreements, contracts, analyses, appointment records, audio recordings (whether transcribed or not), bills. books, books of account, calendars (personal and business), checks, computer cards, tapes, disks, diskettes, computer printouts, computer programs, diaries, diagrams, drafts, records, financial statements, forms, handbooks, reports, indexes, instruction sheets, manuals, maps, memoranda, minutes, notes (whether handwritten or otherwise), opinions, permits, photographs, plans, proofs, periodicals or other publications, receipts, recordings, reports, service manuals, sketches, specifications, studies, summaries, tags, tapes, telefaxes, telegrams, telephone messages and message slips, telexes, other

    telecommunications materials, video recordings, and all other data compilations from which information can be obtained or translated through detection devices or otherwise into reasonably usable form including all such items in the possession, custody or control of any of your directors, employees, or agents wherever located).

- The terms "relating," "relating to," "referring," "referring to," and "regarding," shall mean making a statement about, discussing, describing, reflecting, referencing, concerning, constituting, identifying, dealing with, consisting of, containing, interpreting, summarizing, establishing, comprising, listing, evidencing, substantiating, involving, or in any way pertaining to the subject matter, in whole or in part. Words in the singular including their plural meaning and vice-versa. The conjunction "and" and the disjunction "or" shall be individually interpreted in every instance as meaning "and/or" and shall not be interpreted to exclude any information otherwise within the scope of the request. Each pronoun shall include the masculine, feminine, neuter, singular, and plural, as required by the context in which used, and shall not be interpreted to exclude any information otherwise within the scope of the request.

YOU ARE TO PRODUCE:

1. Any and all documents relating to communications of any kind or nature between You and Plaintiff.

2. Any and all documents relating to communications of any kind or nature between You and either Defendant in this case - Lynette Michelle Lacy Alexis Preston and John Cook.

3. Any and all documents relating to communications of any kind or nature between You and **any third party** regarding the Plaintiff in this case – Jeremy Bryan Hales.

4. Any and all documents relating to communications of any kind or nature between You and **any third party** regarding either Defendant in this case - Lynette Michelle Lacy Alexis Preston and John Cook.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**WITNESS** my hand and the seal of said court on January 16, 2025.

**AS AN OFFICER OF THE COURT:**

/s/ *Randall M. Shochet*, Esquire
SHOCHET LAW GROUP
Attorneys for Jeremy B. Hales
409 N. Main Street
Trenton, FL 32693
attorneys@counsel.insure
(352) 354-4518

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 17, 2025 the foregoing document is being served on this day on all counsel of record, via email to the Service List below.
By: /s/ *Randall Shochet*
Randall Shochet, Esq.

**SERVICE LIST**

Bruce Matzkin, Esq., pro hac vice
Attorneys for PRESTON and COOK
51 Pleasant Street, # 72
Malden, MA 02148
Brucematzkin1@gmail.com

**PROOF OF SERVICE**

Page **4** of **5**