United States District Court

JEREMY BRYAN HALES

    Plantiff

v.

DAVID MICHAEL TESCHENDORF

    Defendant

Case No.: 25CV00058-RH-MJK

## AFFIDAVIT OF NON SERVICE

I, Eugene W Moy, being duly sworn that I am an adult resident of Wisconsin and I am not a party to the legal action to which this affidavit is attached. I further swear that I was not able to serve the below listed documents upon the named party after the attempts and activities listed below:

That attempts were made to serve DAVID MICHAEL TESCHENDORF with SUMMONS AND COMPLAINT at:

Attempted at 1324 S 95TH ST MILWAUKEE, WI 53214 On 3/7/2025 at 9:31 AM
    Results: NO ANSWER, LEFT CARD

Attempted at 1324 S 95TH ST MILWAUKEE, WI 53214 On 3/10/2025 at 5:18 PM
    Results: NO ANSWER

Attempted at 1324 S 95TH ST MILWAUKEE, WI 53214 On 3/14/2025 at 3:35 PM
    Results: NO ANSWER

Attempted at 1324 S 95TH ST MILWAUKEE, WI 53214 On 3/18/2025 at 1:18 PM
    Results: NO ANSWER

Final Results: 3/18/2025 at 1:18 PM   1324 S 95TH ST, MILWAUKEE, WI 53214

That the fee for this Service is $.00

Eugene W Moy
State Process Service, Inc
11063 West Bluemound Rd, 101
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary Public, this 25th day of March, 2025

Jon P Kratochvil
Notary Public
My Commission expires on: 4/26/2025

Order #: P423223
Their File 712805

