| | |
|---|---|
| **Randall "Randy" Shochet, Esq.**<br>**409 N. Main Street   TrentoN, FL 32693**<br>CASE NUMBER: **1:25-cv-00058-RH-ZCB** | **STATE PROCESS SERVICE, INC.** |
| **ELEPHANT SHOE, LLC etal**<br>**vs.**<br>**DAVID MICHAEL TESCHENDORF** | SUMMARY OF SERVICE<br>JOB COMPLETE<br>P430102<br>Process |
| | **COMPLETED BY**<br>Vincent Sammataro<br>6/26/2025  3:24 PM |
| **SUMMARY OF SERVICE** | Reference No.:<br>1:25-cv-00058-RH-ZCB |

## * * NOT SERVED * *

I received the within process on  June 25, 2025 and that after due and diligent effort I have been unable to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect service.

**Servee: DAVID MICHAEL TESCHENDORF**

**Attempted at 3618 E Holmes Street Cudahy, WI 53110 On 6/25/2025 at 3:42 PM**
**Results: doesn't live there per tenant, close door before he would give name.**

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

http://www.stateprocess.com/

**SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS**

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at http://www.stateprocess.com/

# SUMMARY OF SERVICE
# 1:25-cv-00058-RH-ZCB

Summary/P430102