UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

JEREMY B. HALES,

Plaintiff,

v.

JOHN COOK:
Et al,

Defendants

Civil Action No.:
1:25-CV-00058-RH-ZCB

## REQUEST FOR EXTENTION OF TIME

Pursuant to FRCP 6(b)(1)(A), defendant RAYMOND G. BONEBRAKE, JR. requests an extension of time of 30 days to answer or otherwise plead to the complaint. As good cause for this request, the defendant needs additional time to locate counsel and is also facing a family emergency medical crisis. The Plaintiff states they will not object to this filing and several of the named defendants have not yet been served, and so this request will not prejudice the plaintiff or cause undue delay of these proceedings.

Respectfully submitted,

/s/ RAYMOND G. BONEBRAKE, JR.

FILED USDC FLND GV HP
JUL 21 '25 PM12:10

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify this memorandum contains 217 words.

/s/ RAYMOND G. BONEBRAKE, JR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by email to the Plaintiff via email on this 16th day of July 2025, to:

SHOCHET LAW GROUP
Attorneys for Jeremy B. Hales
409 N. Main Street
Trenton, FL 32693
By: /s/ Randall Shochet
Randall Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

Respectfully submitted,

/s/ RAYMOND G. BONEBRAKE, JR.
Raymond G. Bonebrake Jr., pro se
103 West Sunset Drive
Box 265
New Sharon, IA 50207
rbonecrusher@gmail.com




RAYMOND G BONEBRAKE JR
(388) 259-0598
THE UPS STORE #6452
2510 BURNSED BLVD
THE VILLAGES FL 32163-2704

1 LBS
SHP WT: 1
DATE: 17 JU

SHIP  UNITED STATES CLERKS OFFC
TO:   STE 243
      401 SE 1ST AVE

GAINESVILLE FL 32601-6895

FL 326 0-04

UPS GROUND
TRACKING #: 1Z H91 779 03 0440 1782

BILLING: P/P

REF #1: JAM

