UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES, et al.

v.                           Case No.: 1:25cv58/RH/ZCB

JOHN M. COOK, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  July 22, 2025
Type of Motion/Pleading: Request for Extension of Time
Filed by: Defendant Bonebrake   on 7/21/2025   Doc.   98

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 22nd day of July 2025:

Defendant Raymond Bonebrake has moved for a 30-day extension to respond to the second amended complaint. (Doc. 98). The motion states that Plaintiffs have no opposition.[1] Accordingly, Defendant Bonebrake's motion (Doc. 98) is **GRANTED** to the extent that his response to Plaintiffs' second amended complaint (Doc. 76) is due within **thirty days** from the date of this order.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] It is apparent from the motion that Defendant Bonebrake conferred with Plaintiffs' counsel before filing the motion (Doc. 98 at 1). *See* N.D. Fla. Loc. R. 7.1(B). In future motions, however, Defendant Bonebrake must include a certificate of conferral under a separate heading. *See* N.D. Fla. Loc. R. 7.1(C).