# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF FLORIDA
(NAME OF COURT)

| JEREMY BRYAN HALES vs ROBERT J. KESZEY | 1:25-cv-00058-RH-MJF |
|---|---|
| PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT | CASE NUMBER |

I, EUGENE GRIFFIN, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served ROBERT J. KESZEY
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT IN A CIVIL ACTION

by leaving with ROBERT J. KESZEY          SELF                              At
            NAME                        RELATIONSHIP

☑ Residence 4392 SW 52nd Terrace          Bushnell / FL
            ADDRESS                        CITY / STATE

☐ Business N/A                             N/A
            ADDRESS                        CITY / STATE

On JULY 15, 2025                    AT APPROXIMATELY 5:50 pm
   DATE                                TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on N/A
                                                                              DATE
from N/A
     CITY        STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of N/A and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☑ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other SEE ATTACHED

**Service Attempts:** Service was attempted on: (1) JULY 10, 2025  6:00 PM  (2) JULY 12, 2025  4:00 PM
                                                     DATE        TIME          DATE        TIME
(3) JULY 14, 2025  8:00 AM  (4) JULY 15, 2025  5:50 PM  (5) N/A
    DATE           TIME         DATE           TIME         DATE    TIME

**Description:** Age 60's  Sex M  Race W  Height 6'4"  Weight 200  Hair GREY  Beard NO  Glasses YES

_Eugene Griffin_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 15 day of July, 20 25 by EUGENE GRIFFIN
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Lisandra Varela_
SIGNATURE OF NOTARY PUBLIC

LISANDRA VARELA
Notary Public - State of Florida
Commission # HH 209760
My Comm. Expires Mar 24, 2026

NOTARY PUBLIC for the state of FLORIDA



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

PAGE 2

On July 7, 2025, the process server was assigned to serve a Federal Summons and Complaint from the United States District Court for the Northern District of Florida.

On July 10, 2025, the process server commenced the attempt to serve the subject, Robert J. Keszey, at his place of residence above, but was unable to. Additional attempts to serve Mr. Keszey were made on July 12, 14, and 15, 2025. On each of the dates mentioned Mr. Keszey purposely avoided to be served.

On July 15, 2025, Mr. Keszey went through extreme measures to avoid being served. At approximately 5:30 PM, the process server observed him leaving his residence operating a Ford F-150 bearing FL registration Y75-5HR registered to him. At that point the server made eye contact with Mr. Keszey and waved the summons and complaint papers at him after gaining his attention. Mr. Keszey continued to drive, and the process server followed Mr. Kesey who led him around town for approximately ten minutes.

During the time he was being followed the server made several further attempts to get Mr. Keszey's attention when it was safe to by flashing his headlights and made numerous attempts to pull alongside him. When the process server attempted to safely change lanes, Mr. Keszey would quickly get in front of him. Mr. Keszey arrived at a stop sign and there was another vehicle in front of him. He drove around the right side of that vehicle, onto the curb nearly hitting the stop sign to squeeze past the vehicle and made a right turn. After the server came to a complete stop the server also made a right turn and continued to follow Mr. Keszey. Every attempt to get Mr. Keszey to pull over was unsuccessful.

Shortly after, the process server was stopped by two Sumpter County Sherriff's Deputy's, Senior Master E. Hinderhofer and Senior Master R. Maleske, and was issued a traffic warning citation for running a stop sign. The Process Server immediately informed the deputies of the urgent need to also stop Mr. Keszey, but the request was ignored and went unjustified and allowed him to continue to drive away.

It was later learned that while Mr. Keszey led the server around town, he called the Sumpter County Sherriff's Department where his wife, Michelle Newell Keszey, is also employed.

Furthermore, as part of the protocol the server called into the Sheriff's Department to inform them of the area they're working in for the day and for how long they'll be on site. Mr. Keszey did not leave his residence until approximately 6:00 PM, which is the time the server informed the Sheriff's Department their day would probably end.

*Eugene Griffin* (signature)

State of Florida
County of Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ Physical Presence, – OR – ☐ Online Notarization, this 15 day of July 2025 by Eugene Griffin
(Name of Affiant)

_Lisandra Varela_ (Seal)
(Signature of Notary Public - State of Florida)

Lisandra Varela
(Name of Notary Public)

Personally Known _____ OR Produced Identification ✓
Type of Identification Produced: FL Driver's License

_Eugene Griffin_


LISANDRA VARELA
Notary Public - State of Florida
Commission # HH 209760
My Comm. Expires Mar 24, 2026

PAGE 3

The process server returned to Mr. Keszey's residence and posted the Federal Summons and Complaint to his entrance gate according to "Alarcon v Acuna," 282 So. 3d 939. The server attempted to call him, but the call went into voicemail. The server remained near the residence until someone returned to the residence.

A female believed to be Mr. Keszey's daughter, arrived home operating a Buick Envision bearing FL registration AV2-7NA, which is also registered to Mr. Keszey at his address. I informed her that the summons and complaint is for Mr. Keszey. She removed it from the gate prior to unlocking it and took the summons and complaint inside. This action aligns with Fla. Stat. 48.031.

Furthermore, this is the same individual I saw the day prior operating the same vehicle with another female as she was exiting residence. The server asked her if she lived at the residence. Her reply was "We don't live here."

As the process server was parked near the Subject residence and partially in the neighbor's driveway, two Sumter County Sherriff's, the same two that pulled over the server earlier, arrived at residence and drove past me and onto the Subject's property where they remained for quite a while.

As the two deputies were leaving the residence they approached the server and informed the server had to leave the area based on the premise of being on the Subject's property, which in fact the server wasn't.

The server departed the area without incident.

State of Florida
County of Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ Physical Presence, – OR – ☐ Online Notarization, this 15 day of July 2025
by Eugene Griffin
(Name of Affiant)

_Lisandra Varela_ (Seal)
(Signature of Notary Public / State of Florida)

Lisandra Varela
(Name of Notary Public)

Personally Known ____ OR Produced Identification ✓
Type of Identification Produced FL Drivers License

[Signature: Eugene Griffin]

LISANDRA VARELA
Notary Public - State of Florida
Commission # HH 209760
My Comm. Expires Mar 24, 2026