UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
      Plaintiffs,

v.                            Case No.: 1:25cv58/RH/ZCB

JOHN COOK, et al.,
      Defendants.
_____/

## ORDER

Plaintiffs previously filed the affidavit of a process server indicating that Defendant Robert Keszey was served process on July 15, 2025. (Doc. 100). Defendant Keszey has now filed a "Motion to Quash Service or in the Alternative Motion to Extend Time." (Doc. 101). In the motion, Defendant Keszey argues that he was not properly served and the claims against him must be dismissed for lack of personal jurisdiction. (*Id.* at 1-4).[1] Alternatively, if service is deemed effective, Defendant Keszey seeks a 30-day extension to file a responsive pleading. (*Id.* at 4). Given these issues, Plaintiffs will be required to file an expedited response to Defendant Keszey's motion.

---

[1] Because the motion seeks dispositive relief, no certificate of conferral was required. *See* N.D. Fla. Loc. R. 7.1(D).

1

Accordingly, it is **ORDERED** that Plaintiffs must respond to Defendant Keszey's motion (Doc. 101) within **seven days** of the date of this order.

**IT IS SO ORDERED.**  This the 7th day of August 2025.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge