# RETURN OF NON-SERVICE

**State of Florida**  County of

Case Number: 1:25-cv-00058-RH-MJF

PLAINTIFF:
**JEREMY BRYAN HALES**

vs.

DEFENDANT:
**LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.**

For:
Shochet Law Group
409 N. Main Street
Trenton, FL 32693

Received by Accurate Serve Ocala on the 8th day of May, 2025 at 11:17 am to be served on **ROBERT J. KESZEY, 4392 SOUTHWEST 52ND TERRACE, BUSHNELL, FL 33513**.

I, Jody Raney, do hereby affirm that on the **24th day of May, 2025** at **7:40 am, I:**

**NON-SERVED** the **SUMMONS; AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS** for the reason that I failed to find **ROBERT J. KESZEY** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/10/2025  12:39 pm  Attempted service at 4392 SOUTHWEST 52ND TERRACE, BUSHNELL, FL 33513, Server left card, Locked gate, Unable to access property
5/19/2025  10:11 am  Attempted service at 4392 SOUTHWEST 52ND TERRACE, BUSHNELL, FL 33513, Unable to access property, Locked gate
5/23/2025  7:36 pm  Attempted service at 4392 SOUTHWEST 52ND TERRACE, BUSHNELL, FL 33513, Locked gate, Unable to access property
5/24/2025  7:40 am  Attempted service at 4392 SOUTHWEST 52ND TERRACE, BUSHNELL, FL 33513, Locked gate, Unable to access property

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A200821B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

**Jody Raney**
092324-1

ACCURATE SERVE GAINESVILLE
2603 NW 13th St. #255
Gainesville, FL 32609

Client # G198142
Ref # O250436

```
DELIVERED   05/24/2025  07:40 AM
SERVER      JR
LICENSE     092324-1
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JEREMY BRYAN HALES )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-00058-RH-MJF
LYNETTE MICHELLE LACY ALEXIS PRESTON )
JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS )
a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI )
DIAGOSTINO PLUMMER, DAVID C. HELM, et al. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT J. KESZEY
4392 SW 52nd Terrace
Bushnell, FL 33513-8253

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 2/25/2025



s/A. Tinaya-Miller, Deputy Clerk
*Signature of Clerk or Deputy Clerk*