UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

vs.                                    Case No.:  1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.

_____/

## ORDER

Defendant Lisa Lee has moved for leave to file an amended motion to dismiss, and she has attached a copy of the proposed amended motion to dismiss.  (Docs. 87, 87-2).  Plaintiffs oppose the motion.  (Doc. 90).  This Court "has inherent authority to manage its own docket so as to achieve the orderly and expeditious disposition of cases." *Equity Lifestyle Props., Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (cleaned up).  Under that authority and in the exercise of the Court's discretion, the Court will grant Defendant Lee's motion.

Accordingly, it is **ORDERED** that:

1.      Defendant Lee's "Motion for Leave to File an Amended Motion to Dismiss" (Doc. 87) is **GRANTED.**  The Clerk of Court shall separately docket Exhibit C (Doc. 87-2) to Defendant Lee's motion for leave and

caption it on the docket as Defendant Lee's Amended Motion to Dismiss.

2.    The Clerk of Court is directed to **TERMINATE** Defendant Lee's initial motion to dismiss (Doc. 79).

3.    Plaintiffs' response to Defendant Lee's amended motion to dismiss is due within **fourteen days** of this order.

**IT IS SO ORDERED.**  This the 20th day of August 2025.

s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

2