# VERIFIED RETURN OF NON-SERVICE

Job # G198144

**Client Info:**

Shochet Law Group
409 N. Main Street
Trenton, FL  32693

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>JEREMY BRYAN HALES<br> -versus-<br>**DEFENDANT:**<br>LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al. | UNITED STATES DISTRICT COURT<br><br>Court Case # **1:25-cv-00058-RH-MJF** |

**Service Info:**

**Received by Elvis Durity: on May, 8th 2025** at **04:16 PM**
Service: I Non-Served **Richard Luthmann**
**SUMMONS; AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS**

**At Residence 338 SUGAR PINE DRIVE NAPLES, FL 34108**
On **6/21/2025** at **05:07 PM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other:

**Service was Attempted on:**

**(1) 5/9/2025** at **12:53 PM**, by **Elvis Durity** Loc: **4199 Los Altos Court, Naples, FL 34109**
**Notes:** Server attempted - the subject is unknown; The subject does not reside at this address.

**(2) 6/17/2025** at **08:55 PM**, by **Elvis Durity** Loc: **338 Sugar Pine Drive, Naples, FL 34108**
**Notes:** Server attempted - Unable to make the contract at this time, no activity in the area.

**(3) 6/19/2025** at **11:43 PM**, by **Elvis Durity** Loc: **338 Sugar Pine Drive, Naples, FL 34108**
**Notes:** Attempted Service Thursday 19, June 2025: no answer this time window louvers remain in close position no noise inside. no activity inside.

**(4) 6/21/2025** at **05:07 PM**, by **Elvis Durity** Loc: **338 Sugar Pine Drive, Naples, FL 34108**
**Notes:** Attempted Service Sat 21, June 2025/11:53 hours No answer at this time. Window louvers remained closed, No light inside, No vehicle, No response at neighbor.

I **Elvis Durity** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.




Job # G198144

**Elvis Durity**
Lic # **207629**

**Accurate Serve of Gainesville**
2603 NW 13th St. #255
Gainesville, FL 32609

Client # G198144
Ref # FM42440




2 of 2

FILED 6/21/2025 5:07:68 PM
DATE: 6/21/2025 TIME: 05:07 PM
MARITAL STATUS: NA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| JEREMY BRYAN HALES<br><br>*Plaintiff(s)*<br>v.<br>LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-00058-RH-ZCB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  RICHARD LUTHMANN
700 Victory Blvd Apt 7l
Staten Island, NY 10301-3507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS

*CLERK OF COURT*

Date: 5/1/2025

s/ KELLI MALU, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

