## RETURN OF NON-SERVICE

**State of Florida**        County of **NORTHERN**        **District Court**

Case Number: **1:25-CV-00058-RH-ZCB**

Plaintiff: **JEREMY BRYAN HALES**
vs.
Defendant: **LYNETTE MICHELLE LACY, ET AL**



SCD2025012828

For:
Randall M. Shochet
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

Received by G-MAN PRIVATE INVESTIGATION SERVICES on the **6th day of August, 2025** at **11:59 pm** to be served on **RICHARD LUTHMANN, 338 SUGAR PINE LANE, NAPLES, FL 34108**.

I, Shawn Lowdermilk., do hereby affirm that on the **16th day of August, 2025** at **7:55 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH EXHIBITS** for the reason that I failed to find **RICHARD LUTHMANN** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/7/2025  2:25 pm  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109
 NO ANSWER AT THE DOOR AND NO CARS.  THE HURRICANE SHUTTERS ARE UP ALL OVER THE HOUSE.  THERE WAS NO ANSWER AT THE NEIGHBOR.
8/8/2025  1:58 pm  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109
 NO ANSWER AT THE DOOR AND NO CHANGE.  NO ANSWER AT THE NEIGHBOR.
8/11/2025  4:07 pm  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109

 No answer at the door and no cars.  The server left a card.
8/12/2025  3:36 pm  Attempted service at 338 SUGAR PINE LANE, NAPLES, FL 34108

 No answer at the door.  The card is still there.  The neighbor downstairs says that no one is living there.  She says that the owner is Jim and he is over 80 years old and resides up north during the summer.
8/12/2025  4:38 pm  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109

 No answer at the door.  The note is gone and both trash cans are out.
8/15/2025  7:54 pm  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109

 No answer at the door.  The trash can is out.
8/16/2025  7:55 am  Attempted service at 4199 LOS ALTOS COURT, NAPLES, FL 34109  Attempted Service.  No answer at the door and no change.  There was no answer at the neighbor.

## RETURN OF NON-SERVICE For 1:25-CV-00058-RH-ZCB

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

**Shawn Lowdermilk.**
ID# 206378

**G-MAN PRIVATE INVESTIGATION SERVICES
2546 GREENWILLOW DRIVE
ORLANDO, FL 32825
(321) 300-4905**

Our Job Serial Number: SCD-2025012828