# AFFIDAVIT OF NON-SERVICE

RE: United States District Court – Northern District of Florida
Case No.: 1:25-cv-00058-RH-ZCB
Plaintiffs: Elephant Shoe, LLC d/b/a What The Hale$ and Jeremy B. Hales
Defendant: Richard Luthmann
Defendant's Last Known Address: 315 Victory Blvd, Apt 4L, Staten Island, NY 10301
Investigator: Robert Goldsmith, Lee County, Florida

## Narrative of Due Diligence in Attempted Service

I, Robert Goldsmith, being duly sworn, depose and say:

1. I am a licensed investigator and process server operating in Lee County, Florida.

2. On August 12, 2025, I was retained by attorney Randy Shochet to serve a summons and complaint on the defendant named above, Richard Luthmann, in connection with the referenced federal civil matter.

3. Between August 12, 2025, and August 15, 2025, I conducted a series of investigative efforts in good faith to effectuate personal service on the defendant. My actions during that time included:

a. Records and Database Searches: I conducted background checks and proprietary database searches to obtain the defendant's last known residential addresses, vehicle registration, mailing addresses, and known associates. These searches yielded multiple possible locations in Florida, primarily in Naples, Collier County.

b. Physical Attempts at Service: I personally visited several addresses associated with the defendant, all of which were located in Naples, Collier County, Florida. At each location, I either observed no sign of occupancy or was informed by neighbors or occupants that the defendant had recently vacated or was not known at the location. No contact was made with the defendant during these visits.

c. Surveillance Operations: Surveillance was conducted on two separate occasions at what was believed to be the defendant's primary residence. Over several hours, I observed the property but did not witness any individual matching the defendant's description.

d. Open Source Intelligence (OSINT) Monitoring: Given the defendant's apparent online activity, I monitored public podcast content and social media where the defendant has a known presence. During these broadcasts, the defendant made vague and evasive references to his location and circumstances, indicating knowledge of pending legal matters and suggesting a deliberate attempt to avoid being served.

Conclusion: Despite diligent efforts and multiple investigative approaches, I was unable to personally serve the defendant. Based on the totality of evidence, including avoidance behavior and vague statements made publicly by the defendant, I believe the defendant is intentionally evading service.

This affidavit of non-service is submitted in support of a return of non-service and to document the due diligence exercised during the period of August 12–15, 2025.

Executed this 18th day of August, 2025.

Signature: _____

Robert Goldsmith
Investigator – Lee County, Florida