# Affidavit of Process Server

UNITED STATES DISTRICT COURT for the Northern District of Florida
(NAME OF COURT)

| Jeremy B. Hales | vs Richard Luthmann | 1:25-cv-00058-HR-ZCB |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Eugene Griffin**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Richard Luthmann**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons In A Civil Action**

by leaving with **Janet E. Kellier-Moulton**  **Step-Mother** At
NAME  RELATIONSHIP

☑ Residence **105 Oyster Bay Way**  **Ponta Vedra / FL**
ADDRESS  CITY / STATE

☐ Business **N/A**  **N/A**
ADDRESS  CITY / STATE

On **August 4, 2025** AT **Approximately 11:10 AM**
DATE  TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on **N/A**
DATE

from **N/A**
CITY  STATE  ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☑ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of **18** and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other **PAGE 2 ATTACHED.**

**Service Attempts:** Service was attempted on: (1) **August 4, 2025   11:10 AM**   (2) **N/A**
DATE  TIME  DATE  TIME

(3) **N/A**   (4) **N/A**   (5) **N/A**
DATE  TIME  DATE  TIME  DATE  TIME

**Description:** Age **60's** Sex **F** Race **W** Height **5'7"** Weight **140** Hair **BLD** Beard **N** Glasses **N**

*Eugene Griffin*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **4th** day of **August**, 20 **25**, by **EUGENE GRIFFIN**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*Lisandra Varela*
SIGNATURE OF NOTARY PUBLIC

LISANDRA VARELA
Notary Public - State of Florida
Commission # HH 209760
My Comm. Expires Mar 24, 2026

NOTARY PUBLIC for the state of **FLORIDA**



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

PAGE 2

Substitute service was accomplished delivering a true copy of the summons together with a copy of the initial pleadings as stated above at the address in Jacksonville, FL.

The Defendant Mr. Richard Luthmann confirmed he received these court documents the very next day by posting it online on a YouTube video called "Unknown" by Dick & Volpe. END OF STATEMENT

*Eugene Griffin*