| | |
|---|---|
| **Subject:** | *** TIME SENSITIVE *** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION Case No.: 1:25-cv-00058-RH-MJF |
| **Date:** | Sunday, August 17, 2025 at 1:39:54 PM Eastern Daylight Time |
| **From:** | Shochet Law Group <attorneys@counsel.insure> |
| **To:** | richard.luthmann@protonmail.com <richard.luthmann@protonmail.com> |
| **CC:** | Shochet Law Group <attorneys@counsel.insure> |
| **Attachments:** | Waiver .pdf, Waiver .pdf, 76-2[79].pdf, 76-3[47].pdf, 76[74].pdf, 76-1[42].pdf, RFW PS.pdf, 2025-08-17T17_30_04-PSFedEx-Shipping-Label.pdf |

Dear Mr. Luthmann:

Please see attached which is also being sent to you via United States first class mail - with priority service.

**Sincerely,**
Shochet Law Group
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
Case No.: 1:25-cv-00058-RH-MJF

ELEPHANT SHOE, LLC, an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and
JEREMY B. HALES,

    Plaintiffs,
v.

LYNETTE MICHELLE LACY ALEXIS PRESTON,
JOHN COOK, BRUCE P. MATZKIN, LISA LEE,
MARLA HUGHES, DAVID C. HELM, ROBERT J. KESZEY,
DAVID MICHAEL TESCHENDORF, RAYMOND G. BONEBRAKE, JR.
and RICHARD LUTHMANN,

    Defendants.
_____/

### REQUEST FOR WAIVER OF SERVICE OF SUMMONS TO RICHARD LUTHMANN, DEFENDANT.

TO: RICHARD LUTHMANN <richard.luthmann@protonmail.com>) and by by first-class mail to 338 Sugar Pine Lane Naples, FL 34108, and to 4199 Los Altos Court, Naples, FL 34109.

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the NORTHERN of FLORIDA and has been assigned case number 1:25-cv-00058-RH-MJF.

This is not a formal summons or notification from the court, but rather a request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Request for Waiver of Service of Summons is sent. I have enclosed a prepaid and addressed FedEx label for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiffs, on August 17, 2025 via US First Class mail and via email to you at richard.luthmann@protonmail.com.

Dated: August 17, 2025

SHOCHET LAW GROUP
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693

<u>By: /s/ *Randall Shochet*</u>

Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

Enclosures:

1. Waiver of the Service of Summons
2. Complaint
3. FedEx Stamped, self-addressed label prepaid

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
Case No.: 1:25-cv-00058-RH-MJF

ELEPHANT SHOE, LLC, an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and
JEREMY B. HALES,

    Plaintiffs,
v.

LYNETTE MICHELLE LACY ALEXIS PRESTON,
JOHN COOK, BRUCE P. MATZKIN, LISA LEE,
MARLA HUGHES, DAVID C. HELM, ROBERT J. KESZEY,
DAVID MICHAEL TESCHENDORF, RAYMOND G. BONEBRAKE, JR.
and RICHARD LUTHMANN,

    Defendants.
_____/

## WAIVER OF SERVICE OF SUMMONS

TO: SHOCHET LAW GROUP

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you, which is the attached prepaid FedEx Return label. I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 17, 2025 the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

