**Subject:** Re: *** TIME SENSITIVE *** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION Case No.: 1:25-cv-00058-RH-MJF

**Date:** Sunday, August 17, 2025 at 3:32:49 PM Eastern Daylight Time

**From:** Richard Luthmann <richard.luthmann@protonmail.com>

**To:** Shochet Law Group <attorneys@counsel.insure>, jeremybhales@gmail.com <jeremybhales@gmail.com>, Randall Shochet <rshochet@shochetlaw.com>

**CC:** Michael Volpe <mvolpe998@gmail.com>, Bruce Matzkin <brucematzkin1@gmail.com>, Two Lee's In A Pod <twoleespod@gmail.com>, Ray Bonecrusher <rbonecrusher@gmail.com>, Supa Dave <miltownsbest1@gmail.com>, Cameron Atkinson <catkinson@atkinsonlawfirm.com>, jon rippslaw.com <jon@rippslaw.com>, civilestatelaw.com <leslie@civilestatelaw.com>, flnd_bolitho@flnd.uscourts.gov <flnd_bolitho@flnd.uscourts.gov>, gov.rondesantis@eog.myflorida.com <gov.rondesantis@eog.myflorida.com>, kjoseph@floridabar.org <kjoseph@floridabar.org>, rberman@floridabar.org <rberman@floridabar.org>, attorney.general@myfloridalegal.com <attorney.general@myfloridalegal.com>, cate.mcneill@myfloridalegal.com <cate.mcneill@myfloridalegal.com>, james.uthmeier@eog.myflorida.com <james.uthmeier@eog.myflorida.com>, governorron.desantis@eog.myflorida.com <governorron.desantis@eog.myflorida.com>, Frankie Pressman <frankiepressman@protonmail.com>, Dick LaFontaine <RALafontaine@protonmail.com>, Rick LaRivière <RickLaRiviere@proton.me>, Modern Thomas Nast <mthomasnast@protonmail.com>

**Attachments:** Screenshot_20241124_165359_Chrome.jpg, Image 7-2.JPG

Mr. Randy "Pocket Rocket" Shochet,

Your purported notice is rejected in toto for all purposes: legal, media, entertainment, and other.

That purported address is not my address for any purposes. I do not accept or consent to service via email. I have no authorized agents authorized to accept service on my behalf. I demand strict compliance with FRCP Rule 4, as per Eleventh Circuit precedent, which requires a constitutionally compliant jurisdictionally achieving act.

Note, the summons YOUR MORONIC CLIENT had issued by the court and that remains part of the court record has me as a resident of the State of New York. You have not attempted to serve me in New York. You haven't amended.

You and your client have harassed others with my name in State of Florida. You both have harassed senior citizen Floridians, and you want Judge Zachary Bolitho to co-sign your unethical, bottom feeder tactics.

Florida protects it's seniors!

██████████████████████████████████████

Florida also rejects anti-Semitism, Protects Jews, and Stands with Israel!



I've already alerted Governor DeSantis, Senator Scott, Congressman Donalds, Attorney General Uthmeier, the Florida Bar, and the President's people about you and your client.



Your client's 90 days have run. Non-material amendment did not save him.

Your client rejected my good faith offer to cure.

I'm sum, you and your client can both go eat a 🍆 (garden vegetable).

Also, you will both burn in Hell for what you are doing to Ray Bonecrusher and his sick wife. Jesus came to me in a dream and told me that he has removed all protection from Jeremy Hales and all who are in league with him.

Like President Trump, I am protected by God. He will rescue me from the nets of all my foes. He will protect me from their wicked hands. Psalms 31:4.

Thank you for your attention to this matter!

Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
(239) 631-5957
richard.luthmann@protonmail.com
LINKTREE
Muck Rack Profile
Substack: This is For Real.

Editor-In-Chief: FLGulf.news
Editor-In-Chief: NYNewsPress.com
Editor-In-Chief: TheFamilyCourtCircus.com
Contributor: Frank Report
Contributor: Sun Bay Paper Follow Me on Facebook X Instagram LinkedIn TRUTH Rumble

Sent from Proton Mail Android


-------- Original Message --------
On 8/17/25 1:39 PM, Shochet Law Group wrote:

> Dear Mr. Luthmann:
>
> Please see attached which is also being sent to you via United States first class mail - with priority service.

**Sincerely,**
Shochet Law Group
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message