UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES, et al.,
    Plaintiffs,

vs.                                                      Case No.:  1:25cv58/RH/ZCB

JOHN COOK, et al.,
    Defendants.
_____/

## ORDER

Richard A. Luthmann, Sr., a non-party, has filed two documents in this case that contain an obscene and improper case caption. Both documents (Docs. 116, 117) are **STRICKEN**. *See Fisher v. Whitlock*, 784 F. App'x 711, 714 (11th Cir. 2019) (finding that district court properly exercised its discretion to strike an improper motion from the docket).

**SO ORDERED** this 8th day of October 2025.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1