UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Case No.: 1:25-cv-00058-RH-MJF

ELEPHANT SHOE, LLC, an Ohio Limited Liability Company
d/b/a WHAT THE HALE$,
and

JEREMY B. HALES,

    Plaintiffs,
v.

LYNETTE MICHELLE LACY ALEXIS PRESTON,
JOHN COOK, BRUCE P. MATZKIN, LISA LEE,
MARLA HUGHES, DAVID C. HELM,
ROBERT J. KESZEY, DAVID MICHAEL TESCHENDORF,
RAYMOND G. BONEBRAKE, JR.
and RICHARD LUTHMANN,

    Defendants.
_____/

## MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT RICHARD LUTHMANN

Plaintiffs, ELEPHANT SHOE, LLC d/b/a WHAT THE HALE$ and JEREMY B. HALES, by and through undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby move this Honorable Court for entry of Clerk's Default against Defendant, RICHARD LUTHMANN, and state:

1.    On May 1, 2025, Plaintiffs filed their Second Amended Complaint for Damages and Injunctive Relief against multiple defendants, including Defendant RICHARD LUTHMANN.

2. After multiple diligent attempts to personally serve Defendant LUTHMANN were unsuccessful due to his deliberate evasion of service, Plaintiffs sought to effect substitute service pursuant to Florida law.

3. On November 5, 2025, this Court issued a pluries summons to serve Defendant LUTHMANN pursuant to Florida Statutes §§ 48.161 and 48.181.

4. On December 15, 2025, substitute service of process was effected upon Defendant LUTHMANN by serving the Florida Department of State, Division of Corporations, as the Defendant's agent for service of process.

5. The Florida Department of State, Division of Corporations, accepted service of process on December 29, 2025, as evidenced by the letter from the Division of Corporations filed with this Court. (Doc. 150-1).

6. Pursuant to Federal Rule of Civil Procedure 4(e), service upon an individual may be effected by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

7. The time for Defendant LUTHMANN to file a responsive pleading has expired. This is because Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires a defendant to serve an answer within 21 days after being served with the summons and complaint.

8. More than 21 days have elapsed since December 29, 2025, and Defendant LUTHMANN has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

9. Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

10. Defendant LUTHMANN is not a minor, incompetent person, or member of the military service of the United States.

WHEREFORE, Plaintiffs, ELEPHANT SHOE, LLC d/b/a WHAT THE HALE$ and JEREMY B. HALES, respectfully request that the Clerk enter a default against Defendant, RICHARD LUTHMANN, and grant such other relief as this Court deems just and proper.

Respectfully submitted,

SHOCHET LAW GROUP
SHOCHET APPELLATE LLC
Attorneys for Plaintiffs
409 N. Main Street
Trenton, FL 32693

By**: */s/ Randall Shochet***
Randall ("Randy") Shochet, Esq.
FBN.: 959421
attorneys@counsel.insure

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this document complies with the applicable word count limit requirement of Local Rule 7.1. The word count is less than 1500 words. It has been calculated by the word-processing system and excludes the content authorized to be excluded under the Rule.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record, via email to the Service List below.

By: /s/ *Randall Shochet*

## SERVICE LIST

Cameron L. Atkinson, Esq.
Atkinson Law, LLC
Attorney For MATZKIN
1000 Lafayette Blvd., Fl. 11
Bridgeport, CT 06604
catkinson@atkinsonlawfirm.com

Christopher Joseph Gage, Esq.
Banker Lopez Gassler PA
Attorney for HELM
501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602
service-cgage@bankerlopez.com

Lynette Michelle Lacy Alexis Preston, pro se

John Cook, pro se

Marla Hughes, pro se

Lisa Lee, pro se

Robert J. Keszey, pro se

Raymond G. Bonebrake, Jr., pro se

David Michael Teschendorf, pro se

Case 1:25-cv-00058-RH-ZCB   Document 152   Filed 01/21/26   Page 5 of 5