The Daily Reporter
700 W. Virginia St.
Milwaukee, WI, 53204
Phone: 4142251801 Fax: 0



## Affidavit of Publication

To:   Shochet Law Group - Randall Shochet
      409 N Main St
      Trenton, FL, 32693

Re:   Legal Notice 4105273, 1:25-cv-00058-RH-MJF

State of WI                                    }
                                               } SS:
County of Milwaukee                            }

I, Joe Yovino, being duly sworn, depose and say: that I am the Authorized Designee of The Daily Reporter, a daily newspaper of general circulation in Milwaukee, County of Milwaukee, State of WI; that a notice, of which the annexed is a printed copy, has been duly and regularly published in the The Daily Reporter once each day for 3 consecutive days; and that the date of the publication were as follows: 10/27/2025, 11/03/2025, 11/10/2025.

Publishers fee: $259.89    By:  *[signature]*

                                Joe Yovino

                    Sworn to me on this 12th day of
                           November 2025

                    By:  *[signature]*  *[notary seal]*

                         Russell A. Klingaman
                         Notary Public, State of WI
                                No. -
                         Qualified in Milwaukee County
                         My commission expires on December
                                31, 2026

**SUMMONS IN A CIVIL ACTION**
Civil Action No. 1:25-cv-00058-RH-MJF
UNITED STATES DISTRICT COURT for the Northern District of Florida
JEREMY BRYAN HALES *Plaintiff(s)*
v. LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS a/k/a LISA RAPUZZI, MARLA HUGHES, PATTI DIAGOSTINO PLUMMER, DAVID C. HELM, et al. *Defendant(s)*
To:   DAVID MICHAEL TESCHENDORF
1324 S 95th Street
Milwaukee, WI 53214-2728

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RANDALL SHOCHET, ESQ.
SHOCHET LAW GROUP
409 N. MAIN STREET
TRENTON, FL 32692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 2/25/2025
JESSICA J. LYBULANOVITS
*CLERK OF COURT*
s/A Tinaya-Miller, Deputy Clerk
4105273/10-27/11-3-10