IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES,

    Plaintiff,

v.                                                Case No. 1:25cv00058-RH-ZCB

LYNETTE MICHELLE LACY
ALEXIS PRESTON, et al,

    Defendant.
_____/

**CLERK'S DEFAULT**

Upon Application of the Plaintiff(s) in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the Defendant(s), default is hereby entered against RICHARD LUTHMAN, JR., on January 22, 2026.

                                                         JESSICA J. LYUBLANOVITS
                                                         CLERK OF COURT

January 22, 2026                          _____

                                                         s/ *Monica Boussard*
                                                         Deputy Clerk: Monica Broussard