IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES et al.,

    Plaintiffs,

v.                                                                 CASE NO. 1:25cv58-RH-ZCB

JOHN COOK et al.,

    Defendants.

_____/

**ORDER DENYING JUDICIAL NOTICE**

The defendant Lisa Lee's request for judicial notice, ECF No. 168, is denied.

SO ORDERED on March 11, 2026.

                          s/Robert L. Hinkle
                          United States District Judge