IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELEPHANT SHOE, LLC et al.,

    Plaintiffs,

v.                               CASE NO. 1:25cv58-RH-ZCB

JOHN COOK et al.,

    Defendants.

_____/

## INJUNCTION NOT TO FILE EMAILS

    Some of the defendants have made a practice of copying me and the magistrate judge on emails addressed to others. Local Rule 7.1(M) prohibits the practice. I have read none of the emails; they have been intercepted by my staff and deleted. I am told that their tone is completely inappropriate, but the practice would be totally unacceptable, even if the tone was professional. This order constitutes an injunction requiring the defendants to stop. A violation of this order may be punished as contempt of court with sanctions including fines or imprisonment. If the defendants continue the practice, it will not end well for them. They should govern themselves accordingly.

IT IS ORDERED:

1. All parties to this case are prohibited and enjoined from sending a copy of any letter or email to me or the assigned magistrate judge or to our chambers except when directly relevant to a pending motion, and then only as an attachment to the motion or a response filed on the docket.

2. This injunction binds the parties and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise.

SO ORDERED on March 12, 2026.

>s/Robert L. Hinkle
> United States District Judge

Case No. 1:25cv58-RH-ZCB