**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


ELEPHANT SHOE, LLC et al.,

   Plaintiffs,

v.           CASE NO. 1:25cv58-RH-ZCB

JOHN COOK et al.,

   Defendants.

_____/


**ORDER DENYING THE MOTION TO RECONSIDER THE
INJUNCTION NOT TO SEND EMAILS TO THE JUDGES**


  The defendant Richard A. Luthmann, Jr. asserts a right to send emails to me and the magistrate judge in violation of the court's longstanding prohibition of the practice. He says he should be allowed to do this because attorneys can file materials on the docket electronically while as a pro se party, he can file materials on the docket only by mail, which takes longer.

  This is an assertion, in effect, that Mr. Luthmann should be able to bypass the requirement for formal filing of materials with the clerk's office and instead require the magistrate judge and me to maintain our own independent files into which Mr. Luthmann can submit materials—apparently including materials that

are neither motions nor responses to motions and could not properly be filed on the docket itself. This would impose an enormous, unwarranted burden. The clerk's office exists to maintain the files. A judge who attempted to maintain a separate docket would soon have time to do nothing else.

It is rarely necessary for a litigant to bring something to the judge's attention immediately. If Mr. Luthmann thinks he needs to be able to do that, he can hire an attorney, or he can make any filing deemed urgent by hard copy delivered to the clerk's office. That is less convenient, but most materials are not urgent; filing them by mail ordinarily makes no difference. In any event, whether pro se litigants should be allowed to file materials electronically is an important issue currently under study. In the meantime, Mr. Luthmann will have to follow the rules that apply to all pro se litigants.

IT IS ORDERED:

The motion, ECF No. 177, to reconsider the injunction prohibiting sending a copy of any letter or email to me or the assigned magistrate judge or to our chambers except when directly relevant to a pending motion, and then only as an attachment to the motion or a response filed on the docket, is denied.

SO ORDERED on March 17, 2026.

s/Robert L. Hinkle
United States District Judge

Case No. 1:25cv58-RH-ZCB