UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.                                   Case No.: 1:25cv58/RH/ZCB

RICHARD LUTHMANN, JR., et al.,
    Defendant.

_____/

## ORDER

Defendant Richard Luthmann has moved for leave to reply (Doc. 203) to Plaintiff's response in opposition (Doc. 202) to Luthmann's motion to dismiss (Doc. 198). "A party ordinarily may not file a reply memorandum in support of a motion." N.D. Fla. Loc. R. 7.1(I). Only "in extraordinary circumstances" may the Court "grant leave to file a reply memorandum . . . ." *Id*. Because the Court finds no extraordinary circumstances here, Defendant Luthmann's motion for leave to reply will be denied. Accordingly, it is **ORDERED** that Defendant Luthmann's motion for leave to reply (Doc. 203) is **DENIED**.

**DONE AND ORDERED** this 2nd day of June 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1