**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JEREMY BRYAN HALES et al.,

       Plaintiffs,

v.                                                   CASE NO. 1:25cv58-RH-ZCB

JOHN COOK et al.,

       Defendants.

_____/

**ORDER OVERRULING THE OBJECTIONS
TO THE JUNE 2 ORDER**

The defendant Richard Luthmann, Jr. has filed objections, ECF No. 207, to the magistrate judge's nondispositive order of June 2, 2026, ECF No. 204, which denied leave to file a reply memorandum. I have reviewed the order and objections under Federal Rule of Civil Procedure 72(a). The order is neither clearly erroneous nor contrary to law. It is, instead, correct.

The rambling, overly long objections provide further confirmation of the wisdom of denying leave to file a reply memorandum. The alternative request to treat the proposed filing as a notice of supplemental authority also is unfounded.

Case No. 1:25cv58-RH-ZCB

Arguing longest or last is no substitute for a single, succinct presentation on the merits.

IT IS ORDERED:

The objections, ECF No. 207, are overruled. The order is approved.

SO ORDERED on June 11, 2026.

s/Robert L. Hinkle
United States District Judge