# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JEREMY BRYAN HALES et al.,

      Plaintiffs,

v.                                  CASE NO. 1:25cv58-RH-ZCB

JOHN COOK et al.,

      Defendants.

_____/

## ORDER OVERRULING THE ADDITIONAL
## OBJECTIONS TO THE JUNE 2 ORDER

The defendant Richard Luthmann, Jr. filed objections, ECF No. 207, to the magistrate judge's nondispositive order of June 2, 2026, ECF No. 204, which denied leave to file a reply memorandum. The order of June 11, 2026, ECF No. 208, overruled the objections.

Mr. Luthmann now has filed additional objections, ECF No. 209, that include a baseless suggestion the clerk's office mishandled the original objections, perhaps, the new objections suggest, because opposing parties infiltrated the clerk's office or perhaps bribed clerk's office employees. The assertion is detached from reality.

The new objections change nothing. The magistrate judge's June 2 order and my June 11 order were correct.

IT IS ORDERED:

The additional objections, ECF No. 209, are overruled.

SO ORDERED on June 15, 2026.

s/Robert L. Hinkle
United States District Judge