UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
    Plaintiff,

v.

                        Case No.: 1:25-cv-58-RH-ZCB

RICHARD LUTHMANN, et al.,
    Defendants.
_____/

## **ORDER**

Presently before the Court are Defendant Helm's motion for attorney's fees (Doc. 218) and Plaintiff's unopposed motion for extension of time to respond to the motion for attorney's fees (Doc. 219). As explained below, this order grants the motion for extension of time and requires Defendant Helm to supplement his motion for attorney's fees.

Under Local Rule 54.1, a motion for attorney's fees must be accompanied by billing records and declarations sufficient to allow the Court to evaluate the reasonableness of the sought amount. *See* N.D. Fla. Loc. R. 54.1(C)-(E). Defendant Helm's motion for attorney's fees references "billing records" or "entries" being filed with the motion. (Doc. 218 at 2, 17-18, 20-21, 36-37). But aside from listing counsel's hourly

rate, the number of hours worked, and two entries that should be cut according to Defendant Helm's expert (*id.* at 4-5, 16-21), the Court is unable to locate any detailed billing records included with the motion. Thus, the Court will require Defendant Helm to supplement his motion with detailed billing records, as required by the Local Rules. *See* N.D. Fla. Loc. R. 54.1(C)-(D), (E)(1) (requiring movants to file a "declaration setting out the time devoted to the case by date and task, specifically identifying the timekeeper and the timekeeper's claimed hourly rate" and which includes "sufficient detail to allow a determination of reasonableness").

As to Plaintiff's unopposed motion for extension of time (Doc. 219), the Court will grant the requested extension for good cause shown. Because Defendant Helm must supplement his motion for attorney's fees, the Court will add a commensurate amount of time to Plaintiff's requested extension of August 9, 2026.

Accordingly, it is **ORDERED** that:

1.   **On or before July 3, 2026**, Defendant Helm must supplement his motion for attorney's fees (Doc. 218) with detailed billing

2

records sufficient to allow the Court to assess the reasonableness of the requested amount. *See* N.D. Fla. Loc. R. 54.1(C)-(E).

2.      Plaintiff's unopposed motion for extension of time (Doc. 219) is **GRANTED** to the extent that Plaintiff's response to Defendant Helm's motion for attorney's fees (Doc. 218) is due **on or before August 14, 2026**.

**DONE AND ORDERED** this 29th day of June 2026.

s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

3