# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

ELEPHANT SHOE, LLC, et al.,

      Plaintiff,

v.                                                    Case No.: 1:25-cv-00058-RH-ZCB

JOHN COOK et al.,

      Defendants.

_____

## <u>DEFENDANT, DAVID C. HELM'S AMENDED MOTION FOR DETERMINATION OF ATTORNEY'S FEES</u>

COMES NOW, the Defendant, DAVID C. HELM, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 54(d)(2), Local Rule 54.1(E), and this Court's prior Order determining entitlement to attorney's fees, respectfully moves this Court for entry of an Order determining the reasonable amount of attorney's fees and taxable costs to be awarded in favor of Defendant DAVID C. HELM and against Plaintiffs. In support, Defendant states as follows:

1

## I. INTRODUCTION

On April 24, 2026, this Court entered its Order directing the clerk to dismiss multiple defendants, including Defendant Helm, with prejudice pursuant to Federal Rule of Civil Procedure 54(b) and determining that Defendant is entitled to recover reasonable attorney's fees and costs from Plaintiff. *See* ECF No. 186.

As set forth below and in the accompanying declarations, billing records, and supporting documentation, Defendant seeks an award of attorney's fees in the amount of $50,150.00 and taxable costs in the amount of $0 for a total award of $50,150.00. The requested fees are reasonable under the "lodestar" method adopted by the Eleventh Circuit and reflect reasonable hourly rates and reasonable hours expended litigating this matter.

## II. LEGAL STANDARD

"In determining a reasonable attorney's fee, the starting point in this circuit is the lodestar, which is calculated by multiplying the number of hours reasonably expended by a reasonable hourly rate." *Norman v. Hous. Auth. of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).

2

The fee applicant bears the burden of establishing entitlement and documenting the appropriate hours and hourly rates. *ACLU of Ga. v. Barnes*, 168 F.3d 423, 427 (11th Cir. 1999). Once adequate documentation is submitted, the Court may rely on its own expertise and judgment in determining a reasonable fee. *Norman*, 836 F.2d at 1303.

A reasonable hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Barnes*, 168 F.3d at 436. The relevant legal community is generally the place where the case is filed. *Cullens v. Ga. Dep't of Transp.*, 29 F.3d 1489, 1494 (11th Cir. 1994).

The Court may also consider the factors identified in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974), to the extent they are not already subsumed within the lodestar analysis.

### III. ARGUMENT

**A. Defendant's Requested Hourly Rates Are Reasonable.**

Defendant seeks the following hourly rates:

| Timekeeper | Position | Years of Experience | Hourly Rate |
|---|---|---|---|
| Christopher Gage | Partner | 10 | $225 |
| Hannah Lamoreaux | Associate | 4 | $200 |
| Andrew Escobio | Associate | 1 | $200 |
| Ezequiel Lugo | Partner | 19 | $225 |

These were the rates negotiated between the undersigned's law firm and Defendant Helm's insurance carrier, Michigan Farm Bureau for handling their bodily injury litigation. Due to the low volume of First Amendment cases, a separate rate was never negotiated. To that end and in compliance with Local Rule 54.1(E)(2), attorney Marc J. Randazza, who has been in practice for 24 years, has reviewed the undersigned's claimed time and rates and has attested to their reasonableness. Attorney Randazza's declaration is attached hereto as **Exhibit A**.

**B. The Hours Expended Were Reasonable and Necessary.**

Counsel reasonably expended a total of 100.3 hours litigating this matter. The undersigned's declaration detailing the tasks performed, time expended, and billing rates are attached as **Exhibit B**. The fee

4

transaction listing outlining all billing entries is attached hereto as **Exhibit C**.

The hours expended were necessary to:

1. Review and analyze Plaintiff's allegations and claims;

2. Conduct legal research regarding dispositive and procedural issues;

3. Draft responsive pleadings and motions;

4. Prepare and litigate Defendant's Anti-SLAPP Motion

5. Participate in conferences and communications with opposing counsel;

6. Review a multitude of videos created by Plaintiff specifically discussing the case and related litigation involving co-defendants.

7. Prepare the instant fee motion and supporting materials.

Counsel exercised billing judgment and excluded excessive, redundant, clerical, or otherwise unnecessary time entries prior to submission. Paralegal time of 1.5 hours was not included. The resulting lodestar is therefore reasonable.

**C. The Lodestar Amount Is Reasonable.**

Applying the reasonable hourly rates to the reasonable hours expended yields the following lodestar:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Christopher Gage | 96.6 | $500 | $48,300 |
| Ezequiel Lugo | 0.5 | $500 | $250 |
| Hannah Lamoureux | 1.0 | $500 | $500 |
| Andrew Escobio | 2.2 | $500 | $1100 |

The total requested attorney's fee award is therefore $50.150.00.

The requested fee award is reasonable in light of the complexity of the litigation, the procedural posture of the case, the number of parties involved, and the exceptional result obtained by Defendant. The issues litigated in this matter were neither routine nor ministerial. Rather, counsel was required to analyze and address complex factual allegations, contested legal theories, and substantial procedural issues arising throughout the course of the litigation.

This action involved multiple parties, overlapping claims and defenses, extensive motion practice, and significant strategic considerations requiring substantial attorney involvement and

coordination. Counsel was required to evaluate and respond to evolving litigation positions, analyze multiple legal theories advanced by opposing parties, and prepare filings addressing complex federal procedural and substantive issues. The scope of the litigation materially increased the amount of attorney time reasonably necessary to defend the action effectively.

The Eleventh Circuit recognizes that the novelty and difficulty of the questions involved, the skill required to perform the legal services properly, and the results obtained are proper considerations in evaluating the reasonableness of a fee award. See *Norman*, 836 F.2d 1292, 1302 (11th Cir. 1988); *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974).

Most importantly, Defendant achieved a complete and favorable result. Counsel successfully obtained final judgment after successfully prevailing on his anti-SLAPP motion, thereby fully prevailing on the dispositive issues before the Court. The "results obtained" factor is "particularly crucial" in determining a reasonable fee award. *Hensley v. Eckerhart*, 461 U.S. 424, 436 (1983).

Since Defendant Helm has achieved complete success in the litigation, there is no basis for any reduction of the requested lodestar. To the contrary, the favorable outcome obtained confirms the reasonableness of the time expended and rates charged by counsel throughout the litigation.

Additionally, to the extent the Court determines that any of the relevant factors are not fully subsumed within the lodestar calculation itself, those factors support consideration of an enhancement to the fee award. The extraordinary result obtained, coupled with the complexity and demands of the litigation, demonstrate that the requested fee award is reasonable and fully justified under the circumstances of this case.

Accordingly, Defendant respectfully submits that the Court should award the full requested lodestar amount, together with all additional relief the Court deems appropriate.

## IV. CONCLUSION

WHEREFORE, Defendant respectfully requests that this Court enter an Order determining that Defendant Helm is entitled to recover attorney's fees in the amount of $50,150.00 awarding Defendant Helm

post-judgment interest as permitted by law and granting such other

and further relief as the Court deems just and proper.

Dated: 7/2/2026

Respectfully submitted,

*/s/ Christopher Gage*
Christopher Gage, Esq.
FBN: 117727
Banker Lopez Gassler, P.A., Suite 1700
Tampa, FL 33602
Tele: (813) 574-8551
Fax: (813) 222-3066
Service Email:
service-cgage@bankerlopez.com

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(D) the parties discussed this on 5/23/26

and were unable to come to an agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above

and foregoing has been furnished via electronic mail on July 2, 2026 to:

Randall Shochet, Esq.
FBN: 959421
SHOCHET LAW GROUP
409 N. Main Street
Trenton, FL  32693

attorneys@counsel.insure
*Attorney for Plaintiff*

/*s/ Christopher Gage*
Christopher Gage, Esq.
FBN: 117727
Banker Lopez Gassler, P.A., Suite 1700
Tampa, FL 33602
Tele: (813) 574-8551
Fax: (813) 222-3066
Service Email:
service-cgage@bankerlopez.com
*Attorney for Helms*

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this document complies with the applicable word count limit requirements of Local Rule 7.1(F). The word count is 1364. It has been calculated by the word-processing system and excludes the content authorized to be excluded under the rule.

/*s/ Christopher Gage*
Christopher Gage, Esq.

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
Case No.: 1:25-cv-00058-RH-ZCB

ELEPHANT SHOE, LLC, an Ohio Limited Liability
Company d/b/a WHAT THE HALE$, and JEREMY B.
HALES,

       Plaintiffs,

  v.

LYNETTE MICHELLE LACY ALEXIS PRESTON JOHN
COOK, BRUCE P. MATZKIN, LISA LEE, MARLA
HUGHES, DAVID C. HELM, ROBERT J. KESZEY,
DAVID MICHAEL TESCHENDORF, RAYMOND G.
BONEBRAKE, JR., and RICHARD LUTHMANN,

       Defendants.

_____/

**AFFIDAVIT OF MARC J. RANDAZZA**
**AS TO REASONABLE ATTORNEY'S FEES**

I, Marc J. Randazza, declare:

1.     I am over 18 years of age. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.     I submit this Declaration in support of the Motion for Determination of Attorney's Fees to be filed by Defendant David C. Helms in the above-captioned proceedings.

**1.0    My Qualifications**

3.     I am an attorney licensed in the States of Florida, California, Nevada, Massachusetts, and Arizona, and I have 24 years of experience as an attorney. I am

- 1 -

familiar with the fees that are customarily charged by attorneys, paralegals, and legal assistants nationwide for Anti-SLAPP litigation.  I have been licensed in, and actively practicing in Florida since 2003, and I am familiar with attorneys' fees awards in Florida courts.

4.    My principal office is located at 8991 West Flamingo Road, Suite B, Las Vegas, NV 89147. I also maintain offices in the State of Florida at 2 S. Biscayne Blvd, Suite 2600, Miami, FL 33131; 600 N. Willow Avenue, Suite 101, Tampa, FL 33606; and 30 Western Avenue, Gloucester, MA 01930.

5.    I hold a JD from Georgetown University Law Center, a Master's in Mass Communications from the University of Florida (with a media/First Amendment law focus), and an international degree in the form of an LL.M. from the University of Turin, Italy, where I wrote and published a thesis on freedom of expression issues. I have taught First Amendment law at the law school level.

6.    I am a member of the First Amendment Lawyers Association (FALA), a national association of attorneys who devote a significant amount of their practice to First Amendment litigation. I am also past president of the First Amendment Lawyers' Association.

7.    I am a member of the Anti-SLAPP committee for the Media Law Resource Center.

8.    I give presentations to attorneys in CLE courses on how to handle Anti-SLAPP litigation and publish on the issue as well.

9.    A true and correct copy of my *curriculum vitae* is attached to this Declaration as **Exhibit 1**.

10.    In my legal career, I have frequently dealt with motions for attorneys' fees under Anti-SLAPP laws nationwide and am familiar with the kind of work and expertise required to prevail on an Anti-SLAPP motion. I have litigated defamation cases and filed Anti-SLAPP motions in cases across the country, including in Florida, California, Nevada, New York, and Massachusetts.

11.    I have particular expertise in the area of defamation, including Anti-SLAPP motions in Florida and other states. I have established a number of important precedents in this field of law, including *Edward Lewis Tobinick, MD v. Novella,* 848 F.3d 935 (11th Cir. 2017), which applied Anti-SLAPP analysis with fees.

12.    I have also advised a number of states on their implementation of Anti-SLAPP statutes, including legislators in Nevada, Tennessee, Ohio, and Missouri, Massachusetts, New Hampshire, and Wyoming.

13.    Due to my legal expertise and reputation, I have appeared on and written articles for numerous national news sources, including (but not limited to) National Public Radio, The New York Times, CNN, Fox News, NBC, and Vegas Inc., and I was a columnist for CNN on free speech issues.

- 3 -

14.     I was called as a witness before the Nevada State Senate Judiciary committee to testify as an expert on First Amendment law and Anti-SLAPP laws for the benefit of the committee and the Senate in passing Anti-SLAPP legislation.  I testified before a Pennsylvania legislative committee on one of its earlier Anti-SLAPP bills, before the Wyoming Legislature, the New Hampshire Legislature, and have provided input to legislators in New York and Ohio on their laws.

15.     I have actively litigated Anti-SLAPP cases for the majority of my career, and I am very familiar with what it takes to successfully litigate this kind of case. Given this, I am an expert on Anti-SLAPP billing and I base my opinion in this matter on my objective observations of the record and my analysis of the facts and legal work therein.

**2.0     Materials Reviewed / Additional Bases for My Opinions**

16.     In addition to my education, training, and experience, my opinions in this Declaration are based on communications with Mr. Gage and my review of the following materials in the above captioned matter:

    a.  The Second Amended Complaint (ECF No. 76);

    b.  Defendant's Motion for Entry of Final Judgment (ECF No. 179);

    c.  Order Granting Leave to File a Third Amended Complaint (ECF No. 186);

    d.  Motion for Determination of Attorney's Fees; and

    e.  Fee Summary.

## 3.0    The Amount Sought is Reasonable

17.    I am familiar with the fees that are customarily charged by attorneys, paralegals, and legal assistants in the Federal Courts of the State of Florida.

18.    Here, the total sought by Christopher Gage, based on the hours worked and specialized knowledge required in this case is approximately $20,837.50.

19.    Through my education, training, legal practice and teaching, I am familiar with decisions in other courts, the market practices and hourly rates for lawyers, including those for Anti-SLAPP litigation,

20.    In addition, my work has allowed me to analyze and review substantial amounts of information regarding law firm rates and billing.

21.    Because I practice law nationally, I am familiar with many major United States legal markets.

22.    Mr. Gage's normal hourly rate is $225/hour.  The adjusted Laffey Matrix,[1] states that the rate for someone of Mr. Gage's 10 years of experience is

---

[1] The Adjusted Laffey Matrix has been used by several courts as a guidepost in determining the reasonableness of attorneys' fees. *See, e.g., Recouvreur v. Carreon*, 940 F. Supp. 2d 1063, 1070 (N.D. Cal. 2013); *Salazar v. District of Columbia*, 123 F. Supp. 2d 8, 15 (D.D.C. 2000); *Hash v. United States*, 2012 U.S. Dist. LEXIS 53098, *62 (Apr. 13, 2012); *Young v. Polo Retail, LLC*, 2007 U.S. Dist. LEXIS 27269, *20 (N.D. Cal. Mar. 28, 2007) (noting that "[o]ne reliable source for rates that vary by experience levels is the *Laffey* matrix used in the District of Columbia"); *In re HPL tech., Inc., Secs. Litig.*, 366 F. Supp. 2d 912, 921 (N.D. Cal. 2005) (finding that Laffey matrix is a "well-established objective source for rates that vary by experience"); *Theme Promotions, Inc. v. News Am., Mktg. FSI, Inc.*, 731 F. Supp. 2d 937, 948 (N.D. Cal. 2010) (using Laffey Matrix to determine hourly rates for lodestar analysis and adjusting to account for cost of living index differences).  The Adjusted Laffey Matrix is available at: <http://www.laffeymatrix.com/see.html>.

currently $902/hour. This hourly rate is consistent with that of a specialist frequently handling controversial and notable cases, with the same experience, and in the same areas as Mr. Gage. Given his special qualifications, experience, and notoriety, and decisions in other cases, Mr. Gage's hourly rate is shockingly low. In fact, I find it inappropriately low. I would recommend applying a higher rate as the lodestar, and not the lower rate that he charitably charges.

23. I reviewed the billing entries detailing the amount of work performed, and the filings, the Court docket, minutes and orders.

24. I have reviewed the billing entries and rates for Mr. Gage and others in his office. I believe them to be reasonable, in light of their experience and specialization. Mr. Gage's billing rate is low for his qualifications and expertise, and the time he spent on each task actually appears to be less than I would expect. The hourly rates for the other attorneys and paralegals at Banker Lopez Gassler P.A. are also reasonable given their years of experience, the type of case, the work performed and results obtained.

25. Based on my review of materials described above, in my opinion, I find the level of experience and expertise demonstrated by the work performed by Banker Lopez Gassler P.A. is exceptional, and therefore the hourly rates reasonable, if not below what I would expect or consider being reasonable.

- 6 -

26.     The time spent on each task overall appears to be appropriate and reasonable, and in fact appears to be efficient.  There are frequent entries where higher-rate attorneys are delegating tasks to lower-cost attorneys or paralegals, which demonstrates an additional level of efficiency and cost-savings.

27.     In short, the bills for Banker Lopez Gassler P.A.'s work on this case are overall reasonable and proper.

28.     As in any case, there are occasionally billing entries that I find unnecessary or that should be cut.  To that extent:

  a. On 3/19/2025, Christopher Gage billed 2.1 hours for an initial 2 hour YouTube video review.  I do not believe that this entry is properly taxed to the Plaintiff, and thus would eliminate 0.6 hours of that time, as 1.5 hours is proportionate for a 2-hour video at legal review pace.

  b. On 5/29/2025, Christopher Gage billed 0.2 hours for sending a filing notification email. I find 0.1 to be the ceiling for this entry and would thus reduce the entry to 0.1 hours.

  c. These are the only entries I find unreasonable. The 101.1 hours of billed time are appropriate for a matter of this complexity and duration.

29.     Aside from these entries, the rest of the billing entries are clear, well-detailed, and they support not the time spent and the reasons for the billing entries.

- 7 -

30. As for the time worked, aside from what I noted above, from my review of both the time entries and the materials submitted in this case, the time spent on each task overall appears to be appropriate and reasonable, and in fact appears to be efficient.

31. It is my expert conclusion that the rates charged are below what the firm could command, and thus I do not suggest a reduction in the hourly rates. In fact, I suggest that the lodestar should be quite a bit higher than $225 per hour. It is my further expert conclusion that overall, the amount of time spent was reasonable. In fact, it appears to have been litigated efficiently and expertly.

**4.0   The Quality of the Advocate Supports the Requested Amount**

32. I have examined the file of Defendant's attorney, Christopher Gage, as to the time and labor required as well as the other criteria set forth in Rule 4-1.5(B) of the Florida Bar Rules of Professional Conduct and in *Patient's Compensation Fund v. Rowe,* So.2d, 472 So.2d. 1145 (Fla. 1985) as modified by *Standard Guaranty Insurance Co. v. Quanstrom,* 555 So.2d. 828 (Fla. 1990). In addition, I have also considered the number of hours that should be reasonably expended in the handling of this matter together with a reasonable hourly fee.

33. Based on my review, in my opinion, I find the level of experience and expertise of Mr. Gage to be high quality, and therefore the hourly rate of $225 shockingly below what I would expect or consider reasonable.

34.    Furthermore, based on my examination of the file and records of the attorney fee applicant, I have determined that the 101.1 hours expended by the applicant is reasonable, and includes additional time required to be expended in attending the final hearing.

35.    I am also of the opinion that any award of attorney's fees should not be enhanced because of the nature of the proceedings, difficulties encountered by the attorney for Defendant or the risks of litigation.

36.    But fees should be enhanced because a lesser advocate could have billed at least two to three times what Mr. Gage billed.

**5.0    Conclusion**

37.    It is my expert conclusion that the rates charged are below what Mr. Gage could command, and thus I do not suggest a reduction in the hourly rates. I do, however, suggest an enhancement. It is my further expert conclusion that overall, the amount of time spent was reasonable.

38.    Based on all the foregoing criteria, I am of the opinion that a reasonable fee for the services of the applicant, prior to a multiplier being considered, is: Number of hours (101.1) x full hourly rate of each timekeeper = **$20,680.00**.

39.    However, I believe that given that Mr. Gage's rate is unreasonably low at $225/hour, it should be compensated at something closer to the Laffey Matrix rate of $902 per hour.  Accordingly, I would say the lodestar hourly rate here should be

$500 per hour. Thus, I am of the opinion that a reasonable fee for the services of the applicant, with this multiplier being considered, is: Number of hours (101.1) x $500/hr = **$50,550.00**.

40.     This report and my opinions are based on the information referenced above, and my education, training, and experience as an attorney. I reserve the right to amend or supplement my opinions if further compelling information is provided to me to clarify or modify the factual bases of my opinions.

41.     I have billed Mr. Gage $1,000 for this report.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Dated: June 26, 2026.

_____

MARC J. RANDAZZA

# **Exhibit 1**

Marc J. Randazza
*curriculum vitae*

**Marc J. Randazza**, JD, MAMC, LLM
**CURRICULUM VITAE**

**Legum Magister (LLM)**

2014 | Università di Torino Facoltà di Giurisprudenza

*International Intellectual Property Law*

LLM program administered by the University of Turin, the U.N.'s International Labour Organization and the World Intellectual Property Organization.

**Juris Doctor (JD)**

2000 | Georgetown University Law Center

*Focus on First Amendment and media law*

**Master of Arts in Mass Communication (MAMC)**

2003 | University of Florida

*Focus on research in media studies, branding, public relations, and advertising as well as publication and teaching in First Amendment studies*

**Bachelor of Arts in Journalism (BA) with honors**

1994 | University of Massachusetts

*Focus on media law studies*

## LEGAL PRACTICE EXPERIENCE

**RANDAZZA LEGAL GROUP, Managing Partner** | July 2009 to Present

**Litigation and Appellate Practice**

- First Amendment litigation and appeals
- Intellectual property litigation and appeals
- Anti-SLAPP litigation and appeals
- Intermediary liability litigation under the CDA (47 U.S.C. § 230) and the DMCA (17 U.S.C. § 512)
- Litigation consulting in foreign actions in order to ensure enforceability of foreign defamation claims under 28 U.S.C. §§ 4101-4105
- International arbitrations involving intellectual property disputes

**Transactional Practice**

- Providing advice to clients on First Amendment, copyright, trademark, domain name law, internet law, and entertainment law
- Trademark registration practice in United States, Canada, and Europe
- Negotiating and drafting intellectual property agreements including right of publicity, non-competition, and trade secret protection agreements
- Drafting online affiliate agreements, terms & conditions, and privacy policies
- Providing advice on state, federal, and international regulatory matters

**WESTON, GARROU, WALTERS & MOONEY, Partner** | July 2004 to July 2009

**Litigation and Appellate Practice**

- First Amendment litigation and appeals
- Intellectual property litigation
- International intellectual property arbitrations

**Transactional Practice**

- Trademark registrations and administrative appeals.
- Negotiating and drafting intellectual property agreements including right of publicity transactions, non-competition agreements, and trade secret protection agreements

**BECKER & POLIAKOFF, PA, Associate** | January 2003 – June 2004

**Litigation and Appellate Responsibilities**

- Providing pre-publication review, and libel defense counsel to publications
- Handling zoning and First Amendment issues
- Advising clients on FCC regulations
- Advising clients on copyright issues

**Real estate/corporate/community association practice**

- Corporate counsel to condominium, cooperative, and homeowners associations
- Assisting clients with resolution of construction defect, maintenance, and covenant enforcement disputes
- Defamation counseling to condo and homeowners association boards

## CLERKSHIPS

**RYDIN & CARLSTEN ADVOKATBYRÅ AB, Summer Associate** | Stockholm, Sweden, Summer 1999

- Researching and writing memoranda for the firm's intellectual property law practice
- Second-chair to a case in the International Court of Arbitration resulting in a $2.8 million verdict in a commercial dispute

**SUPREME COURT OF VERMONT, Judicial Law Clerk** | Montpelier, Vermont, Summer 1998

- Writing memoranda of law for Justice Denise Johnson
- Writing draft opinions that were later adopted and published by the Supreme Court

## LEGAL TEACHING EXPERIENCE

**Università di Torino Facoltà di Giurisprudenza** | Turin, Italy, October 2015 to present

- Serve as thesis advisor to LLM Students in the International Intellectual Property Law program sponsored by the World Intellectual Property Organization and teach Freedom of Expression and International Intellectual Property Rights on an annual basis
- Teach *Freedom of Expression and International Intellectual Property Rights* annually in Turin, Italy

**Barry University School of Law** | Orlando, Florida, August 2006 to May 2009

**Courses Taught:**

- First Amendment Law, 2007 – 2009
- Trademark Law, 2006 – 2009
- Entertainment Law, 2007 – 2009
- Copyright Law, 2006 – 2007
- Sports Law, 2007

**Additional Activities and Responsibilities:**

- Serving as a supervised research advisor to multiple students for First Amendment and intellectual property publications and research
- Assisting with First Amendment moot court competition

**Marc J. Randazza, JD, MAMC, LLM**
**CURRICULUM VITAE**

**University of Florida, Research and Teaching Fellowship |** Gainesville, Florida, August 2000 - May 2002

- Teaching classes on media law, including coverage of copyright, trademark, obscenity, libel, campaign finance, and constitutional law

- Assisting in the production of a media law case book

- Conducting legal research and writing for publication in various law journals

## ACADEMIC AND LEGAL PUBLICATIONS

- *Florida's Anti-SLAPP Law Turns 10 and Grows Into a Substantive Immunity,* MEDIA LAW RESOURCE CENTER (May 2025)

- *The Nevada Anti-SLAPP Act and Its Role in Preserving First Amendment Rights in Nevada,* CLARK COUNTY BAR ASSOCIATION (Aug. 2025)

- *Who Actually Owns that Social Media Account,* 33 NEVADA LAWYER 16 (Sep. 2025)

- *My Niche Practice Playbook,* 33 NEVADA LAWYER 12 (Jul. 2025)

- *Attacks on Attorney Speech are Attacks on the Rule of Law,* 26 NEVADA LAWYER 29 (Nov. 2018)

- *Morality and Trademarks: The South American Approach,* 40 SUFFOLK TRANSNAT'L L. REV. 221 (2017)

- *The Freedom to Film Pornography,* 17 NEVADA L.J. 99 (2016)

- *Lenz v. Universal: Reform § 512(f) of the DMCA,* 18 VANDERBILT J. ENT. & TECH LAW 4 (2016)

- *Ulysses - A Mighty Hero in the Fight for Freedom of Expression,* 11 U. MASS. L. REV. 268 (2016)

- *Kosovo's Digital Independence: Time for Kosovo's ccTLD,* WISCONSIN INT'L L.J., Vol. 33, No. 4 (2016)

- *Freedom of Expression and Morality-Based Impediments to the Enforcement of Intellectual Property Rights,* 16 NEVADA L.J. 107 (2015)

- *"War of the Words": Differing Canadian and American Approaches to Internet Defamation",* in

Todd L. Archibald and Randall Scott Echlin, eds., ANNUAL REVIEW OF CIVIL LITIGATION IN CANADA 2015, Toronto: Thomson Carswell, 2015, 403 (co-authored with Antonin I. Pribetic)

- *The Legal Status of Making Adult Films in Nevada,* 23 NEVADA LAWYER 20 (May 2015)

- *Nevada's New Anti-SLAPP Law: The Silver State Sets the Gold Standard,* 21 NEVADA LAWYER 7 (Oct. 2013)

- *The Need for a Unified and Cohesive National Anti-SLAPP Law,* 91 OR. L. REV. 627 (2013)

- *The Legal Status of Gambling in America's Senior Communities,* 8 MARQ. ELDER ADVISOR 343 (2007)

- *The Florida Supreme Court Dulls the Edge of Rule 1.420(e),* 80 FLA. B.J. 39 (2006)

- *Condo Casino! Gambling in Florida Community Associations,* 79 FLA. B.J. 8 (2005)

- *The Other Election Controversy of Y2K: Core First Amendment Values and High-Tech Political Coalitions,* 82 WASH. U. L. Q. 143 (2004)

- *Getting to Yes with Terrorists,* 2002 L. REV. M.S.U.-D.C.L. 823. (2002)

- *Breaking Duverger's Law is not Illegal: Strategic Voting, the Internet and the 2000 Presidential Election,* 2001 UCLA J.L. & TECH. 6. (2001)

- *The Constitutionality of Online Vote Swapping,* 34 LOYOLA L.A. L. REV. 1297 (2001)

## CNN LEGAL COLUMN

- *Scottish comedian's Nazi salute dog video awful. But it wasn't a crime,* CNN, March 22, 2018
- *Even Trump has a right to free speech,* CNN, November 7, 2017
- *The best way to respond to Las Vegas massacre,* CNN, October 2, 2017
- *Outrage over Google memo goes too far, CNN, August 8, 2017*
- *Rock band The Slants' victory in court secures your rights,* CNN, June 20, 2017
- *Why Turkish embassy violence is unforgivable,* CNN, May 19, 2017
- *Jail for laughing protester is an outrage,* CNN, May 5, 2017
- *Dear Berkeley: Even Ann Coulter deserves free speech,* CNN, April 24, 2017
- *Does Melania Trump's libel suit really threaten a free press?,* CNN, December 29, 2016
- *Is Peter Thiel right about Gawker?*, CNN, May 26, 2016
- *Texting cop a victim of thought police?*, CNN, April 28, 2016
- *Defend Donald Trump's right to free speech,* CNN, Mar. 14, 2016
- *Is the First Amendment safe from Donald Trump?*, CNN, Feb. 28, 2016
- *For Missouri Professor, the Law Bites Back*, CNN, Jan. 27, 2016

- *Passenger Who Beat His Uber Driver Should Drop His Countersuit*, CNN, Jan. 21, 2016
- *We Don't Shoot People For Bigoted Views*, CNN, May 4, 2015
- *Decision on Asian-American Band's Name is Wrong*, CNN, Apr. 23, 2015
- *What's Wrong with Saying the Pledge in Arabic?* CNN, Mar. 23, 2015
- *What We Risk When We Ban Racists Speech*, CNN, Mar. 20, 2015
- *Why Schools Should Observe "Day of the Dude,"* CNN, Mar. 6, 2015
- *Should We Always Believe the Victim?* CNN, Dec. 7, 2014
- *ESPN's Stephen Smith is Entitled to His Opinions*, CNN, Aug. 4, 2014
- *Why Redskins Decision is Wrong,* CNN, June 21, 2014
- *Posting Elliot Rodger's Video is Legal, but is it Right?* CNN, May 29, 2014
- *We Need a "Right to be Forgotten,"* CNN, May 15, 2014
- *What Happened to Sterling was Wrong,* CNN, Apr. 30, 2014
- *N.J. Texting Ruling is Not What You Think*, CNN, Aug. 30, 2013
- *Chick-fil-A and Free Speech*, CNN, July 31, 2012
- *It's Un-American to Silence Rush Limbaugh*, CNN, Mar. 12, 2012

## SPEAKING ENGAGEMENTS

- Freedom of Expression and Anti-SLAPP statutes, New Hampshire Liberty Forum (Manchester, NH, Mar. 5, 2022)

- First Amendment Day, University of North Carolina (Chapel Hill, NC, Sept. 29, 2021)

- Saper Law Immersion Program, First Amendment Law for High Schools, (Chicago, IL, Aug. 4, 2021)

- World Intellectual Property Organization ("WIPO") LLM Program, *Intersection of Freedom of Expression and International Intellectual Property Rights* (Turin, Italy, May 24, 2021)

- ABA 24th Annual Conference of the Forum on Communications Law, *Fifty Years after Brandenburg v. Ohio* (Miami, Feb. 2, 2019)

- *Copyright Enforcement Issues in the Digital Age, an American Perspective* (Pristina, Kosovo, Dec. 5, 2018)

- World Intellectual Property Organization ("WIPO") LLM Program, *Intersection of Freedom of Expression and International Intellectual Property Rights* (Turin, Italy, Nov. 16, 2018)

- University of New Hampshire Student Intellectual Property Association, *Section 2(a), In re Tam, and "Problematic" Speech* (New Hampshire, April 20, 2017)

- European Law Students' Association Conference (Trieste, Italy, May 2016)

- First Amendment Lawyers Association, *Morality and IP Rights* (Austin, TX, Feb. 12, 2016)

- Internet Law Leadership Conference, *Anti-SLAPP Statutes and Litigation Strategies* (Las Vegas, Nov. 19, 2015)

- European Law Students' Association Summer Law Institute, *Freedom of Expression and Morality-Based Impediments to the Enforcement of Intellectual Property Rights* (Trieste, Italy, July 28, 2015)

- European Law Students' Association Summer Law Institute, *Global Freedom of Expression and New Media, an American Perspective* (Trieste, Italy, July 27, 2015)

- James Joyce School, *Joyce's Ulysses, an Unsung Hero in the Fight for Freedom of Expression* (Trieste, Italy, July 3, 2015)

- Virgin Islands Bar Association, *Keynote Speech – Anti-SLAPP laws and freedom of speech in the Virgin Islands* (US Virgin Islands, Dec. 13, 2014)

- Virgin Islands Bar Association, *The Law and Ethics of Social Media* (US Virgin Islands, Dec. 13, 2014)

- First Amendment Lawyers Association, *A Comparative Analysis of Canadian and American Defamation Law* (Toronto, Canada, July 2014)

- Beverly Hills Bar Association *Panel: Pornography, Coercion, and the Courts: The Rise and Fall of Copyright Trolling*, Discussion with Morgan Pietz on ethical enforcement of copyright and Prenda Law (Los Angeles, CA, May 2, 2014)

- The Stanford Technology Law Review 2013 Symposium: *Privacy Challenges in the Internet Age,* Lecture on Internet Torts & Cybercrimes (Stanford, CA, April 11, 2014)

- Above The Law Attorney@Blog Conference, Lecture on copyright, trademark, defamation, and general Internet issues to numerous attorneys and members (New York, NY, Mar. 2014)

- First Amendment Lawyers' Association, Lecture on updates in defamation law and related litigation in prominent cases across the country (Philadelphia PA, July 2013)

- Nevada Legislative Session 2013, *Drafted, lobbied, and successfully argued for the passage of a revised anti-SLAPP statute in Nevada and revision to proposed human trafficking law with potential First Amendment implications for production of adult entertainment* (Carson City, NV, May 2013)

- Nevada Libertarian Party Convention, Lecture on freedom of expression and First Amendment matters (Las Vegas, NV, Apr. 2013)

- First Amendment Lawyers' Association, Lecture on updates, development, and application on Anti-

- SLAPP statutes and defamation cases across the country (New Orleans, LA, Feb. 2013)

- First Amendment Lawyers' Association, Lecture on updates, development, and application on Anti-SLAPP statutes across the country (Chicago, IL, July 2012)

- CineKink Film Festival, Lecture on First Amendment and intellectual property issues in the adult entertainment industry (Las Vegas, NV, June 2012)

- American Intellectual Property Law Association, Lecture on updates, development, and application on Anti-SLAPP statutes across the country (Austin, TX, Spring Meeting 2012)

- First Amendment Lawyers' Association, Lecture on updates, development, application of Anti-SLAPP statutes (San Diego, CA, Feb. 2012)

- First Amendment Lawyers' Association, Lecture on issues in BitTorrent litigation (Minneapolis, MN, July 2011)

- First Amendment Lawyers' Association, Lecture on copyright litigation and the errors present in current anti-piracy litigation models (Washington, D.C., Feb. 2011)

- XBIZ LA Conference, Lecture on intellectual property law and piracy litigation issues (Los Angeles, CA, Feb. 2011)

- InterNext Conference, Panel discussion concerning online adult entertainment issues, focusing on antipiracy litigation trends and strategies (Las Vegas, NV, Jan. 2011)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (San Antonio, TX, Feb. 2010)

- International Trademark Association, Table topics leader (Boston, MA, May 2010)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (Vancouver, BC, July 2009)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (New Orleans, Feb. 2009)

- Adult Entertainment Expo, Lecture on intellectual property, brand management, free speech issues and section 2257 (Las Vegas, NV, Jan. 2009)

- First Amendment Lawyers' Association, Lecture on U.S. trademark law and domain name disputes (San Francisco, CA, July 2008)

- Seminole County Inns of Court, Lecture judges and lawyers on defamation law issues (Orlando, FL, Feb. 10, 2008)

- The International Institute of Communications Annual Meeting, Lecture on US media law to an audience of international businesspeople, government officials, and academics. (Singapore, Oct. 1–4, 2001)

- Friedrich Ebert Stiftung and Nanyang Technological University *Conference on "Media, Civil Society and Good Governance in Southeast Asia,"* Lecture on media law in the post-September 11th United States. (Singapore, Nov. 7–9, 2001)

- Association for Education in Journalism and Mass Communication (AEJMC) southeast colloquium, Lecture on Internet law (Columbia, SC, Mar. 8–10, 2001)

Marc J. Randazza, JD, MAMC, LLM
## CURRICULUM VITAE

## OTHER PUBLICATIONS

- *Stormy Daniels Was Arrested Because of a Terrible Law That Threatens Free Expression,* Reason, July 13, 2018

- *2016 Presidential Race: A Closer Look,* AVN, Mar. 2016

- *What the Slants Case Means for the Adult Industry,* AVN, Feb. 16, 2016

- *What the Adult Industry Owes to James Joyce,* XBiz, Dec. 11, 2015

- *Adult Biz & the Law: Violations and the Violated*, XBIZ, Jan. 23, 2015

- *Is It Legal to Shoot Porn in Your State?*, XBIZ, Mar. 30, 2014

- *Copyright Ruling May have Implications for Adult Industry*, XBIZ, Mar. 1, 2014

- *Reversal of Fortune in Taiwan for Porn Producers*, XBIZ, Feb. 25, 2014

- *The Case for Relocating Porn Production to Las Vegas*, XBIZ, Aug. 6, 2012

- *Challenging the Copyrightability of Porn*, XBIZ, Apr. 19, 2012

- *Malign Neglect,* ADULT VIDEO NEWS, Jan. 2012

- *Are You Guilty If Pirates Use Your Internet?* TORRENTFREAK, Aug. 6, 2011

- *XXX Revenue Reporting?,* XBIZ WORLD, July 28, 2010

- *Standard Deviation: What's Obscene in an Online World?*, ADULT VIDEO NEWS, Feb. 1, 2010

- *A Domain by Any Other Name…,* ADULT VIDEO NEWS, Dec. 1, 2008

- *2257 Regs a Boon to Patriotic Adult Film Producers,* ADULT VIDEO NEWS, Jun. 2, 2005

- *Foreign Content and Section 2257*, XBIZ, Aug. 4, 2005

- *Republicans Save US Jobs (unwittingly),* XBIZ, May 31, 2005

- *Commentary for Congress,* ADULT VIDEO NEWS, Mar. 2005

- *Kiffmeyer – Too Partisan for the Job?* MINN. LAW & POLITICS, Summer 2004

- *Copyright and the Clubhouse,* CONDO MANAGEMENT, Nov. 2003

- *Character Counts: Defamation Law for Community Associations,* COMMUNITY UPDATE, Jan. 2003

- *Copyright Issues for Free Fall Photographers,* SKYDIVING MAGAZINE, Oct. 2003

- *Neither is a Fish or a Bird (the Prisco Decision),* 25 ACTIONLINE 4, (2003)

- *Satellite Dishes and Community Associations*, CONDO MANAGEMENT, (2003)

- The Forgotten Electoral Controversy, INTERMEDIA, Apr. 2001

## TELEVISION & RADIO GUEST APPEARANCES

- *Morningstar Ministries addresses discrimination lawsuit against York County,* WBTV Charlotte (Nov. 29, 2018)

- "Defending The Indefensible," *On the Media*, NPR (Aug. 10, 2018)

- *This guy is trying to hunt down one of the most notorious Neo-Nazis,* Vice News (Jan. 31, 2018)

- *Real Estate Agent Says She Was Neo-Nazi Website Devotees' 'Troll Storm' Target*, ABC Nightline (Aug. 24, 2017)

- *Meet the lawyer defending notorious neo-Nazi trolls*, Vice News (Aug. 3, 2017)

- "Billionaires and Free Speech," *On Point with Tom Ashbrook,* NPR, (June 1, 2016)

- *Peel Off Labels* (America Matters Media Mar. 7, 2016)

- CBS News, Roca Labs Case, (CBS Oct. 1, 2015)

- *The Daily Share*: *Discussing the Redskins Trademark Decision* (Headline News Network July 9, 2015)

- *Ralston Reports: Anti-SLAPP?* (Apr. 23, 2015)

- *Ralston Reports: First Amendment and SLAPP Cases* (Aug. 7, 2014)

- *Michael Smerconish Show: Sterling, Sam and Free Speech* (CNN May 17, 2014)

- *CNN Newsroom: Was Leak of NBA Owner's Rant 'Morally Wrong'* (CNN May 1, 2014)

- *Legal View with Ashleigh Banfield: What's Next for Donald Sterling?:The First Amendment and a Technological Surveillance Society* (CNN Apr. 30, 2014)

- *Democracy Now!: Steubenville Rape Trial* (Feb. 2013)

- CNN, *Discussing the Steubenville Rape Case* (Feb. 2013)

- Reason TV: *Discussing Steubenville Rape Case* (Feb. 2013)

- *Crime, Inc.: Discussing Copyright Law* (CNBC Aug. 29, 2012)

- NBC Las Vegas: *Internet providers turn to attorneys to protect content* (KSNV July 25, 2013)

- NBC Bay Area: *Porn Copyright Trolls* (July 3, 2012)

- National Public Radio: *On the Media, Combating "Bad" Speech with More Speech* (Apr. 6, 2012)

- KLAS-TV: *Economic Diversity By Legalizing Marijuana* (Mar. 26, 2012)

- *State of Nevada, The End of Righthaven*, (Nevada Public Radio Mar. 22, 2012)

- *Michael Savage: First Amendment Att'y Speaks About Freedom of Speech* (Mar. 14, 2012)

- *Cyber Law and Business Report: Randazza, Righthaven, and Roger Williams* (Dec. 21, 2011)

- *Congress Weighs Law Against Some Lawsuits* (National Public Radio Apr. 2, 2010)

- *Cyber Harassment and the Law* (National Public Radio Mar. 3, 2009)

- Fox 35 Orlando: *Kids Can't Play Outside Condos* (Mar. 3, 2009)

- Fox 35 Orlando: *New Year's Festivities and the Law* (Dec. 30, 2008)

- Fox 35 Orlando: *Teacher to Blame Hormones* (Nov. 19, 2008)

- Fox 35 Orlando: *Target Mis-prices Car Seats* (Nov. 18, 2008)

- *Lisa Macci's The Justice Hour: Discussing new Sex Laws and The Theory of Intentional Sex Torts* (WWNN July 14, 2008)

- *The Curtis Sliwa Show, discussing the Bauer v. Wikipedia defamation case, and Section 230* (WABC: New York July 1, 2008)

- *Lisa Macci's The Justice Hour: Discussing the Connection Distribution case and Section 2257* (WWNN May 5, 2008)

- *Fox and Friends: The First Amendment and the "Lyrical Terrorist"* (Fox News Nov. 10, 2007)

- *Fox and Friends: Discussing Bradenton High School "Body Painting" Issue* (Fox News Oct. 18, 2007)

- *Lisa Macci's The Justice Hour: SLAPP suits and attorney ethics* (WWNN Jul. 2, 2007)

- *Fox and Friends: Discussing Don Imus' Comments about the Rutgers' Basketball Team* (Fox News Apr. 10, 2007)

Marc J. Randazza, JD, MAMC, LLM
## CURRICULUM VITAE

- *Lisa Macci's The Justice Hour: Restrictions on Attorney Speech* (WWNN Jan. 22, 2007)

- *CNBC: On the Money, Discussing online gambling and prosecutions* (Jan. 16, 2007)

- *Domain Masters: Discussing domain law, gaming law, and First Amendment law with Monte Cahn.* (Dec. 22, 2006)

- *Bess Kargman: "Blogsuits" What Effect will Libel Threat Have on the Blogosphere?* (Oct. 23, 2006)

- *The Lineup: Video Games and the First Amendment* (Fox News Sept. 30, 2006)

- *The Lineup: First Amendment and Prisons* (Fox News Sept. 9, 2006)

- *Heartland with John Kasich: First Amendment Issues and Public Schools* (Fox News Dec. 30, 2005)

- *Dayside: Commentary on Church-State Issues* (Fox News Nov. 9, 2005)

- *Heartland with John Kasich: Commentary on Separation of Church and State* (Fox News Oct. 15, 2005)

- *Live: Commentary and Debate on Online Vote Pairing* (Fox News Oct. 17, 2004)

- *Bob Frantz Show: News/Talk 1370: Discussing Election Law Issues* (Oct. 10, 2004)

## KEY REPORTED CASES

- Broadrick v. Gilroy, 2025 WL 1669361 (D. Conn. 2025) (F. Supp. 3d cite pending) Revenge porn case victory over sociopath who sought to strike information about his acts

- Garagesocial, Inc. v. Hagerty Group, LLC, (F. Supp. 3d cite pending) (D. Mass. 2025) Trademark infringement case victory on jurisdiction

- Grant v. Trial Court, (F. Supp. 3d cite pending) (D. Mass. 2025) First Amendment case involving Karen Read "Buffer Zone" litigation.

- Grant v. Trial Court, 137 F.4th 1 (1st Cir. 2025) First Amendment case involving Karen Read "Buffer Zone" litigation.

- O'Neil v. Canton Police Dep't, 761 F. Supp. 3d 299 (D. Mass. 2024) First Amendment case involving protesters.

- Foy v. Florida Comm'n on Offender Review, 742 F. Supp. 3d 1148 (N.D. Fla. 2024) First Amendment case involving religious freedom and familial association

- Berge v. School Comm. of Gloucester, 107 F.4th 33 (1st Cir. 2024) First Amendment case involving the right to publish lawfully gathered material and defeating qualified immunity

- Doe v. Fitzgerald, 102 F.4th 1089 (9th Cir. 2024) Sex trafficking case and Anti-SLAPP case

- Spicuzza v. Commonwealth, 494 Mass. 1005 (2024) First Amendment case involving Karen Read buffer zone and protesters – loss but case was discredited in Grant v. Trial Court.

- McBreairty v. Miller, 93 F.4th 513 (1st Cir. 2024) First Amendment case against school district

- Knezovich v. United States, 82 F.4th 931 (10th Cir. 2023) Appeal involving government obligations

- McBreairty v. Sch. Bd. of RSU22, 616 F. Supp. 3d 79 (D. Me. 2022) First Amendment case involving right to speak

- TGP Communs., LLC v. Sellers, 2022 U.S. App. LEXIS 33641 (9th Cir. Dec. 5, 2022)

Marc J. Randazza, JD, MAMC, LLM
## CURRICULUM VITAE

Win in injunction on appeal compelling government to permit press access to briefings

- St. Michael's Media, Inc. v. Mayor & City Council of Balt., 566 F. Supp. 3d 327 (D. Md. 2021) First Amendment win when Baltimore sought to prohibit a lawful prayer rally

- Williams v. Lazer, 495 P.3d 93 (Nev. 2021) Established privilege in proceedings before administrative bodies

- Brown v. Maxwell, 929 F.3d 41 (2d Cir. 2019) Epstein client documents case

- Shapiro v. Welt, 133 Nev. 35, 389 P.3d 262 (2017) Counsel for amicus curiae

- Op. Corp. v. Roca Labs, Inc., 2016 U.S. Dist. LEXIS 8507 (M.D. Fla. Jan. 25, 2016) Defeated scam company defamation claim

- In re Tam, No. 14-1203 (Fed. Cir. Dec. 22, 2015) Counsel for amicus curiae

- Ellora's Cave Publ., Inc. v. Dear Author Media Network, LLC, 308 F.R.D. 160 (N.D. Ohio 2015) Defamation case

- Van Voorhis v. Comins, 178 So. 3d 970 (Fla. 5th DCA 2015) Case involving venue for defamation actions

- Tobinick v. Novella, 142 F. Supp. 3d 1275 (S.D. Fla. 2015) Anti-SLAPP win.

- Tobinick v. Novella, 108 F. Supp. 3d 1299 (S.D. Fla. 2015) Anti-SLAPP win

- NML Capital, Ltd. v. Republic of Argentina, 2015 U.S. Dist. LEXIS 20722 (D. Nev. Feb. 19, 2015) Opened case files to the public

- Chevaldina v. R.K./FL Mgmt., 133 So. 3d 1086 (Fla. 3d DCA 2014) Appellate win overturning prior restraint

- Expert Witness Case: Calista Enters. v. Tenza Trading, 43 F. Supp. 3d 1099 (D. Or. 2014)

- Jones v. Dirty World Entm't Recordings, 755 F .3d 398; 42 Media L. Rep. 1984 (6th Cir. 2014). Counsel for amicus curiae.

- Comins v. VanVoorhis, 135 So. 3d 545; 42 Media L. Rep. 2021 (Fla. 5th DCA 2014) Established that law protecting mainstream media also applied to bloggers

- Liberty Media Holdings v. Henson, 516 F. App'x. 673 (9th Cir. 2013) Copyright case

- Righthaven LLC v. Hoehn, 716 F.3d 1166 (9th Cir. 2013) Fair use win in copyright case

- Rakofsky v. Washington Post, 971 N.Y.S.2d 74, 2013; 41 Media L. Rep. 1863 (N.Y. 2013) Win in nationally publicized defamation case

- Katz v. Chevaldina, 900 F. Supp. 2d 1314 (S.D. Fla. 2012) Win in copyright case

- AIRFX.com v. AirFX, 2012 U.S. Dist. LEXIS 31541, 2012 WL 780941 (D. Ariz. 9 Mar. 2012) Domain name dispute and trademark case

- Righthaven v. Hoehn, 792 F. Supp. 2d 1138, (D. Nev. 2011) Defeated infamous copyright troll

- Righthaven v. Wolf, 813 F. Supp. 2d 1265, (D. Colo. 2011)

- Doe v. Fry, 22 Fla. L. Weekly 378, (M.D. Fla. 2010) Revenge porn case win

- Ricks v. BMEzine.com, 727 F. Supp. 2d 936, (D. Nev. 2010) Win on behalf of small company hit by notorious cybersquatter

- Internet Solutions v. Marshall, 611 F.3d 1368 (11th Cir. 2010) Win against defamation SLAPP plaintiff

- Internet Solutions v. Marshall, 557 F.3d 1293 (11th Cir. 2009) Win against defamation SLAPP plaintiff

- Solid Host, NL v. Namecheap, Inc., 652 F. Supp. 2d 1092 (C.D. Cal. 2009) Win against online pirate who took clients entire web presence
- Porter v. Bowen, 496 F .3d 1009 (9th Cir. 2007)

(Not counsel in case, but my law review article was cited in the decision)

- Salle v. Meadows, 2007 U.S. Dist. LEXIS 92343, 2007 WL 4463920 (M.D. Fla. Dec. 17, 2007)

## ADMITTED TO PRACTICE

**States**
- Massachusetts (2002)
- Florida (2003)
- California (2010)
- Arizona (2010)
- Nevada (2012)

**Federal Courts**
- United States Supreme Court
- 1st Circuit Court of Appeals
- 2nd Circuit Court of Appeals
- 3rd Circuit Court of Appeals
- 4th Circuit Court of Appeals
- 5th Circuit Court of Appeals
- 6th Circuit Court of Appeals
- 7th Circuit Court of Appeals
- 8th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 10th Circuit Court of Appeals
- 11th Circuit Court of Appeals
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court – District of D.C.
- U.S. District Court - District of Arizona
- U.S. District Court – North. District of California
- U.S. District Court – East. District of California
- U.S. District Court - Central District of California
- U.S. District Court – South. District of California
- U.S. District Court - District of Colorado
- U.S. District Court - District of Columbia
- U.S. District Court - Middle District of Florida
- U.S. District Court - Northern District of Florida
- U.S. District Court - Southern District of Florida
- U.S. District Court - Northern District of Ohio
- U.S. District Court - District of Massachusetts
- U.S. District Court - Eastern District of Michigan
- U.S. District Court - Western District of Michigan
- U.S. District Court - District of Nevada
- U.S. District Court – Western District of Texas
- U.S. District Court - Northern District of Texas
- U.S. District Court – Eastern District of Texas
- U.S. District Court – Southern District of Texas
- U.S. District Court - Eastern District Wisconsin
- U.S. District Court – District of Connecticut
- U.S. District Court - Northern District of New York
- U.S. District Court -- Eastern District of Missouri
- U.S. Bankruptcy Court - Eastern District of California
- U.S. Bankruptcy Court – District of Connecticut

# EXHIBIT

# "B"

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

ELEPHANT SHOE, LLC, et al.,

      Plaintiff,

v.

                                   Case No.: 1:25-cv-00058-RH-ZCB

JOHN COOK et al.,

      Defendants.

_____

## DECLARATION OF CHRISTOPHER GAGE, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DETERMINE AMOUNT OF ATTORNEY'S FEES AND COSTS

I, CHRISTOPHER GAGE, ESQ., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Florida and am admitted to practice before the United States District Court for the Northern District of Florida. I am counsel for Defendant DAVID C. HELM in the above-captioned matter and have personal knowledge of the matters set forth herein.

2. This Declaration is submitted in support of Defendant's Motion to Determine Amount of Attorney's Fees and Costs pursuant to

1

Federal Rule of Civil Procedure 54(d), Local Rule 54.1(F), and the Court's Order determining entitlement to attorney's fees.

3. The attorney's fees requested were necessarily and reasonably incurred in connection with the defense of this action and the successful prosecution of Defendant's entitlement to relief in this matter.

4. The billing records attached as Exhibit "1" were made contemporaneously with the work performed and were maintained in the ordinary course of business and maintained through the Orion billing software.

5. Counsel exercised billing judgment prior to submission of the requested fees and excluded excessive, duplicative, clerical, administrative, and otherwise non-compensable time entries.

6. To the maximum extent feasible, counsel segregated time devoted to compensable matters from time devoted to non-compensable matters and further segregated time relating to successful claims or defenses from time related solely to unsuccessful or unrelated matters.

2

7. In instances where claims or issues were intertwined and based upon a common core of facts or related legal theories, complete segregation was not reasonably practicable because the work performed advanced both compensable and non-compensable issues simultaneously.

8. Prior to filing the fee motion, I personally reviewed each time entry for this matter and exercised billing judgment by: (a) eliminating excessive, redundant, duplicative, or otherwise unnecessary hours; (b) writing off time related to claims on which Defendant did not prevail, where such claims were not so factually and legally intertwined with successful claims as to be inseparable; and (c) excluding clerical or administrative tasks that are properly treated as overhead rather than billed at an attorney's hourly rate.

9. The following professionals performed work on this matter at the following hourly rates:

| Timekeeper | Position | Years of Experience | Hourly Rate |
|---|---|---|---|
| Christopher Gage | Partner | 10 | $225 |

3

| Timekeeper | Position | Years of Experience | Hourly Rate |
|---|---|---|---|
| Hannah Lamoreaux | Associate | 4 | $200 |
| Andrew Escobio | Associate | 1 | $200 |
| Ezequiel Lugo | Partner | 19 | $225 |

10. The hourly rates requested are the pre-negotiated rates between my law firm and Michigan Farm Bureau on behalf of their insureds for bodily injury defense in cases transpiring in Florida. Due to their very limited volume, separate rates were not negotiated for any defamation or 1st Amendment cases. Thus, I rely upon attorney Marc J. Randazza, Esq. as to the prevailing market rates in the Northern District of Florida for attorneys and legal professionals with comparable skill, experience, and expertise handling similar federal litigation matters.

Dated: 6/26/2026

Respectfully submitted,

*/s/ Christopher Gage*
Christopher Gage, Esq.
FBN: 117727
Banker Lopez Gassler, P.A.
4300 West Cypress Street, Suite 800
Tampa, FL 33607
Tele: (813) 574-8551
Fax: (813) 222-3066

4

Service Email:
service-cgage@bankerlopez.com

# EXHIBIT

## "C"

# Fee Transaction Listing

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date
**Client:** Michigan Farm Bureau Insurance
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al
**Date:** 5/8/2024 **through** 4/24/2026

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Incomplete) (UnReleased) (Released)
**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| Client: 044838 - Michigan Farm Bureau Insurance | | | | Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a | | |
| 13744336 | 2/17/2026 | ADE | P | Review and analysis of relevant N.D FL case law regarding seeking fees following an Anti-SLAPP motion. [L110-A104] | 0.8 | $160.00 |
| 13757293 | 2/18/2026 | ADE | P | Preparation of the motion seeking attorneys fees following the approval of the Anti-SLAPP motion. [L110-A104] | 0.9 | $180.00 |
| 13755230 | 2/19/2026 | ADE | P | Continued preparation of Motion Seeking Attorney's Fees. [L430-A103] | 0.5 | $100.00 |
| 12853497 | 6/11/2025 | AH2 | P | Detailed analysis of file to ascertain key facts and players and to identify status of discovery and case deadlines in order to ensure compliance with same and to assist with development of defense strategy. [L110-A104] | 0.6 | $75.00 |
| 12989826 | 7/21/2025 | AH2 | P | Analysis of additional claim materials received including social media videos [L110-A104] | 0.4 | $50.00 |
| 13157892 | 9/3/2025 | AH2 | P | Analysis of file to ensure compliance with case deadlines and to evaluate any actions needed to further case development. [L110-A104] | 0.3 | $37.50 |
| 13278552 | 10/6/2025 | AH2 | P | Analysis of file to ensure compliance with deadlines and to identify any tasks needed to further case development. [L110-A104] | 0.2 | $25.00 |
| 12622447 | 3/17/2025 | CJG | P | Review and analysis of complaint provided by adjuster [L120-A104] | 0.3 | $52.50 |
| 12622453 | 3/17/2025 | CJG | P | Review and analysis of client's proposed answer [L120-A104] | 0.3 | $52.50 |
| 12622469 | 3/17/2025 | CJG | P | Review and analysis of prior correspondence between plaintiff and co-def counsel provided by client [L120-A104] | 0.6 | $105.00 |
| 12622471 | 3/17/2025 | CJG | P | Review and analysis of motion for sanctions filed between plaintiff and co-def counsels provided by client [L120-A104] | 0.3 | $52.50 |
| 12622485 | 3/17/2025 | CJG | P | Review and analysis of timeline of events provided by client [L120-A104] | 0.3 | $52.50 |
| 12548888 | 3/19/2025 | CJG | P | Email correspondence with client regarding initial meet and confer. [L120-A106] | 0.3 | $52.50 |
| 12548890 | 3/19/2025 | CJG | P | Review and analysis of case file, necessary in preparation of telephone conference with client. [L120-A104] | 0.5 | $87.50 |
| 12548897 | 3/19/2025 | CJG | P | Review and analysis of email from client ███████████████ ███████████████. [L120-A104] | 0.1 | $17.50 |
| 12548933 | 3/19/2025 | CJG | P | Review and analysis of documents on separate federal lawsuits against initial named Defendants, necessary in preparation of getting background of case ahead of client call. [L120-A104] | 0.5 | $87.50 |
| 12548949 | 3/19/2025 | CJG | P | Review and analysis of client you tube video "discussion regarding Florida man" that is the subject of Plaintiffs complaint (2 hours and 2 minutes long). [L120-A104] | 2.1 | $367.50 |
| 12625415 | 3/20/2025 | CJG | P | Review and analysis of related case documents on Plaintiff's motion to amend provided by client [L120-A104] | 0.5 | $87.50 |
| 12625450 | 3/20/2025 | CJG | P | Introductory teleconference with client to discuss ███████████ ████████████████████████ [L120-A106] | 0.7 | $122.50 |
| 12625531 | 3/21/2025 | CJG | P | Review and analysis of case holding sent by client regarding anti-SLAPP motion for use in current case [L120-A104] | 0.3 | $52.50 |
| 12579627 | 3/27/2025 | CJG | P | Email correspondence with Plaintiff cousnel regarding status of meet and confer for motion for more definite statement. [L120-A107] | 0.2 | $35.00 |
| 12579631 | 3/27/2025 | CJG | P | Follow up with Plaintiff counsel regarding status of follow up email regarding request for agreement for motion for extension to respond to complaint. [L120-A107] | 0.2 | $35.00 |
| 12579685 | 3/27/2025 | CJG | P | Extended email correspondence with client regarding ██████ | 0.3 | $52.50 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date

**Client:** Michigan Farm Bureau Insurance

**Matter:** Jeremy Bryan Hales vs David C. Helm, et al

**Date:**    5/8/2024    **through**    4/24/2026

**Person:** All

**Service:** All

**Fee State:** (Incomplete) (UnReleased) (Released)

**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| | | | | ███████████████ [L120-A106] | | |
| 12579692 | 3/27/2025 | CJG | P | Email correspondence with client regarding notification of extension on answer to complaint and request for motion for extension as to same. [L120-A106] | 0.3 | $52.50 |
| 12579701 | 3/27/2025 | CJG | P | Review and analysis of documents provided in companion case 24-cv-0045 AW (194 documents). [L120-A104] | 2.8 | $490.00 |
| 12579704 | 3/27/2025 | CJG | P | Review and analysis of Plaintiffs prior testimony in companion case (320 pages). [L120-A104] | 2.1 | $367.50 |
| 12595923 | 3/28/2025 | CJG | P | Review and analysis of youtube video from plaintiff regarding motion for extension [L120-A104] | 0.1 | $17.50 |
| 12595965 | 3/28/2025 | CJG | P | Email correspondence with client regarding youtube video from plaintiff regarding motion for extension [L120-A106] | 0.2 | $35.00 |
| 12595967 | 3/28/2025 | CJG | P | Review and analysis of Co-defendant Matzkin motion for extension. [L120-A106] | 0.2 | $35.00 |
| 12595974 | 3/28/2025 | CJG | P | Prepared motion for extension. [L120-A103] | 0.5 | $87.50 |
| 12590079 | 3/31/2025 | CJG | P | Email correspondence with client regarding inquiry as to weather any offer of settlement was made. [L120-A106] | 0.1 | $17.50 |
| 12590090 | 3/31/2025 | CJG | P | Review and analysis of video produced by Plaintiff regarding claim of offer of settlement being made. [L120-A104] | 0.1 | $17.50 |
| 12590139 | 3/31/2025 | CJG | P | Review and analysis of order from court on denying Co Defendants Bruce's motion for extension. [L120-A104] | 0.1 | $17.50 |
| 12590144 | 3/31/2025 | CJG | P | Review and analysis of order from court granting clients motion for extension to respond to complaint. [L120-A104] | 0.1 | $17.50 |
| 12590246 | 3/31/2025 | CJG | P | Review and analysis of email from client regarding letter of representation. [L120-A104] | 0.1 | $17.50 |
| 12725012 | 4/1/2025 | CJG | P | Email correspondence with client regarding journalists reaching out and advisement as to same [L120-A107] | 0.3 | $52.50 |
| 12726911 | 4/2/2025 | CJG | P | Review and analysis of order on defendant matzkin's motion for extension [L120-A104] | 0.1 | $17.50 |
| 12726986 | 4/3/2025 | CJG | P | email correspondence with plaintiff counsel regarding follow up as to motion for more definite statement [L120-A107] | 0.2 | $35.00 |
| 12728768 | 4/4/2025 | CJG | P | Prepared follow up email with plaintiff counsel regarding extension to respond to complaint. [L120-A107] | 0.1 | $17.50 |
| 12728774 | 4/4/2025 | CJG | P | Email correpsondence with plaintiff counsel regarding extension to respond to complaint and agreed order as to same [L120-A107] | 0.2 | $35.00 |
| 12728776 | 4/4/2025 | CJG | P | Prepared email to client regarding extension to respond to complaint and agreed order as to same [L120-A106] | 0.1 | $17.50 |
| 12621223 | 4/7/2025 | CJG | P | Review and analysis of case file, necessary in preparation of meet and confer with Plaintiff counsel for agreed order on motion for more definite statement. [L120-A104] | 0.5 | $87.50 |
| 12621225 | 4/7/2025 | CJG | P | Telephone conference with Plaintiff counsel regarding meet and confer on motion for more definite statement along with proposed language for agreed order. [L120-A107] | 0.5 | $87.50 |
| 12621231 | 4/7/2025 | CJG | P | Prepared proposed order pursuant to conversation with Plaintiff counsel on motion for more definite statement. [L120-A103] | 0.2 | $35.00 |
| 12728781 | 4/7/2025 | CJG | P | Prepared email to client regarding potential new defendants in amended complaint [L120-A106] | 0.2 | $35.00 |
| 12621393 | 4/8/2025 | CJG | P | Review and analysis of email from potential Co Defendant and journalist regarding current litigation. [L120-A104] | 0.1 | $17.50 |
| 12621399 | 4/8/2025 | CJG | P | Prepared email to client notifying them of to not contact or respond to | 0.1 | $17.50 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Incomplete) (UnReleased) (Released)
**Fee Status:** (Selected) (Deferred) (Invoiced)

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date
**Client:** Michigan Farm Bureau Insurance
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al
**Date:** 5/8/2024   through   4/24/2026

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|

**Client: 044838 - Michigan Farm Bureau Insurance**   **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| | | | | journalist inquiry.  [L120-A106] | | |
| 12729016 | 4/9/2025 | CJG | P | Review and analysis of order executed by judge on motion for more definite statement [L120-A104] | 0.1 | $17.50 |
| 12729022 | 4/9/2025 | CJG | P | Review and analysis of email from journalist providing video discussing case [L120-A104] | 0.1 | $17.50 |
| 12660457 | 4/16/2025 | CJG | P | Review and analysis of motion for entry of default for Defendant John Hughes, John Cook and Lynette Preston.  [L120-A104] | 0.2 | $35.00 |
| 12660459 | 4/16/2025 | CJG | P | Review and analysis of returns of services for Defendants Cook, Hughes and Preston.  [L120-A104] | 0.1 | $17.50 |
| 12734522 | 4/18/2025 | CJG | P | Review and analysis of John Cook motion to set aside default [L120-A104] | 0.2 | $35.00 |
| 12734528 | 4/18/2025 | CJG | P | Review and analysis of Lynette Preston motion to set aside default [L120-A104] | 0.2 | $35.00 |
| 12734533 | 4/18/2025 | CJG | P | Review and analysis of Lynette Preston motion requesting appointment of counsel [L120-A104] | 0.1 | $17.50 |
| 12734536 | 4/18/2025 | CJG | P | Review and analysis of John Cook motion requesting appointment of counsel [L120-A104] | 0.1 | $17.50 |
| 12665520 | 4/21/2025 | CJG | P | Review and analysis of Co Defendant Preston and Cook motions to set aside defaults.  [L120-A104] | 0.2 | $35.00 |
| 12665525 | 4/21/2025 | CJG | P | Review and analysis of orders from court regarding Co Defendant Preston and Cook motions to request an appointed counsel. [L120-A104] | 0.2 | $35.00 |
| 12679650 | 4/23/2025 | CJG | P | Review and analysis of courts deadline order regarding amended complaint.  [L120-A104] | 0.1 | $17.50 |
| 12679653 | 4/23/2025 | CJG | P | Review and analysis of court order regarding Defendant Hughes motion to set aside default.  [L120-A104] | 0.1 | $17.50 |
| 12679692 | 4/23/2025 | CJG | P | Review and analysis of Defendant Hughes motion to set aside default and request for time as to same.  [L120-A104] | 0.1 | $17.50 |
| 12679702 | 4/23/2025 | CJG | P | Email correspondence with client regarding ███████████ ████████████████████████ [L120-A106] | 0.3 | $52.50 |
| 12679707 | 4/23/2025 | CJG | P | Review and analysis of video provided by client ████████ ███████████████████.  [L120-A104] | 0.2 | $35.00 |
| 12679710 | 4/23/2025 | CJG | P | Review and analysis of screenshots provided by client ████████. [L120-A104] | 0.2 | $35.00 |
| 12704302 | 4/30/2025 | CJG | P | Review and analysis of notice for request for summons to be issued by Plaintiff.  [L120-A104] | 0.1 | $17.50 |
| 12754678 | 5/13/2025 | CJG | P | Email correspondence with client regarding ████████.  [L120-A106] | 0.2 | $40.00 |
| 12793759 | 5/27/2025 | CJG | P | Prepared email to client providing anti-SLAPP motion for review prior to filing. [L120-A106] | 0.1 | $20.00 |
| 12793760 | 5/27/2025 | CJG | P | Review and analysis of email from client ████████ █████████████ [L120-A104] | 0.1 | $20.00 |
| 12793768 | 5/27/2025 | CJG | P | Email correspondence with Plaintiff counsel regarding meet and confer requirement regarding anti-SLAPP motion.  [L120-A107] | 0.2 | $40.00 |
| 12793771 | 5/27/2025 | CJG | P | Extended email correspondence with client regarding ████████ ████████ [L120-A106] | 0.2 | $40.00 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date  **Person:** All

**Client:** Michigan Farm Bureau Insurance  **Service:** All

**Matter:** Jeremy Bryan Hales vs David C. Helm, et al  **Fee State:** (Incomplete) (UnReleased) (Released)

**Date:** 5/8/2024  **through** 4/24/2026  **Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| 12793773 | 5/27/2025 | CJG | P | Review and analysis of edited copy of anti-SLAPP motion with edits from client.  [L120-A104] | 0.4 | $80.00 |
| 12793774 | 5/27/2025 | CJG | P | Email correspondence with client regarding ███████████ ██████████. [L120-A106] | 0.2 | $40.00 |
| 12793777 | 5/27/2025 | CJG | P | Review and analysis of email correspondence provided by client ██ ██████████████. [L120-A104] | 0.2 | $40.00 |
| 12793778 | 5/27/2025 | CJG | P | Review and analysis of email correspondence sent by client ██ ████████████████ [L120-A104] | 0.1 | $20.00 |
| 12793805 | 5/27/2025 | CJG | P | Review and analysis of return of service on Defendant Lisa Weeks. [L120-A104] | 0.1 | $20.00 |
| 12804433 | 5/27/2025 | CJG | P | Continued email correspondence with Plaintiff counsel regarding mandatory meet and confer for anti-SLAPP motion.  [L120-A107] | 0.2 | $40.00 |
| 12804437 | 5/28/2025 | CJG | P | Continued preparation of anti-SLAPP motion to include additional facts and correction to timeline noted by client.  [L120-A103] | 0.3 | $60.00 |
| 12804472 | 5/29/2025 | CJG | P | Email correspondence with client regarding ████████████████████ ██ [L120-A106] | 0.2 | $40.00 |
| 12804488 | 5/29/2025 | CJG | P | Review and analysis of Defendant Marla Hughes motion to dismiss. [L120-A104] | 0.3 | $60.00 |
| 12804490 | 5/29/2025 | CJG | P | Prepared email correspondence to Plaintiff counsel requesting preservation of all videos from Plaintiff's channel not be deleted but saved.  [L120-A107] | 0.1 | $20.00 |
| 12927275 | 6/2/2025 | CJG | P | Review and analysis of Manikin's motion to dismiss for failure to state a claim  [L120-A104] | 0.5 | $100.00 |
| 12927329 | 6/3/2025 | CJG | P | Review and analysis of Co-def Lisa Weeks Motion for extension of time to file response [L120-A104] | 0.2 | $40.00 |
| 12927785 | 6/5/2025 | CJG | P | Review and analysis of client email regarding ███████████████ ████████████ [L120-A104] | 0.1 | $20.00 |
| 12927814 | 6/5/2025 | CJG | P | Review and analysis of video provided by client regarding additional arguments for Anti SLAPP motion   [L120-A104] | 1.3 | $260.00 |
| 12927890 | 6/6/2025 | CJG | P | Review and analysis of joint motion for extension to respond Helm's Motion to Dismiss/Anti SLAPP  [L120-A104] | 0.2 | $40.00 |
| 12864156 | 6/9/2025 | CJG | P | Review and analysis of executed order on unopposed motion for extension to anti-slapp motion.  [L120-A104] | 0.2 | $40.00 |
| 12929204 | 6/10/2025 | CJG | P | Email correspondence with plaintiff counsel noting non-objection to amending stated name of co-defendant [L120-A107] | 0.2 | $40.00 |
| 12929458 | 6/10/2025 | CJG | P | Review and analysis of motion to extend time by defendant Preston [L120-A104] | 0.2 | $40.00 |
| 12929460 | 6/10/2025 | CJG | P | Review and analysis of motion to dismiss by Defendant Cook [L120-A104] | 0.4 | $80.00 |
| 12933330 | 6/11/2025 | CJG | P | Review and analysis of plaintiff's response to defendant Hughes' motion to dismiss [L120-A104] | 0.3 | $60.00 |
| 12933331 | 6/11/2025 | CJG | P | Review and analysis of plaintiff's filed motion to amend complaint to substitute party [L120-A104] | 0.2 | $40.00 |
| 12933341 | 6/11/2025 | CJG | P | Review and analysis of judge's order granting Preston motion for extension to respond to complaint [L120-A104] | 0.1 | $20.00 |
| 12933350 | 6/11/2025 | CJG | P | Review and analysis of judge's order requesting expedited response from co-def on plaintiff's motion for leave to amend [L120-A104] | 0.1 | $20.00 |
| 12931710 | 6/17/2025 | CJG | P | Review and analysis of related state civil case by Leslie Ferderigos [L120-A104] | 0.1 | $20.00 |
| 12931789 | 6/17/2025 | CJG | P | Review and analysis of Def Lisa Lee Response in Opposition to Motion | 0.2 | $40.00 |

# Fee Transaction Listing

|  |  | **Entry by:** | All |
|---|---|---|---|
| **Listing Order:** | Timekeeper, Client-Matter Code, Transaction Date | **Person:** | All |
| **Client:** | Michigan Farm Bureau Insurance | **Service:** | All |
| **Matter:** | Jeremy Bryan Hales vs David C. Helm, et al | **Fee State:** | (Incomplete) (UnReleased) (Released) |
| **Date:** | 5/8/2024    through    4/24/2026 | **Fee Status:** | (Selected) (Deferred) (Invoiced) |

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
|  |  |  |  | for Leave to Amend Complaint [L120-A104] | | |
| 12931793 | 6/17/2025 | CJG | P | Review and analysis of Def Lisa Lee Motion to file electronically [L120-A104] | 0.1 | $20.00 |
| 12931877 | 6/17/2025 | CJG | P | Review and analysis of executed order on extension for plaintiff's response to def Matzkin's motion to dismiss [L120-A104] | 0.1 | $20.00 |
| 12931880 | 6/17/2025 | CJG | P | Review and analysis of executed order granting plaintiff's motion to amend complaint [L120-A104] | 0.1 | $20.00 |
| 12884261 | 6/18/2025 | CJG | P | Telephone conference with client regarding ███████████ ██████████████████████████████ [L120-A106] | 0.6 | $120.00 |
| 12884264 | 6/18/2025 | CJG | P | Email correspondence with client ████████████████ ███████████████████. [L120-A106] | 0.3 | $60.00 |
| 12884266 | 6/18/2025 | CJG | P | Email correspondence with Plaintiff counsel regarding knowledge of threats from Co Defendant against client. [L120-A107] | 0.3 | $60.00 |
| 12884270 | 6/18/2025 | CJG | P | Review and analysis of Plaintiffs response to Defendant Cook's motion to dismiss. [L120-A104] | 0.5 | $100.00 |
| 12884272 | 6/18/2025 | CJG | P | Review and analysis of Plaintiffs second amended complaint. (74 pages) [L120-A104] | 0.8 | $160.00 |
| 12884274 | 6/18/2025 | CJG | P | Review and analysis of judicial order regarding Co Defendants motion for permission to file electronically. [L120-A104] | 0.1 | $20.00 |
| 12920688 | 6/26/2025 | CJG | P | Review and analysis of Defendant Lee's Motion to Dismiss 2nd Amended Complaint [L120-A104] | 0.3 | $60.00 |
| 12920724 | 6/26/2025 | CJG | P | Review and analysis of Plaintiff's response to Helm's Anti-SLAPP motion [L120-A104] | 0.5 | $100.00 |
| 12924852 | 6/27/2025 | CJG | P | Review and analysis of plaintiff's motion for default judgment of defendant preston [L120-A104] | 0.2 | $40.00 |
| 12926698 | 6/28/2025 | CJG | P | Review and analysis of plaintiff's response in opposition to defendant Lee's motion to dismiss [L120-A104] | 0.4 | $80.00 |
| 13044298 | 7/1/2025 | CJG | P | Review and analysis of co-def Preston's motion to dismiss [L120-A104] | 0.3 | $60.00 |
| 13044312 | 7/1/2025 | CJG | P | Review and analysis of court's order denying motion for default for preston [L120-A104] | 0.1 | $20.00 |
| 13044313 | 7/1/2025 | CJG | P | Review and analysis of Plaintiff's response to defendant matzkin's motion to dismiss [L120-A104] | 0.4 | $80.00 |
| 12939376 | 7/2/2025 | CJG | P | Review and analysis of order to show cause as to why case should not be dismissed against Co Defendants who have not yet been served. [L120-A104] | 0.2 | $40.00 |
| 13044355 | 7/3/2025 | CJG | P | Review and analysis of Defendant Lee's motion for leave to file amended motion to dismiss [L120-A104] | 0.2 | $40.00 |
| 13044580 | 7/3/2025 | CJG | P | Review and analysis of order from judge taht plaintiff's must respond to Defendant Lee's motion [L120-A104] | 0.1 | $20.00 |
| 12954789 | 7/8/2025 | CJG | P | Review and analysis of notice of similar cases filed by Plaintiff. [L120-A104] | 0.2 | $40.00 |
| 12973933 | 7/14/2025 | CJG | P | Review and analysis of Plaintiffs response to notice of similar case. [L120-A104] | 0.1 | $20.00 |
| 12988708 | 7/17/2025 | CJG | P | Email correspondence with client regarding status of case. [L120-A106] | 0.2 | $40.00 |
| 12988709 | 7/17/2025 | CJG | P | Review and analysis of case file, necessary in preparation of email correspondence to client regarding status of case. [L120-A104] | 0.5 | $100.00 |
| 12988717 | 7/17/2025 | CJG | P | Review and analysis of order from court regarding show cause as to | 0.1 | $20.00 |

# Fee Transaction Listing

|  | | | | | **Entry by:** All | | |
|---|---|---|---|---|---|---|---|
| **Listing Order:** Timekeeper, Client-Matter Code, Transaction Date | | | | | **Person:** All | | |
| **Client:** Michigan Farm Bureau Insurance | | | | | **Service:** All | | |
| **Matter:** Jeremy Bryan Hales vs David C. Helm, et al | | | | | **Fee State:** (Incomplete) (UnReleased) (Released) | | |
| **Date:** 5/8/2024    **through**    4/24/2026 | | | | | **Fee Status:** (Selected) (Deferred) (Invoiced) | | |

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 044838 - Michigan Farm Bureau Insurance**　　**Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| | | | | service on Defendant Keszey.  [L120-A104] | | |
| 12994759 | 7/21/2025 | CJG | P | Review and analysis of Defendant Raymond Motion for Extension of Time to respond to Complaint [L120-A104] | 0.1 | $20.00 |
| 13003583 | 7/22/2025 | CJG | P | Review and analysis of summons returned on Defendant Robert Keszey.  [L120-A104] | 0.1 | $20.00 |
| 13003587 | 7/22/2025 | CJG | P | Review and analysis of email from JA regarding our request for hearing dates as to anti-slapp motion.  [L120-A104] | 0.1 | $20.00 |
| 13003660 | 7/22/2025 | CJG | P | Review and analysis of order from Judge on Defendant Bonebrake's motion for extension of time to respond to complaint. [L120-A104] | 0.1 | $20.00 |
| 13146027 | 8/6/2025 | CJG | P | Review and analysis of defendant Robert keszey motion to quash [L120-A104] | 0.3 | $60.00 |
| 13147726 | 8/7/2025 | CJG | P | Review and analysis of order from judge requiring plaintiff's respond to motion to quash [L120-A104] | 0.1 | $20.00 |
| 13147846 | 8/7/2025 | CJG | P | Review and analysis of plaintiff's response to co-defendants motion to quash [L120-A104] | 0.5 | $100.00 |
| 13069651 | 8/8/2025 | CJG | P | Email correspondence with client regarding ███████████ ███████████████ [L120-A106] | 0.2 | $40.00 |
| 13169793 | 8/14/2025 | CJG | P | Review and analysis of order from court denying defendant kenzey's motion to quash service [L120-A104] | 0.2 | $40.00 |
| 13170575 | 8/19/2025 | CJG | P | Review and analysis of email from adjuster requesting update on case [L120-A108] | 0.1 | $20.00 |
| 13171284 | 8/20/2025 | CJG | P | Review and analysis of court order on defendant's motion for leave to file amended motion to dismiss. [L120-A104] | 0.2 | $40.00 |
| 13171297 | 8/20/2025 | CJG | P | Review and analysis of defendant Lee's amended motion to dismiss. [L120-A104] | 0.4 | $80.00 |
| 13171354 | 8/20/2025 | CJG | P | Review and analysis of case file necessary in preparation of comprehensive update to adjuster  [L120-A104] | 0.5 | $100.00 |
| 13171362 | 8/20/2025 | CJG | P | Prepared comprehensive update to adjuster regarding Anti-SLAPP motion, service on other defendants and settlement negotiations with plaintiff counsel [L120-A108] | 0.4 | $80.00 |
| 13118176 | 8/22/2025 | CJG | P | Review and analysis of motion to dismiss for defendant Raymond Bonebrake [L120-A104] | 0.4 | $80.00 |
| 13263578 | 9/2/2025 | CJG | P | Review and analysis of Plaintiff's response in opposition to defendant Lee's Amended Motion to Dismiss [L120-A104] | 0.7 | $140.00 |
| 13263586 | 9/2/2025 | CJG | P | Review and analysis of Plaintiff's response in opposition to defendant Bonebrakes Motion to Dismiss [L120-A104] | 0.4 | $80.00 |
| 13281937 | 9/16/2025 | CJG | P | Review and analysis of defendant Kezey's motion to dismiss and memo of law [L120-A104] | 0.3 | $60.00 |
| 13220606 | 9/17/2025 | CJG | P | Review and analysis of documentation for court notifying them that all motions to dismiss have been referred to Magistrate.  [L120-A104] | 0.1 | $20.00 |
| 13220621 | 9/17/2025 | CJG | P | Email correspondence with client regarding ███████████ ██████████████. [L120-A106] | 0.3 | $60.00 |
| 13220631 | 9/17/2025 | CJG | P | Review and analysis of case file, necessary in preparation of giving client update as to status of same.  [L120-A104] | 0.5 | $100.00 |
| 13286577 | 9/19/2025 | CJG | P | Review and analysis of Plaintiff's response in opposition of defendant Keszey's motion to dismiss [L120-A104] | 0.4 | $80.00 |
| 13292444 | 9/22/2025 | CJG | P | Email correspondence with client regarding ████████████ ██████████████t [L120-A106] | 0.2 | $40.00 |
| 13293353 | 9/25/2025 | CJG | P | Review and analysis of plaintiff's motion for substitute service of | 0.4 | $80.00 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date    **Person:** All

**Client:** Michigan Farm Bureau Insurance    **Service:** All

**Matter:** Jeremy Bryan Hales vs David C. Helm, et al    **Fee State:** (Incomplete) (UnReleased) (Released)

**Date:** 5/8/2024    **through** 4/24/2026    **Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et al** | | |
| | | | | process by email  [L120-A104] | | |
| 13293367 | 9/25/2025 | CJG | P | Review and analysis of plaintiff's affidavit of process server regarding Richard Luthmann [L120-A104] | 0.1 | $20.00 |
| 13293460 | 9/25/2025 | CJG | P | Review and analysis of email from Defendant Lisa Lee's demand to Plaintiff, US Attorney General and all parties and legal basis of same [L120-A107] | 0.5 | $100.00 |
| 13256107 | 9/29/2025 | CJG | P | Review and analysis of attachments for plaintiff's motion to declare valid service of process and entry of default and other relief. [L120-A104] | 0.6 | $120.00 |
| 13387872 | 10/7/2025 | CJG | P | Review and analysis of declaration filed by Richard Luthman response in opposition  [L120-A104] | 0.5 | $100.00 |
| 13392934 | 10/8/2025 | CJG | P | Review and analysis of judge's order denying plaintiff's motion for substitute service of process [L120-A104] | 0.1 | $20.00 |
| 13392940 | 10/8/2025 | CJG | P | Review and analysis of judge's order striking defendant Luthmann's for obscene case caption  [L120-A104] | 0.1 | $20.00 |
| 13398853 | 10/14/2025 | CJG | P | Review and analysis of Defendant Luthmann's objections under feder rule of civil procedure 72 [L120-A104] | 0.6 | $120.00 |
| 13398861 | 10/15/2025 | CJG | P | Review and analysis of Judge's order to show cause on service for defendant Teschendorf [L120-A104] | 0.2 | $40.00 |
| 13399782 | 10/15/2025 | CJG | P | Review and analysis of plaintiff's response to order to show cause [L120-A104] | 0.3 | $60.00 |
| 13400125 | 10/16/2025 | CJG | P | Review and analysis of status report filed by Plaintiff [L120-A104] | 0.2 | $40.00 |
| 13400129 | 10/16/2025 | CJG | P | Review and analysis of email from plaintiff counsel providing status report filed by Plaintiff [L120-A107] | 0.1 | $20.00 |
| 13328715 | 10/17/2025 | CJG | P | Review and analysis of status of report filed by Plaintiff regarding Co-Defendant's bankruptcy case and stay of litigation [L120-A104] | 0.3 | $60.00 |
| 13328730 | 10/17/2025 | CJG | P | Review and analysis of Plaintiffs application for clerks default as to Defendant Richard Lutthman.  [L120-A104] | 0.1 | $20.00 |
| 13328766 | 10/17/2025 | CJG | P | Review and analysis of email from Plaintiff counsel providing motion for application for clerks default.  [L120-A104] | 0.1 | $20.00 |
| 13334478 | 10/20/2025 | CJG | P | Review of analysis of email from Co-Defendant Richard Luffman regarding settlement negotiations [L120-A104] | 0.3 | $60.00 |
| 13334483 | 10/20/2025 | CJG | P | Review and analysis of YouTube video published by Plaintiff on October 19, 2025 discussing case (1 hour 1 minute long) [L120-A104] | 1.0 | $200.00 |
| 13342085 | 10/21/2025 | CJG | P | Review and analysis of courts order regarding motion for show cause on service of Co Defendant Tuthdoeff.  [L120-A104] | 0.2 | $40.00 |
| 13404496 | 10/22/2025 | CJG | P | Review and analysis of judges order overruling objections and request to disqualify magistrate judge [L120-A104] | 0.2 | $40.00 |
| 13364812 | 10/28/2025 | CJG | P | Review and analysis of filed declaration by defendant Teschendorf [L120-A104] | 0.2 | $40.00 |
| 13364816 | 10/28/2025 | CJG | P | Review and analysis of motion to dismiss/anti SLAPP motion filed by defendant Teschendorf (69 pgs) [L120-A104] | 0.7 | $140.00 |
| 13380692 | 10/29/2025 | CJG | P | Review and analysis of notice of identifying Defendant Richard Lutthman.  [L120-A104] | 0.1 | $20.00 |
| 13381854 | 10/30/2025 | CJG | P | Review and analysis of P's unopposed motion for extension of time to Defendants motion to dismiss.  [L120-A104] | 0.2 | $40.00 |
| 13381871 | 10/30/2025 | CJG | P | Review and analysis of court order regarding Plaintiffs motion to declare valid service of process and other relief regarding issues of service as it pertains to Co Defendants.  [L120-A104] | 0.3 | $60.00 |
| 13382041 | 10/30/2025 | CJG | P | Review and analysis of Plaintiffs declaration of support at Plaintiffs | 0.2 | $40.00 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date     **Person:** All

**Client:** Michigan Farm Bureau Insurance     **Service:** All

**Matter:** Jeremy Bryan Hales vs David C. Helm, et al     **Fee State:** (Incomplete) (UnReleased) (Released)

**Date:**   5/8/2024    **through**    4/24/2026     **Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 044838 - Michigan Farm Bureau Insurance**    **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| | | | | request for clerks default. [L120-A104] | | |
| 13407380 | 10/30/2025 | CJG | P | Review and analysis of plaintiff's unopposed motion for extension of time to respond to Teschendorf's motion to dismiss [L120-A104] | 0.2 | $40.00 |
| 13407446 | 10/31/2025 | CJG | P | Review and analysis of pro-se plaintiff Luthmann's lengthy email to all parties regarding service, alternative dispute resolution and request of trial by combat [L120-A107] | 0.2 | $40.00 |
| 13407453 | 10/31/2025 | CJG | P | Review and analysis of youtube video attached to pro-se plaintiff Luthmann's lengthy email to all parties regarding service, alternative dispute resolution and request of trial by combat [L120-A104] | 0.6 | $120.00 |
| 13474145 | 11/3/2025 | CJG | P | Review and analysis of order on unopposed motion for extension to respond defendant's motion for extension [L120-A104] | 0.1 | $20.00 |
| 13474146 | 11/3/2025 | CJG | P | Review and analysis of notice of request for summons by plaintiff regard amended complaint [L120-A104] | 0.1 | $20.00 |
| 13486367 | 11/6/2025 | CJG | P | Review and analysis of email from co-def Teschendorf providing opposition to plaintiff's motion for fees expenses for service [L120-A107] | 0.1 | $20.00 |
| 13486409 | 11/6/2025 | CJG | P | Review and analysis of co-def Teschendorf opposition to plaintiff's motion for fees expenses for service [L120-A107] | 0.2 | $40.00 |
| 13411131 | 11/7/2025 | CJG | P | Review and analysis of case file in preparation of comprehensive update to adjuster regarding status of case [L120-A104] | 0.5 | $100.00 |
| 13411134 | 11/7/2025 | CJG | P | Preparation of update to adjuster regarding status of case and service on Co-Defendants along with status of anti-slap?? Motion being heard [L120-A106] | 0.3 | $60.00 |
| 13443727 | 11/17/2025 | CJG | P | Email correspondence with client regarding ██████████ ████████████████████████ [L120-A106] | 0.3 | $60.00 |
| 13443733 | 11/17/2025 | CJG | P | Preparation of email to counsel for Co-Defendant Matzkin regarding Matzkin's attempted contact with client and request to cease as to same [L120-A107] | 0.2 | $40.00 |
| 13443777 | 11/17/2025 | CJG | P | Review and analysis of U-Tube video provided by client regarding contact with Matzkin [L120-A104] | 0.5 | $100.00 |
| 13443781 | 11/17/2025 | CJG | P | Review and analysis of U-Tube video produced by Plaintiff regarding new lawsuit against Co-Defendants and basis of same [L120-A104] | 1.1 | $220.00 |
| 13443785 | 11/17/2025 | CJG | P | Review and analysis of Orders and Motions provided by client related to context for Co-Defendant Matzkin's attempts to discuss deposition testimony [L120-A104] | 0.7 | $140.00 |
| 13443847 | 11/17/2025 | CJG | P | Review and analysis of new lawsuit filed by Plaintiff counsel against Co-Defendants Preston and Matzkin [L120-A104] | 0.4 | $80.00 |
| 13471084 | 11/24/2025 | CJG | P | Review and analysis of Order from Court regarding denying Plaintiff's Motion for Ruling and Sanctions and withdrawal of personal jurisdiction defects [L120-A104] | 0.1 | $20.00 |
| 13471092 | 11/24/2025 | CJG | P | Review and analysis of Plaintiff's Motion for Extension of Time to Serve Defendant, Richard Luftman [L120-A104] | 0.2 | $40.00 |
| 13471104 | 11/24/2025 | CJG | P | Review and analysis of attachments provided in Plaintiff's Motion for Extension to serve Co-Defendant Luthamann [L120-A104] | 0.2 | $40.00 |
| 13471114 | 11/24/2025 | CJG | P | Review and analysis of email from third party regarding service on Co-Defendant Luthamann and legal sufficiency of same [L120-A104] | 0.2 | $40.00 |
| 13471148 | 11/24/2025 | CJG | P | Review and analysis of Plaintiff's Motion for Sanctions against Co-Defendant David Michael Teschendorf [L120-A104] | 0.2 | $40.00 |
| 13475800 | 11/25/2025 | CJG | P | Review and analysis of Order from Court Granting Motion for Extension to serve Co-Defendant Luthmann [L120-A104] | 0.1 | $20.00 |

# Fee Transaction Listing

**Entry by:** All

**Person:** All

**Service:** All

**Fee State:** (Incomplete) (UnReleased) (Released)

**Fee Status:** (Selected) (Deferred) (Invoiced)

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date

**Client:** Michigan Farm Bureau Insurance

**Matter:** Jeremy Bryan Hales vs David C. Helm, et al

**Date:** 5/8/2024    **through**    4/24/2026

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| 13475812 | 11/25/2025 | CJG | P | Email correspondence with prosecutor's office named in Co-Defendant's email regarding service [L120-A107] | 0.1 | $20.00 |
| 13552488 | 12/16/2025 | CJG | P | Review and analysis of court filing of delivery failure regarding order denying Plaintiff's motion  [L120-A104] | 0.1 | $22.50 |
| 13556172 | 12/19/2025 | CJG | P | Review and analysis of Court Order Denying Motion for Leave to Intervene for limited purposes regarding Plaintiff's misconduct [L120-A104] | 0.2 | $45.00 |
| 13754008 | 12/19/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "Lying Lawyer Will Lose License" [L120-A104] | 0.7 | $157.50 |
| 13754025 | 12/19/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "We Won Again...This is a Huge Victory" discussing status of co-defendant contempt case [L120-A104] | 0.7 | $157.50 |
| 13754048 | 12/19/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "HER LAWYER QUIT ON HER" discussing status of co-defendant contempt case and sanctions  [L120-A104] | 0.6 | $135.00 |
| 13754063 | 12/20/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "MY LAWYER KEEPS CALLING ME Inside The Storage Unit" discussing status of co-defendant contempt case and sanctions  [L120-A104] | 0.5 | $112.50 |
| 13754067 | 12/20/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "HE DID NOT SHOW FOR FEDERAL COURT". [L120-A104] | 0.5 | $112.50 |
| 13754080 | 12/20/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "WIN WON IN COURT RODAY vs BAD NEIGHBORS" in which Plaintiff discuss companion case against co-defendant. [L120-A104] | 0.7 | $157.50 |
| 13754095 | 12/22/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "NEIGHBOR FILES BANKRUPTCY" in which Plaintiff discuss companion case against co-defendant. [L120-A104] | 0.5 | $112.50 |
| 13754101 | 12/22/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "DRESSED FOR COURT....ITS HAPPENING" in which Plaintiff discuss companion case against co-defendant. [L120-A104] | 0.5 | $112.50 |
| 13591872 | 12/26/2025 | CJG | P | Review and analysis of non party john doe's objection to magistrate order  [L120-A108] | 0.2 | $45.00 |
| 13592123 | 12/29/2025 | CJG | P | Review and analysis of affidavit of services for summons to defendant Luthmann  [L120-A104] | 0.1 | $22.50 |
| 13754126 | 12/29/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "COPS CALLED BY LYING LAWYER" in which Plaintiff discussES companion case and claims of conspiracy [L120-A104] | 0.5 | $112.50 |
| 13754146 | 12/29/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "FEDERAL DEFENDANT IN HIDING/NEIGHBOR TELLS ALL" in which Plaintiff discusses issues of service on co-defendants and claims of defamation  [L120-A104] | 0.6 | $135.00 |
| 13754162 | 12/29/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "COPS CALLED WE'RE SUING THEM" in which Plaintiff discusses issues of with co-defendant and potential new companion cases  [L120-A104] | 0.6 | $135.00 |
| 13754181 | 12/30/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "STALKING NEIGHBOR LIED TO THE COURT AGAIN" in which Plaintiff discusses issues with co-defendant and claimed false statements [L120-A104] | 0.7 | $157.50 |
| 13754186 | 12/30/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "SHE LOST IN COURT TODAY" in which Plaintiff discusses issues with co-defendant in bankruptcy case  [L120-A104] | 0.7 | $157.50 |
| 13754195 | 12/30/2025 | CJG | P | Review and analysis of Plaintiff Youtube video "COPS CALLED 6 | 0.5 | $112.50 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date
**Person:** All
**Client:** Michigan Farm Bureau Insurance
**Service:** All
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al
**Fee State:** (Incomplete) (UnReleased) (Released)
**Date:**    5/8/2024    **through**    4/24/2026
**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 044838 - Michigan Farm Bureau Insurance**      **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et al** | | |
| | | | | MORE TIMES ON ME" in which Plaintiff discusses issues with co-defendant in restraining order matter [L120-A104] | | |
| 13754203 | 1/2/2026 | CJG | P | Review and analysis of Plaintiff Youtube video "HE CRIED WHEN HE GOT SERVED Rumors in The Storage Unit" in which Plaintiff discusses issues with co-defendant relating to service [L120-A104] | 0.7 | $157.50 |
| 13704810 | 1/8/2026 | CJG | P | Review and analysis of case file necessary in preparation of email to adjuster regarding status of case [L120-A104] | 0.5 | $112.50 |
| 13704813 | 1/8/2026 | CJG | P | Prepared email to adjuster regarding status of case, remaining defendants to be served and status of litigation [L120-A103] | 0.2 | $45.00 |
| 13632599 | 1/15/2026 | CJG | P | Review and analysis of status report provided by Plaintiff as to Plaintiff Preston's bankruptcy court status and proceedings [L120-A104] | 0.2 | $45.00 |
| 13643398 | 1/21/2026 | CJG | P | Review and analysis of plaintiff's motion for default against Defendant Luthmann [L120-A104] | 0.2 | $45.00 |
| 13683719 | 1/28/2026 | CJG | P | Review and analysis of Co-Defendant Luthmann's Motion to Vacate (130 pages) [L120-A104] | 0.7 | $157.50 |
| 13809234 | 2/4/2026 | CJG | P | Review and analysis of plaintiff's motion for expenses incurred during service process [L120-A104] | 0.3 | $67.50 |
| 13810038 | 2/6/2026 | CJG | P | Review and analysis of defendant Luthmann's opposition to Plaintiff's motion for fees and costs [L120-A104] | 0.4 | $90.00 |
| 13715696 | 2/9/2026 | CJG | P | Review and analysis of Defendant Richard Luthmann's Motion to Strike Plaintiff's Response to Document 158 for violation of local rule 7.1 (41 pages) [L120-A104] | 0.5 | $112.50 |
| 13715698 | 2/9/2026 | CJG | P | Review and analysis of email from pro se Defendant, Richard Luthmann, regarding issues with service and email to Plaintiff outlining same [L120-A104] | 0.2 | $45.00 |
| 13715699 | 2/9/2026 | CJG | P | Review and analysis of non-party John Doe's objection to Magistrate Judge's Order Denying Motion for Leave to Intervene [L120-A104] | 0.2 | $45.00 |
| 13715700 | 2/9/2026 | CJG | P | Review and analysis of Plaintiff's Response in Opposition to Defendant Luthmann's Motion to Vacate Clerk's Default and to dismiss Second Amended Complaint (96 pages) [L120-A104] | 0.6 | $135.00 |
| 13715702 | 2/9/2026 | CJG | P | Review and analysis of email from pro se Defendant Richard Luthmann outlining demand for withdrawal of Plaintiff's Motion to Strike [L120-A104] | 0.2 | $45.00 |
| 13715704 | 2/9/2026 | CJG | P | Review and analysis of attachments to prior judicial orders contained within pro se Defendant Richard Luthmann's email request for withdrawal of Plaintiff's response [L120-A104] | 0.2 | $45.00 |
| 13732579 | 2/10/2026 | CJG | P | Review and analysis of Defendant Luthmann's opposition to Plaintiffs motion for fees and costs (51 pages). [L120-A104] | 0.3 | $67.50 |
| 13732583 | 2/10/2026 | CJG | P | Review and analysis of court recommendation on all motions to dismiss and anti slapp motion (46 pages). [L120-A104] | 0.5 | $112.50 |
| 13732585 | 2/10/2026 | CJG | P | Review and analysis of case file, necessary in preparation of update to client regarding outcome for motion to dismiss and anti slapp motion. [L120-A104] | 0.5 | $112.50 |
| 13732590 | 2/10/2026 | CJG | P | Preparation of comprehensive update to client regarding ██████████████████████ [L120-A106] | 0.3 | $67.50 |
| 13736917 | 2/11/2026 | CJG | P | Preparation of email to adjuster regarding outcome of Anti-SLAPP Motion and Motion to Dismiss along with ramifications of same and legal analysis [L120-A106] | 0.3 | $67.50 |
| 13736926 | 2/11/2026 | CJG | P | Preparation of email to different Farmer's adjuster regarding whereabouts of current adjuster andMapl handling of case | 0.1 | $22.50 |

# Fee Transaction Listing

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date  
**Client:** Michigan Farm Bureau Insurance  
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al  
**Date:** 5/8/2024 **through** 4/24/2026

**Entry by:** All  
**Person:** All  
**Service:** All  
**Fee State:** (Incomplete) (UnReleased) (Released)  
**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 044838 - Michigan Farm Bureau Insurance**  **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et al** [L120-A106] | | |
| 13736929 | 2/11/2026 | CJG | P | Preparation of email correspondence with new adjuster regarding status of case and request for teleconference as to same [L120-A106] | 0.2 | $45.00 |
| 13736933 | 2/11/2026 | CJG | P | Preparation of extensive email correspondence with client regarding ██████████ [L120-A106] | 0.3 | $67.50 |
| 13736997 | 2/11/2026 | CJG | P | Email correspondence with client regarding ██████████ [L120-A106] | 0.2 | $45.00 |
| 13737001 | 2/11/2026 | CJG | P | Review and analysis of Defendant Richard Luthmann's Motion to Strike Plaintiff's Response for Violation of Local Rule 7.1(f) and For Reliance on Scandalous, Immaterial and Inadmissible Allegations (45 pages) [L120-A104] | 0.4 | $90.00 |
| 13737022 | 2/11/2026 | CJG | P | Review and analysis of Court Order Overruling Objections to Denial of Intervention [L120-A104] | 0.2 | $45.00 |
| 13815228 | 2/16/2026 | CJG | P | Email correspondence with co-defendant Matzkin and counsel regarding companion suit filed by plaintiff [L120-A108] | 0.2 | $45.00 |
| 13815327 | 2/16/2026 | CJG | P | Review and analysis of plaintiff's video "Federal Court Update - Just the Beginning" discussing plaintiff's report and recommendation [L120-A104] | 1.1 | $247.50 |
| 13815336 | 2/16/2026 | CJG | P | Extended email correspodnence with client regarding ██████████ [L120-A106] | 0.3 | $67.50 |
| 13815344 | 2/16/2026 | CJG | P | Email correspodnence with co-defendant Matzkin regarding 2.15.26 video and request for no further correspondence [L120-A106] | 0.2 | $45.00 |
| 13815419 | 2/16/2026 | CJG | P | Review and analysis of comprehensive email from co-defendant Luthmann to all parties discussing Plaintiff's video on 2.15.26 requesting sanctions [L120-A104] | 0.3 | $67.50 |
| 13815425 | 2/16/2026 | CJG | P | Review and analysis of transcript of Plaintiff's video on 2.15.26 provided by Defendant Luthmann [L120-A104] | 0.4 | $90.00 |
| 13815541 | 2/18/2026 | CJG | P | Review and analysis of extended email correspondence between Defendant Luthmann and other non-parties regarding Defendant Luthmann's motion for sanctions for Plaintiff's video on 2.15.26 [L120-A107] | 0.3 | $67.50 |
| 13815557 | 2/18/2026 | CJG | P | Review and analysis of case file necessary in preparation of comprehensive update to new adjuster regarding report and recommendation on Anti-SLAPP motion outcome [L120-A104] | 0.5 | $112.50 |
| 13815563 | 2/18/2026 | CJG | P | Prepared comprehensive update to new adjuster regarding report and recommendation on Anti-SLAPP motion outcome, needed experts and timelines as to same [L120-A104] | 0.3 | $67.50 |
| 13755027 | 2/19/2026 | CJG | P | Continued email exchanges between Co Defendant Luthmann and other co defendants regarding meet and confer requirement for 11th circuit and personal attacks as to same. [L120-A107] | 0.2 | $45.00 |
| 13766953 | 2/23/2026 | CJG | P | Email correspondence with prospective attorney for affidavit for attorney fees and costs [L120-A107] | 0.2 | $45.00 |
| 13766958 | 2/23/2026 | CJG | P | Email correspondence with Plaintiff counsel regarding meet and confer for Plaintiff's objection to Report and Recommendation by Magistrate [L120-A107] | 0.3 | $67.50 |
| 13766995 | 2/23/2026 | CJG | P | Review and analysis of comprehensive email from pro se Defendant Richard Luthmann regarding position on recusal of Magistrate and Article 3 objections to Plaintiff's continued litigation [L120-A104] | 0.3 | $67.50 |
| 13767000 | 2/23/2026 | CJG | P | Review and analysis of video submitted by pro se Defendant Luthmann and objection to Plaintiff's meet and confer for Magistrate's | 0.2 | $45.00 |

# Fee Transaction Listing

**Entry by:** All

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date  **Person:** All
**Client:** Michigan Farm Bureau Insurance  **Service:** All
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al  **Fee State:** (Incomplete) (UnReleased) (Released)
**Date:**    5/8/2024    **through**    4/24/2026  **Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| | | | | Report and Recommendation of Dismissal [L120-A104] | | |
| 13767005 | 2/23/2026 | CJG | P | Review and analysis of comprehensive email from co-defendant Lisa Lee regarding objections and perceived Motion to Dismiss given recent Plaintiff statements and U-tube publications [L120-A104] | 0.2 | $45.00 |
| 13794112 | 2/24/2026 | CJG | P | Review and analysis of email from co-defendant Lisa Lee outline magistrate qualifications and ex-parte communication [L120-A107] | 0.2 | $45.00 |
| 13794138 | 2/24/2026 | CJG | P | Review and analysis of order from judge denying motion for attorney's fees  [L120-A107] | 0.2 | $45.00 |
| 13794765 | 2/24/2026 | CJG | P | Review and analysis of plaintiff's objection to magistrates report and recommendation dismissing case (70 pgs) [L120-A104] | 1.3 | $292.50 |
| 13794841 | 2/24/2026 | CJG | P | Review and analysis of plaintiff's motion to disqualify judge (80 pgs) [L120-A104] | 1.4 | $315.00 |
| 13794772 | 2/26/2026 | CJG | P | Review and analysis of plaintiff's response to Defendant Luthmann's motion to strike plaintiff's response  [L120-A104] | 0.3 | $67.50 |
| 13795469 | 2/26/2026 | CJG | P | Email correspondence with prospective retained attorney on potential expert testimony [L120-A107] | 0.2 | $45.00 |
| 13795480 | 2/26/2026 | CJG | P | Review and analysis of Defendant Lee's motion for judicial notice (64 pgs) [L120-A104] | 0.5 | $112.50 |
| 13796573 | 2/27/2026 | CJG | P | Review and analysis of Plaintiff's response to defendant's Lee's Request for Judicial Notice  [L120-A104] | 0.3 | $67.50 |
| 13823114 | 3/9/2026 | CJG | P | Review and analysis of Defendant Luthmann's Notice of Joinder and in support of Defendant Lisa Lee's Motion for Judicial Notice [L120-A104] | 0.3 | $67.50 |
| 13823119 | 3/9/2026 | CJG | P | Email correspondence to client regarding ███████████████ █████████████████████  [L120-A106] | 0.2 | $45.00 |
| 13823123 | 3/9/2026 | CJG | P | Preparation of letter for client regarding ████████████ ████████████████████████ [L120-A103] | 0.3 | $67.50 |
| 13823142 | 3/9/2026 | CJG | P | Review and analysis of Plaintiff's video "that got destroyed in Ohio Court" discussing pending related matter of several Co-Defendants at legal proceeding for violation of injunction (55 minutes) [L120-A104] | 0.8 | $180.00 |
| 13911216 | 3/10/2026 | CJG | P | Review and analysis of notice of joinder filed by defendant Luthmann on Lisa Lee Motion for Judicial Notice.  [L120-A104] | 0.1 | $22.50 |
| 13841007 | 3/11/2026 | CJG | P | Review and analysis of courts order denying judicial notice filed by Defendant Lisa Lee.  [L120-A104] | 0.1 | $22.50 |
| 13840082 | 3/12/2026 | CJG | P | Review and analysis of court order denying motion to disqualify magistrate.  [L120-A104] | 0.2 | $45.00 |
| 13840087 | 3/12/2026 | CJG | P | Review and analysis of judges injunction not to file emails.  [L120-A104] | 0.1 | $22.50 |
| 13840090 | 3/12/2026 | CJG | P | Review and analysis of order from presiding judge dismissing second amended complaint and granting leave to amend further.  [L120-A104] | 0.3 | $67.50 |
| 13840112 | 3/12/2026 | CJG | P | Extended email correspondence with client regarding ██████████ ███████████████████  [L120-A106] | 0.3 | $67.50 |
| 13842313 | 3/13/2026 | CJG | P | Review and analysis of Co Defendant Luthmann's motion for reconsideration as to courts order providing injunction to filing of emails.  [L120-A104] | 0.3 | $67.50 |
| 13904255 | 3/17/2026 | CJG | P | Review and analysis of comprehensive email from client regarding ██████████████████████████  [L120-A106] | 0.2 | $45.00 |
| 13858035 | 3/18/2026 | CJG | P | Review and analysis of order from court denying Defendant | 0.1 | $22.50 |

# Fee Transaction Listing

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Entry by:** All | | | |
| **Listing Order:** | Timekeeper, Client-Matter Code, Transaction Date | | **Person:** All | | | |
| **Client:** | Michigan Farm Bureau Insurance | | **Service:** All | | | |
| **Matter:** | Jeremy Bryan Hales vs David C. Helm, et al | | **Fee State:** (Incomplete) (UnReleased) (Released) | | | |
| **Date:** | 5/8/2024  **through**  4/24/2026 | | **Fee Status:** (Selected) (Deferred) (Invoiced) | | | |

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| **Client: 044838 - Michigan Farm Bureau Insurance** | | | | **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a** | | |
| | | | | Luthmann's motion for reconsideration on injunction for emails. [L120-A104] | | |
| 13858127 | 3/18/2026 | CJG | P | Prepared comprehensive email to client regarding ██████████  ██████████████ . [L120-A106] | 0.4 | $90.00 |
| 13869504 | 3/20/2026 | CJG | P | Review and analysis of email from client regarding ████████  █████████████ [L120-A104] | 0.1 | $22.50 |
| 13869506 | 3/20/2026 | CJG | P | Review and analysis of video provided by client of Plaintiff making comments about additional lawsuits against client and other Defendants [L120-A104] | 0.1 | $22.50 |
| 13869511 | 3/20/2026 | CJG | P | Email to client regarding ██████████████████  ██████████████ [L120-A106] | 0.2 | $45.00 |
| 13880165 | 3/25/2026 | CJG | P | Review and analysis of case file, necessary in preparation of giving adjuster comprehensive update as to status of same.  [L120-A104] | 0.5 | $112.50 |
| 13880176 | 3/25/2026 | CJG | P | Preparation of giving adjuster comprehensive update regarding courts partial adoption of Magistrates report and recommendation, Plaintiffs objection to same and legal analysis as to fee entitlement along with upcoming strategy for potential 3rd amended complaint. [L120-A108] | 0.3 | $67.50 |
| 13921587 | 4/3/2026 | CJG | S | Email correspondence with client regarding ██████████  ██████████████ [L120-A106] | 0.2 | $45.00 |
| 13921589 | 4/3/2026 | CJG | S | Review and analysis of email correspondence between co-defendant and all parties regarding Plaintiff's failure to file Amended Complaint within deadline given by court [L120-A104] | 0.3 | $67.50 |
| 13921605 | 4/6/2026 | CJG | S | Review and analysis of video footage from Plaintiff's Youtube video posted on April 5, 2026 labeled Federal Court Update on Ohio Decision [L120-A104] | 1.1 | $247.50 |
| 13921606 | 4/6/2026 | CJG | S | Email correspondence with client regarding ██████████  ████████████ [L120-A106] | 0.2 | $45.00 |
| 13921607 | 4/6/2026 | CJG | S | Continued email correspondence with client regarding ██████████  ████ [L120-A106] | 0.3 | $67.50 |
| 13921609 | 4/6/2026 | CJG | S | Preparation of Motion for Entry of Final Judgment and entitlement to attorney fees [L120-A103] | 2.4 | $540.00 |
| 13921611 | 4/6/2026 | CJG | S | Continued preparation of Motion for Entry of Final Judgment pursuant to requested edits by client [L120-A103] | 0.6 | $135.00 |
| 13921677 | 4/6/2026 | CJG | S | Email correspondence with client regarding ████████████████  [L120-A106] | 0.2 | $45.00 |
| 13921681 | 4/6/2026 | CJG | S | Review and analysis of case file necessary in preparation of giving adjuster update as to status of same [L120-A104] | 0.5 | $112.50 |
| 13921683 | 4/6/2026 | CJG | S | Preparation of update to adjuster regarding Plaintiff's failure to comply with court deadline and filing of Entry of Final Judgment [L120-A106] | 0.3 | $67.50 |
| 14020786 | 4/8/2026 | CJG | S | Review and analysis of order from court granting Luthmann motion to set aside default  [L120-A104] | 0.1 | $22.50 |
| 13953678 | 4/14/2026 | CJG | S | Extended email correspondence with retained attorney for fee entitlement affidavit and anticipated budget to accomplish tasks in same.  [L120-A107] | 0.4 | $90.00 |

# Fee Transaction Listing

**Listing Order:** Timekeeper, Client-Matter Code, Transaction Date
**Client:** Michigan Farm Bureau Insurance
**Matter:** Jeremy Bryan Hales vs David C. Helm, et al
**Date:** 5/8/2024 **through** 4/24/2026

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Incomplete) (UnReleased) (Released)
**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|

**Client: 044838 - Michigan Farm Bureau Insurance**        **Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| 13953718 | 4/14/2026 | CJG | S | Review and analysis of Plaintiffs motion for leave to file 3rd amended complaint.  [L120-A104] | 0.4 | $90.00 |
| 13953719 | 4/14/2026 | CJG | S | Review and analysis of Plaintiffs 3rd amended complaint.  [L120-A104] | 0.3 | $67.50 |
| 13953722 | 4/14/2026 | CJG | S | Email correspondence with Plaintiff counsel notifying them of objection to their motion for leave to amend 3rd amended complaint. [L120-A107] | 0.2 | $45.00 |
| 13953744 | 4/14/2026 | CJG | S | Review and analysis of case file, necessary in preparation of email to adjuster regarding update as to status of case, P's motion for leave to amend.  [L120-A104] | 0.5 | $112.50 |
| 13953753 | 4/14/2026 | CJG | S | Preparation of comprehensive email to adjuster providing update as to retention of expert, status of P's objection to motion for entry of final judgment along with legal strategy as to same.  [L120-A108] | 0.3 | $67.50 |
| 13953759 | 4/14/2026 | CJG | S | Preparation of follow up email to adjuster providing P's motion for leave to amend along with P's amended complaint.  [L120-A108] | 0.1 | $22.50 |
| 13953766 | 4/14/2026 | CJG | S | Preparation of email to client regarding ███████ [L120-A106] | 0.3 | $67.50 |
| 14021985 | 4/15/2026 | CJG | S | Extended email correspondence with plaintiff counsel regarding the viability of plaintiff's motion to amend the complaint for a third time. [L120-A107] | 0.3 | $67.50 |
| 14022068 | 4/15/2026 | CJG | S | Review and analysis of pleadings necessary in preparation of follow up to client regarding ███████ [L120-A104] | 0.3 | $67.50 |
| 14022072 | 4/15/2026 | CJG | S | Prepared email to client regarding ███████ [L120-A106] | 0.1 | $22.50 |
| 14022142 | 4/15/2026 | CJG | S | Review and analysis of email from client regarding ███████ [L120-A106] | 0.1 | $22.50 |
| 14024625 | 4/16/2026 | CJG | S | Review and analysis of plaintiff's second motion to amend complaint [L120-A104] | 0.2 | $45.00 |
| 13967064 | 4/17/2026 | CJG | S | Review and analysis of Court Order requiring Plaintiff to file status report regarding Defendant Preston's bankruptcy proceedings [L120-A104] | 0.2 | $45.00 |
| 13967067 | 4/17/2026 | CJG | S | Review and analysis of status report provided by Plaintiff counsel on bankruptcy proceedings of Defendant Preston [L120-A104] | 0.1 | $22.50 |
| 14025823 | 4/21/2026 | CJG | S | Review and analysis of notice of filing of 4.15.26 email regarding local rule conferral [L120-A104] | 0.2 | $45.00 |
| 14025985 | 4/24/2026 | CJG | S | Review and analysis of order filed by Judge notifying granting plaintiff leave to amend complaint  [L120-A104] | 0.2 | $45.00 |
| 14025987 | 4/24/2026 | CJG | S | Review and analysis of order filed by Judge granting final judgment to Helm [L120-A104] | 0.2 | $45.00 |
| 14025989 | 4/24/2026 | CJG | S | Prepared email to client ███████ [L120-A106] | 0.2 | $45.00 |
| 14025990 | 4/24/2026 | CJG | S | Review and analysis of email from client ███████ [L120-A106] | 0.1 | $22.50 |
| 13747424 | 2/18/2026 | EZL | P | Analyze whether Florida law would allow recovery of an hourly rate in excess of the rate paid by the carrier to develop strategy for motion for attorneys' fees. [L250-A101] | 0.5 | $112.50 |
| 12788029 | 5/26/2025 | HGL | P | Continue preparation, review, revision of Motion to Dismiss/Summary Judgment pursuant to FL's Anti-SLAPP statute. [L240-A103] | 1.0 | $200.00 |

# Fee Transaction Listing

| | | **Entry by:** All |
|---|---|---|
| **Listing Order:** | Timekeeper, Client-Matter Code, Transaction Date | **Person:** All |
| **Client:** | Michigan Farm Bureau Insurance | **Service:** All |
| **Matter:** | Jeremy Bryan Hales vs David C. Helm, et al | **Fee State:** (Incomplete) (UnReleased) (Released) |
| **Date:** | 5/8/2024    **through**    4/24/2026 | **Fee Status:** (Selected) (Deferred) (Invoiced) |

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|

**Client: 044838 - Michigan Farm Bureau Insurance          Matter: 410080 - Jeremy Bryan Hales vs David C. Helm, et a**

| | | | | **Fee Transaction Listing Total** | 101.8 | $20,837.50 |
|---|---|---|---|---|---|---|

# Fee Transaction Listing

Timekeeper Summary

| Timekeeper | Time | Amount |
|---|---|---|
| ADE - Escobio, Andrew | 2.2 | $440.00 |
| CJG - Gage, Christopher | 96.6 | $19,897.50 |
| AH2 - Heflin, April | 1.5 | $187.50 |
| HGL - Lamoureux, Hannah | 1.0 | $200.00 |
| EZL - Lugo, Ezequiel | 0.5 | $112.50 |
| | **101.8** | **$20,837.50** |

# Fee Transaction Listing

Date Summary

| Date | Time | Amount |
|---|---|---|
| March 17, 2025 | 1.8 | $315.00 |
| March 19, 2025 | 3.5 | $612.50 |
| March 20, 2025 | 1.2 | $210.00 |
| March 21, 2025 | 0.3 | $52.50 |
| March 27, 2025 | 5.9 | $1,032.50 |
| March 28, 2025 | 1.0 | $175.00 |
| March 31, 2025 | 0.5 | $87.50 |
| April 1, 2025 | 0.3 | $52.50 |
| April 2, 2025 | 0.1 | $17.50 |
| April 3, 2025 | 0.2 | $35.00 |
| April 4, 2025 | 0.4 | $70.00 |
| April 7, 2025 | 1.4 | $245.00 |
| April 8, 2025 | 0.2 | $35.00 |
| April 9, 2025 | 0.2 | $35.00 |
| April 16, 2025 | 0.3 | $52.50 |
| April 18, 2025 | 0.6 | $105.00 |
| April 21, 2025 | 0.4 | $70.00 |
| April 23, 2025 | 1.0 | $175.00 |
| April 30, 2025 | 0.1 | $17.50 |
| May 13, 2025 | 0.2 | $40.00 |
| May 26, 2025 | 1.0 | $200.00 |
| May 27, 2025 | 1.8 | $360.00 |
| May 28, 2025 | 0.3 | $60.00 |
| May 29, 2025 | 0.6 | $120.00 |
| June 2, 2025 | 0.5 | $100.00 |
| June 3, 2025 | 0.2 | $40.00 |
| June 5, 2025 | 1.4 | $280.00 |
| June 6, 2025 | 0.2 | $40.00 |
| June 9, 2025 | 0.2 | $40.00 |
| June 10, 2025 | 0.8 | $160.00 |
| June 11, 2025 | 1.3 | $215.00 |
| June 17, 2025 | 0.6 | $120.00 |
| June 18, 2025 | 2.6 | $520.00 |
| June 26, 2025 | 0.8 | $160.00 |
| June 27, 2025 | 0.2 | $40.00 |
| June 28, 2025 | 0.4 | $80.00 |
| July 1, 2025 | 0.8 | $160.00 |
| July 2, 2025 | 0.2 | $40.00 |
| July 3, 2025 | 0.3 | $60.00 |
| July 8, 2025 | 0.2 | $40.00 |
| July 14, 2025 | 0.1 | $20.00 |
| July 17, 2025 | 0.8 | $160.00 |
| July 21, 2025 | 0.5 | $70.00 |
| July 22, 2025 | 0.3 | $60.00 |

# Fee Transaction Listing

Date Summary

| Date | Time | Amount |
|------|------|--------|
| August 6, 2025 | 0.3 | $60.00 |
| August 7, 2025 | 0.6 | $120.00 |
| August 8, 2025 | 0.2 | $40.00 |
| August 14, 2025 | 0.2 | $40.00 |
| August 19, 2025 | 0.1 | $20.00 |
| August 20, 2025 | 1.5 | $300.00 |
| August 22, 2025 | 0.4 | $80.00 |
| September 2, 2025 | 1.1 | $220.00 |
| September 3, 2025 | 0.3 | $37.50 |
| September 16, 2025 | 0.3 | $60.00 |
| September 17, 2025 | 0.9 | $180.00 |
| September 19, 2025 | 0.4 | $80.00 |
| September 22, 2025 | 0.2 | $40.00 |
| September 25, 2025 | 1.0 | $200.00 |
| September 29, 2025 | 0.6 | $120.00 |
| October 6, 2025 | 0.2 | $25.00 |
| October 7, 2025 | 0.5 | $100.00 |
| October 8, 2025 | 0.2 | $40.00 |
| October 14, 2025 | 0.6 | $120.00 |
| October 15, 2025 | 0.5 | $100.00 |
| October 16, 2025 | 0.3 | $60.00 |
| October 17, 2025 | 0.5 | $100.00 |
| October 20, 2025 | 1.3 | $260.00 |
| October 21, 2025 | 0.2 | $40.00 |
| October 22, 2025 | 0.2 | $40.00 |
| October 28, 2025 | 0.9 | $180.00 |
| October 29, 2025 | 0.1 | $20.00 |
| October 30, 2025 | 0.9 | $180.00 |
| October 31, 2025 | 0.8 | $160.00 |
| November 3, 2025 | 0.2 | $40.00 |
| November 6, 2025 | 0.3 | $60.00 |
| November 7, 2025 | 0.8 | $160.00 |
| November 17, 2025 | 3.2 | $640.00 |
| November 24, 2025 | 0.9 | $180.00 |
| November 25, 2025 | 0.2 | $40.00 |
| December 16, 2025 | 0.1 | $22.50 |
| December 19, 2025 | 2.2 | $495.00 |
| December 20, 2025 | 1.7 | $382.50 |
| December 22, 2025 | 1.0 | $225.00 |
| December 26, 2025 | 0.2 | $45.00 |
| December 29, 2025 | 1.8 | $405.00 |
| December 30, 2025 | 1.9 | $427.50 |
| January 2, 2026 | 0.7 | $157.50 |
| January 8, 2026 | 0.7 | $157.50 |

BANKER LOPEZ GASSLER P.A.   05/08/2026  05:23pm

# Fee Transaction Listing

Date Summary

| Date | Time | Amount |
|------|------|--------|
| January 15, 2026 | 0.2 | $45.00 |
| January 21, 2026 | 0.2 | $45.00 |
| January 28, 2026 | 0.7 | $157.50 |
| February 4, 2026 | 0.3 | $67.50 |
| February 6, 2026 | 0.4 | $90.00 |
| February 9, 2026 | 1.9 | $427.50 |
| February 10, 2026 | 1.6 | $360.00 |
| February 11, 2026 | 1.7 | $382.50 |
| February 16, 2026 | 2.5 | $562.50 |
| February 17, 2026 | 0.8 | $160.00 |
| February 18, 2026 | 2.5 | $540.00 |
| February 19, 2026 | 0.7 | $145.00 |
| February 23, 2026 | 1.2 | $270.00 |
| February 24, 2026 | 3.1 | $697.50 |
| February 26, 2026 | 1.0 | $225.00 |
| February 27, 2026 | 0.3 | $67.50 |
| March 9, 2026 | 1.6 | $360.00 |
| March 10, 2026 | 0.1 | $22.50 |
| March 11, 2026 | 0.1 | $22.50 |
| March 12, 2026 | 0.9 | $202.50 |
| March 13, 2026 | 0.3 | $67.50 |
| March 17, 2026 | 0.2 | $45.00 |
| March 18, 2026 | 0.5 | $112.50 |
| March 20, 2026 | 0.4 | $90.00 |
| March 25, 2026 | 0.8 | $180.00 |
| April 3, 2026 | 0.5 | $112.50 |
| April 6, 2026 | 5.6 | $1,260.00 |
| April 8, 2026 | 0.1 | $22.50 |
| April 14, 2026 | 2.5 | $562.50 |
| April 15, 2026 | 0.8 | $180.00 |
| April 16, 2026 | 0.2 | $45.00 |
| April 17, 2026 | 0.3 | $67.50 |
| April 21, 2026 | 0.2 | $45.00 |
| April 24, 2026 | 0.7 | $157.50 |
| | **101.8** | **$20,837.50** |

# Fee Transaction Listing

Matter Summary

| Matter | Time | Amount |
|---|---|---|
| 044838-410080 Michigan Farm Bureau Insurance, Jeremy Br | 101.8 | $20,837.50 |
| | **101.8** | **$20,837.50** |