UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES

v.                                              Case No.: 1:25cv58/RH/ZCB

RICHARD LUTHMANN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on  July 6, 2026
Type of Motion/Pleading: Motion for Attorney's Fees
Filed by: Defendant Helm      on 6/26/2026   Doc.      218

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 6th day of July 2026:

The Clerk of Court is directed to **TERMINATE** as moot Defendant Helm's motion for attorney's fees (Doc. 218) because he has filed an amended motion.  Plaintiff's response to Defendant Helm's amended motion for attorney's fees (Doc. 221) is due **on or before August 14, 2026**.  (*See* Doc. 220).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1