UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES

v.                                        Case No.: 1:25-cv-58-RH-ZCB

RICHARD LUTHMANN, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  July 30, 2026
Type of Motion/Pleading: Unopposed Motion for Extension
Filed by:  Plaintiff           on 7/30/2026    Doc.        230

JESSICA LYUBLANOVITS, CLERK
OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 30th day of July 2026:

For good cause shown, Plaintiff's unopposed second motion for extension of time (Doc. 230) is **GRANTED**.  Plaintiff's response to Defendant Helm's amended motion for attorney's fees (Doc. 221) is now due **on or before August 29, 2026**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1