**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

JEREMY BRYAN HALES,

    Plaintiff,

v.

LYNETTE MICHELLE LACY ALEXIS PRESTON
JOHN COOK, BRUCE P. MATZKIN, LISA WEEKS
a/k/a LISA LEE a/k/a LISA RAPUZZI a/k/a LISA LEE
RAPUZZI a/k/a LISA RAPUZZI WEEKS, MARLA
HUGHES, PATTI DIAGOSTINO PLUMMER a/k/a
STEPHEN R. HOUCK a/k/a PATTI MARIE
DAGOSTINO a/k/a PATTI PLUMMER, DAVID C.
HELM, ROBERT J. KESZEY, DAVID MICHAEL
TESCHENDORF, and JOHN DOE, a/k/a/ "RAY
BONECRUSHER @raybonecrusher4516,",

    Defendants.
_____/

Case No.: 1:25-cv-00058-RH-MJF

## NOTICE OF COMPLIANCE WITH PLAINTIFF'S REQUEST TO PRODUCE

    Defendant, DAVID C. HELM, by and through undersigned attorneys, provides notice on

August 3, 2026, of serving responses to Plaintiff's Request to Produce.

    Submitted By:

/s/ ***Christopher Gage***
    Christopher Gage, Esq.
    FBN: 117727
    Banker Lopez Gassler, P.A.
    4300 W. Cypress Street, Suite 800
    Tampa, FL 33607
    Tele: (813) 574-8551
    Fax: (813) 222-3066
    Service Email:
    service-cgage@bankerlopez.com
    *Attorney for Helms*

410080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been

furnished via electronic mail on August 3, 2026 to:

Randall Shochet, Esq.
FBN: 959421
SHOCHET LAW GROUP
409 N. Main Street
Trenton, FL  32693
attorneys@counsel.insure
*Attorney for Plaintiff*

/*s/ Christopher Gage*

Christopher Gage, Esq.
FBN: 117727
Banker Lopez Gassler, P.A.
4300 W. Cypress Street, Suite 800
Tampa, FL 33607
Tele: (813) 574-8551
Fax: (813) 222-3066
Service Email:
service-cgage@bankerlopez.com
*Attorney for Helms*

410080