UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY BRYAN HALES

v. Case No.: 1:25-cv-58-RH-ZCB

RICHARD LUTHMANN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on August 28, 2026
Type of Motion/Pleading: Unopposed Motion for Extension
Filed by: Plaintiff on 8/28/2026 Doc. 233

JESSICA LYUBLANOVITS, CLERK
OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 28th day of August 2026:

For good cause shown, Plaintiff's unopposed third motion for extension of time (Doc. 233) is **GRANTED**. Plaintiff's response to Defendant Helm's amended motion for attorney's fees (Doc. 221) is now due **on or before September 4, 2026**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge