UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
Plaintiff,

v. Case No.: 1:25cv58/RH/ZCB

RICHARD LUTHMANN, JR., et al.,
Defendant.
_______________________/

# ORDER

Before the Court are four motions filed by Defendant Luthmann: (1) "Motion to Require Plaintiff Jeremy B. Hales and Counsel Randall Mark Shochet to Show Cause Why Sanctions" should not be imposed (Doc. 205); (2) "Motion for Reasonable Procedural Accommodations" (Doc. 215); (3) "Motion to Strike Plaintiff's ECF No. 212" (Doc. 216); and (4) "Motion for Leave to File Limited Reply" (Doc. 217). Plaintiff has responded in opposition. (Docs. 212, 223, 225, 226). Having considered the motions and Plaintiff's responses, the Court finds that the motions lack merit and do not warrant further discussion. Accordingly, Defendant Luthmann's motions (Docs. 205, 215, 216, 217) are **DENIED**.

**SO ORDERED.** This 2nd day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge