UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. HALES,
Plaintiff,

v. Case No.: 1:25cv58/RH/ZCB

RICHARD LUTHMANN, JR., et al.,
Defendant.
_______________________/

**ORDER**

Defendant Helm has moved for leave to reply (Doc. 241) to Plaintiff's response in opposition (Doc. 238) to Helm's amended motion for attorney's fees (Doc. 221). No response by Plaintiff is necessary.

"A party ordinarily may not file a reply memorandum in support of a motion." N.D. Fla. Loc. R. 7.1(I). Only "in extraordinary circumstances" may the Court "grant leave to file a reply memorandum . . . ." *Id.*

Defendant Helm asserts that a reply is needed to address Plaintiff's arguments concerning entitlement to attorney's fees and applicability of Florida's anti-SLAPP statute in federal court. (Doc. 241 at 2). The Court is confident that it can adequately assess and resolve these issues without further briefing from either party. Thus, the Court finds no

extraordinary circumstances to warrant a reply by Defendant Helm. *See Grlpwr, LLC v. Rodriguez*, No. 3:23cv16480, 2023 WL 6509501, at *1 (N.D. Fla. July 27, 2023) (noting that the standard under Local Rule 7.1(I) "is difficult to meet (as it should be) and it requires more than a party simply wanting to get the last word on its motion or to point out something that the Court is capable of discerning on its own without further briefing").

Accordingly, it is **ORDERED** that Defendant Helm's motion for leave to reply (Doc. 241) is **DENIED**.

**DONE AND ORDERED** this 21st day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge