**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

JEREMY B. HALES,

Plaintiff,

v. CASE NO. 1:25cv58-RH-ZCB

RICHARD LUTHMANN, JR. et al.,

Defendants.

_________________________________/

**ORDER DISMISSING THE CLAIM AGAINST MR. LUTHMANN**

The defendant Richard Luthmann, Jr. has moved to dismiss count 2 of the third amended complaint—the only count that alleges a claim against him. The motion is before the court on the magistrate judge's report and recommendation, ECF No. 237. No objections have been filed.

Because a pending lawsuit sometimes affects a defendant's ability to obtain credit or has other unwarranted effects, I expressly determine that there is no just reason for delay and direct the clerk to enter judgment under Federal Rule of Civil Procedure 54(b) as provided below.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. Mr. Luthmann's motion to dismiss, ECF No. 198, is granted.

3. The claim against Mr. Luthmann is dismissed with prejudice for failure to state a claim on which relief can be granted.

4. The clerk must enter judgment stating, "This judgment is entered under Federal Rule of Civil Procedure 54(b). It is adjudged that the plaintiff Jeremy B. Hales's claim against the defendant Richard Luthmann, Jr. is dismissed on the merits with prejudice for failure to state a claim on which relief can be granted."

5. The case is remanded to the magistrate judge for further proceedings on the claims against the other defendant.

SO ORDERED on October 4, 2026.

s/Robert L. Hinkle
United States District Judge